# Exhibit "A"

# MY BENEFITS. MY CHOICES.



**MEDICAL PLANS**
SUMMARY PLAN DESCRIPTION · SECTION IV

OPTIONAL BROAD-BASED COVERAGE TO HELP DEFRAY MEDICAL AND PHARMACY EXPENSES INCURRED BY YOU AND YOUR COVERED DEPENDENTS.

CHOOSE COVERAGE FROM AMONG:
• Traditional and consumer-driven health plan options and
• Pharmacy options.

July 2016





# Things for you to KNOW...

| | |
|---|---|
| **You enroll online** | Enroll yourself and any eligible dependents you wish to cover online through My Benefits Portal |
| **You can only enroll or make changes in coverage during certain time frames** | **New hire** — Enroll within 30 days of hire date<br>**Ongoing** — Enroll/make changes within 30 days of a life change event or during annual open enrollment |
| **Harris and you share the cost of medical benefits** | You make pretax contributions through payroll deduction |
| **Cigna is the medical administrator and Express Scripts is the pharmacy administrator\*** | Reach Cigna 24/7 at 1.855.774.4547 or go to www.cigna.com<br>Reach Express Scripts 24/7 at 1.866.519.7254, go to www.express-scripts.com<br>\*Alternate health plans have their own networks and claim administrators. |
| **You can lower your medical and pharmacy costs through good consumer practices** | Use network providers and resources, choose network pharmacies and "go generic" for the greatest cost savings |
| **In-network care is convenient** | The best rates are negotiated for you, precertification of services is handled for you and there are no claim forms to file |

 Together, this description of the Harris Medical Plan, and the separate "Benefit Basics" and "Benefit Administration" sections, as well as the alternate health plan documents, comprise a complete Summary Plan Description (SPD) of your medical benefits as is required by the Employee Retirement Income Security Act of 1974 (ERISA). 

NOTE! You can access all Harris SPDs through My Benefits Portal that can be reached:
• Within the Harris network, click here or go to the Harris homepage
• Outside the Harris network at http://benefits.harris.com.

# Where you can FIND...

**Quick LOOK — Plan Terminology** — 3
**Your Medical Plan** — 6
· Enrolling in the Medical Plan — 7
· Cost of Medical Coverage — 8
**Benefit Overview** — 9
· In-Network vs. Out-Of-Network Care — 12
**Plan Features** — 13
· Annual Deductible — 13
· Annual Out-of-Pocket Limit — 14
· Coinsurance — 15
· Copays — 16
**Paying Your Share** — 17
**Accessing Care** — 19
· Precertification — 19
· Integrated Personal Health Team — 20
· Case Management — 21
· The Path to Care — OAP — 22
· The Path to Care — CDHP — 23
**Special Resources** — 24
**What is Covered** — 25
· Covered Services — Quick Lookup — 26
· Office Visits — Physicians and Other Providers — 27
· Preventive Care — 28
· Outpatient Services and Facilities — 29
· Emergency and Urgent Care — 30
· Inpatient Services and Facilities — 31
· Mental Health and Substance Abuse Care — 33
· Pharmacy — 35
· Radiology, Laboratory Services, Radiation and Chemotherapy — 38
· Maternity and Family Planning Services — 39
· Specialized Care and Facilities — 41
· Medical Equipment and Devices — 42
· Dental Care and Oral Surgery — 44
· Organ Transplants — 45
· Cancer Clinical Trials — 46
**What's Not Covered** — 47
· General Limitations — 47
· Exclusions and Expenses Not Covered — 47
**Filing a Claim** — 53
· Time Frame for Making a Claim Determination — 53
· Appeals — 55
· Coordination of Benefits — 55
**When Coverage Can Change or End** — 57
· Changes in Coverage — 57
· When Coverage Ends — 57
· When You Retire — 59
**Medicare-Primary Participants** — 61
· The Comprehensive Plan — 62
· Medicare — 63
**Business Travel Medical** — 65
**How Alternative Health Plans (AHPs) Work** — 66
**Use and Disclosure of Health Information** — 67
**The Harris Benefits Service Center** — 67

**MEDICAL PLAN**

# QUICK LOOK — PLAN TERMINOLOGY

**Affordable Care Act —** A federal statute signed into law in 2010 as a part of healthcare reform. The law includes multiple provisions that will take effect over a number of years, including the establishment of health insurance marketplaces/exchanges and patient protections such as prohibiting health insurers from denying coverage due to preexisting conditions.

**Alternate health plan (AHP) —** A medical plan offered in geographic areas that do not have the Cigna Medical Plan options (OAPs and CDHPs) available to most Harris employees. Plan designs differ from the Harris Medical Plan and from each other. Details about an AHP can be obtained directly from the AHP or the Benefits Service Center. If you are interested or currently enrolled in an AHP, be sure to see "How Alternate Health Plans Work" later in this SPD.

**Best Doctors —** Organization of medical professionals that can provide an independent second opinion or network referral for Harris Medical Plan participants.

**Brand-name drug —** A prescribed drug that is protected by U.S. patent law, referred to in pharmacy plans as formulary and non-formulary drugs.

**Business Travel Medical Plan —** Coverage for medical emergencies while traveling outside your home country on company business insured by Zurich American Insurance Company.

**Centers of excellence —** A hospital that has earned a top ranking for health outcomes and cost efficiency for 31 common inpatient conditions and procedures such as heart conditions, hip replacements and surgeries. To find centers of excellence, go to mycigna.com and click on "Find a Doctor or a Service." Centers of excellence are marked as such.

**Cigna Comprehensive plan —** Type of medical plan that allows participants to choose any eligible provider without an effect on plan reimbursement. Comprehensive plans reimburse the patient and/or the provider as expenses are incurred. The medical plan for Medicare-primary participants is referred to as the Comprehensive Plan.

**Claim administrators —** Organizations primarily responsible for managing the Harris Medical Plan and Cigna Comprehensive Plan. Cigna serves as the medical administrator and Express Scripts is the pharmacy administrator. Benistar is the claim administrator for the Medicare D Prescription Drug Plan. Zurich serves as the plan administrator for the Business Travel Medical Plan.

**COBRA —** The Consolidated Omnibus Budget Reconciliation Act of 1986. This law provides, in certain circumstances, the option for plan participants or their dependents to elect continuing group healthcare coverage beyond the date when their coverage would ordinarily terminate.

**Coinsurance —** When you and the plan share the cost of a covered service. In-network, you pay a percentage of the network rate. Out-of-network, you pay a percentage of the maximum reimbursable charge (MRC) and any balance due over the MRC.

**Consumer Driven Health Plan (CDHP) —** High-deductible medical plan offering in- and out-of-network benefits. Participants may be able to contribute to a separate Health Savings Account (HSA) to help pay for eligible expenses such as the deductible or coinsurance. The CDHPs use the Open Access Plus network of providers, as do the Harris OAP options.

**Copay —** A flat dollar amount you pay at the time certain healthcare services are delivered.

**Deductible —** Amount you must pay for covered services in a calendar year before plan benefits begin.

**Denial of benefits —** Claim administrator's decision to deny payment of a claim for non-covered services or for a claim filed more than 180 days after an eligible expense is incurred.

**Drug Quantity Management (DQM) —** Review to ensure drugs are being prescribed in the quantities recommended by prescribing practices and FDA guidelines.

**Eligible dependent —** Generally, your spouse, your domestic partner and your or your spouse's/domestic partner's children who have not attained age 26. Special eligibility provisions apply to mentally and physically disabled children. (See the separate "Benefit Basics" section of the SPD for a more complete definition.)

**Eligible provider —** Licensed physicians working within the scope of their licenses, therapists working under the direction of licensed physicians, or duly licensed podiatrists, dentists, psychoanalysts, chiropractors or other providers who act within the scope of their licenses. The latter group of providers will be considered on the same basis as physicians.

**Formulary —** Express Scripts' national preferred brand-name drug list. The list also includes excluded medications. To see the plan formulary, go to www.express-scripts.com.

**Formulary brand-name drug** — Brand-name drug on the Express Scripts national preferred drug list/formulary. Express Scripts negotiates discounted prices from the manufacturers for its formulary and, therefore, these brand-name drugs are available at a lower cost than non-formulary brands.

**Generic drug** — Copy of a brand-name drug that is no longer protected by a U.S. patent. A generic drug is identical — or bioequivalent — to a brand-name drug in dosage, form, safety, strength, quality, performance characteristics and intended use. Although generic drugs are chemically identical to their branded counterparts, they are typically sold at substantial discounts from the branded price since their manufacturers do not have to recoup research and development or marketing costs. Generics are manufactured by a variety of pharmaceutical companies.

**Harris Family Medical Center (HFMC)** — Network facility in Melbourne, Florida made up of primary care physicians and an in-network pharmacy.

**Healthcare Flexible Spending Account (FSA)** — A tax-preferred account that is available to benefit-eligible Harris employees, other than CDHP participants. Money in this account does not roll over from year-to-year nor can it be invested. Money contributed in a calendar year must be used during the calendar year. Tax law defines the healthcare expenses that can be reimbursed through the Healthcare FSA.

**Health insurance marketplace or exchange** — A resource where individuals, families and small businesses can learn about and compare health coverage options based on costs, benefits and other important features, choose a plan and enroll in coverage. The marketplace/exchange also provides information on programs that help people with low to moderate income and resources pay for coverage. The marketplace/exchange encourages competition among private health plans and is accessible through websites, call centers, and in-person assistance. In some states, the marketplace/exchange is run by the state and, in others, it is run by the federal government. Health insurance marketplaces/exchanges were created by the Affordable Care Act.

**Health Savings Account (HSA)** — A tax-preferred account that allows eligible CDHP participants to set aside money for their current and future healthcare expenses. Balances remaining in an HSA can roll over from year-to-year and be invested by the account's owner. Tax law defines eligible expenses and limits for an HSA.

**Life change event** — Specific events defined by U.S. tax law that permit a change in Medical Plan elections during a plan year (e.g., legal change in marital status or in the number or eligibility of dependents). (See the separate "Benefit Basics" section of the SPD for a more complete definition.)

**LIFESOURCE** — The Cigna LIFESOURCE Transplant Network®. LIFESOURCE offers over 130 quality facilities recognized for their expertise in specific transplant services. Transplants at a LIFESOURCE facility are covered at 100% (although you must first meet your deductible under the CDHP options).

**Lifetime maximum** — The Affordable Care Act removed lifetime maximums from medical plans.

**Maintenance drugs** — Prescribed medications that are used to treat chronic or long-term conditions (e.g, asthma, high blood pressure).

**Maximum reimbursable charge (MRC)** — The lesser of these two charges: the provider's normal charge for a similar service or supply or a charge representing a percentage of what is ordinarily paid for a service or supply in a geographic area. The healthcare professional may bill the customer the difference between the healthcare professional's normal charge and the MRC as determined by the benefit plan, in addition to applicable deductibles, copays and coinsurance.

**MDLive** — A telemedicine alternative for non-emergency medical care.

**Medical emergency** — A medical condition or symptom resulting from sickness, injury or mental illness which arises suddenly and, in the judgment of a reasonable person, requires immediate care and treatment, generally within 24 hours of onset, to avoid jeopardy to life or health. Examples are severe chest pain, excessive bleeding, fractures or serious burns.

**Medically necessary covered expenses** — Those services and supplies (including prescribed medications) required to diagnose or treat an illness, injury, disease or its symptoms in accordance with generally accepted standards of medical practice and which are considered clinically appropriate in terms of type, frequency, extent, site and duration.

**Network** — The Cigna Open Access Plus (OAP) network or the Express Scripts pharmacy network.

**Network provider** — Physician, facility or other health care provider affiliated with the network. When you use a network provider, you will ordinarily pay less for your healthcare than if you go to a non-network provider. Locate Cigna network providers at www.cigna.com; Express Scripts network providers at www.express-scripts.com.

**MEDICAL PLAN**

**Network rate** — Negotiated cost for a covered service or supply that is generally lower than the "going rate" for similar services or supplies.

**Non-formulary brand-name drug** — Brand-name drug not on the Express Scripts national preferred drug list/formulary. Non-formulary drugs have higher costs than drugs on the Express Scripts reference formulary. Non-formulary brand-name drugs have a counterpart on the formulary drug list; that is, a less costly drug that is considered safe and effective in treating the same condition. This is because many of the alternatives are generics.

**Open Access Plan (OAP)** — A traditional medical plan offering in- and out-of-network benefits. Copays apply to certain expenses and other expenses require you meet a deductible before benefits begin. Harris employees participating in an OAP option have access to the Open Access Plus network—the same network used by the CDHP medical option.

**Out-of-pocket limit** — Maximum amount you can pay toward covered services in a calendar year. Once an individual meets his/her out-of-pocket limit, subsequent covered health services for that person will be covered at 100% of network rates (in-network care) or the MRC (out-of-network care) for the rest of the calendar year. (Also, see "pharmacy out-of-pocket limit" below.)

**Pharmacy out-of-pocket limit** — The maximum amount you can incur in a calendar year for covered prescription drug costs under the OAP plans. Any pharmacy-related expenses other than copays and coinsurance cannot be applied to the annual pharmacy out-of-pocket limit. (There is no pharmacy out-of-pocket limit for the CDHPs since these plans combine pharmacy costs with medical costs in an overall out-of-pocket limit.)

**Post-service claim** — A claim for a benefit that is neither an urgent care or a preservice claim.

**Precertification** — Preauthorization or prior authorization of certain inpatient and outpatient care by Cigna and certain prescribed medications by Express Scripts (e.g., growth hormones, medical foods).

**Preservice claim** — A claim for a benefit that, in whole or in part, requires authorization before obtaining medical treatment or purchasing certain drugs. Preservice authorization is obtained through the precertification process with the claim administrator.

**Preventive care** — Healthcare services, such as annual checkups, screenings and immunizations, aimed at keeping you in good health and preventing medical problems. There are preventive care guidelines for men, women and children with normal risk factors. The Affordable Care Act ensures that certain preventive care services and supplies be provided to plan participants on an in-network basis at no cost. Visit www.healthcare.gov for information or contact the claim administrator.

**Primary care physician** — Family practitioners, general internists and pediatricians. When you use a primary care physician, you make a lower copay than for a specialist's care. (OB/GYNs may be considered primary care physicians and/or specialists by the network.)

**Primary plan/primary coverage** — The plan that pays benefits first when a participant has coverage under more than one medical plan.

**Secondary plan/secondary coverage** — The plan that pays benefits second, if any are due, when a participant has coverage under more than one medical plan.

**Specialist** — Eligible health care provider who is not considered a primary care physician. Examples include: cardiologists, dermatologists, chiropractors and mental health professionals. An in-network specialist's care requires a higher copay than care from a primary care physician, since the cost of a specialist's visit is generally more expensive. A referral is not required to see a specialist.

**Step-Therapy** — Requirement to use a "front-line" drug (a generic or lower-cost brand) before certain prescriptions will be approved.

**Urgent care claim** — A claim which, unless a decision is reached within 72 hours, could seriously jeopardize the patient's health or ability to regain maximum function or, in the opinion of a physician with knowledge of the patient's medical condition, would subject the patient to severe pain that cannot be adequately managed without the care or treatment requested in the claim. An individual acting on behalf of the plan, applying the judgment of a prudent layperson, can determine whether the claim is an urgent care claim. However, if a physician with knowledge of the patient's medical condition determines that the claim involves urgent care, it must be considered an urgent care claim.

**USERRA** — The Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA) guarantees certain rights to eligible employees who enter military service. Upon reinstatement, you generally are entitled to the seniority, rights and benefits associated with the position held at the time employment was interrupted, plus certain additional seniority, rights and benefits that would have been attained if employment had not been interrupted.

# YOUR MEDICAL PLAN

The Harris Medical Plan offers choices that allow you to create the coverage that suits your healthcare needs and budget. The Medical Plan not only provides extensive and broad-based benefits, but also encourages you to become an astute healthcare consumer and to maximize your wellness. The plan has no lifetime maximum benefits.

**Your medical benefit election has two steps: you must select both a medical option and a pharmacy option. Together, these two choices create your Harris Medical Plan. If you do not make a pharmacy option election, you will be defaulted to your choice of medical option and Pharmacy Plan 1.**

**Your four medical options** share many things, including the expenses they cover. There are differences in premiums that relate directly to the potential out-of-pocket costs associated with each option. This relationship is similar to auto or homeowners' insurance where you pay higher premiums and get a lower deductible — or pay lower premiums and accept a higher deductible.

**Your three pharmacy options** all offer the same level of benefits but differ in access to the retail pharmacy network and the use of mail order for maintenance drugs. This SPD will explain in detail the similarities and differences among these options.

| HARRIS MEDICAL PLAN CHOICES | |
|---|---|
| **MEDICAL — SELECT ONE:** | |
| • Open Access Plans (OAPs) 3, 4 | Plans offering in- and out-of-network benefits through Cigna* |
| • Consumer Driven Health Plans (CDHPs) 1, 2 | Plans offering in- and out-of-network benefits through Cigna. These are high-deductible plans. When you participate in a CDHP, you may be eligible to contribute to and pay for qualified healthcare expenses from a Health Savings Account (HSA) |
| **PHARMACY — SELECT ONE:** | |
| Plans 1, 2, 3 | Plans offering access to the Express Scripts network of pharmacies. Access to the network differs among the options |

\* If you are employed in Alaska and enrolled in the Harris Medical Plan, you will be covered under the Cigna PPO network and all services will be covered at in-network levels.

> **IF YOU ARE MEDICARE-ELIGIBLE DUE TO DISABILITY**
> The Cigna Comprehensive Plan provides medical benefits for Medicare-eligible participants. (For information about this plan and pharmacy benefits for Medicare-eligible employees, see "Medicare-Primary Participants" later in this section of the SPD.)

**MEDICAL PLAN**

## ENROLLING IN THE MEDICAL PLAN

These are the time frames in which you can enroll or make changes to existing elections:

- You can enroll within 30 days of your hire date or
- You can enroll/make changes within 30 days of a life change event or during annual open enrollment.

Your elections stay in effect for the calendar year unless you have a qualifying life change event and request a change that is consistent with the life event. As long as you are enrolled in Harris medical benefits, you can also enroll your eligible dependents. There are four levels of coverage:

- You only
- You plus spouse/domestic partner
- You plus child(ren)
- You plus family (spouse/domestic partner and children).

Enter your elections online through My Benefits Portal listing yourself and any eligible dependents you want to cover. Keep in mind that you must select a medical option **and** a pharmacy option to complete your Medical Plan enrollment.

### ENROLLMENT — OTHER THINGS TO KNOW

- **Effective dates**
  - » **New hire —** Coverage goes into effect as of your hire date as long as you enroll in coverage within the required 30-day time frame
  - » **Life change event —** Coverage will be effective on the date of the life change event for birth, adoption, placement for adoption, or the loss of plan eligibility. Elections for other life change events will be effective as of the date the change is requested
  - » **Annual enrollment —** Elections made during annual enrollment go into effect on January 1 of the new calendar year
- **ID cards —** You will receive two ID cards — one from Cigna and one from Express Scripts — to be used as proof of insurance. If an ID card is lost or you want a temporary card, print one from the Cigna or Express Scripts website
- **Transition of care —** As a new enrollee in the Harris Medical Plan, you may be receiving treatment in progress from a non-network provider. You can continue that care, but usually on an out-of-network basis. The only exceptions are:

  - » A first- or second-trimester pregnancy that's coupled with a severe medical condition. Cigna may grant a continuing care exemption that would pay in-network benefits for an out-of-network provider
  - » A third-trimester pregnancy. In-network coverage can be requested even if your provider is out-of-network. To secure this exception, you must contact Cigna as soon as possible.

## COST OF MEDICAL COVERAGE

You and Harris share the cost of your coverage:

- **Your costs** include your premiums that will vary with your choice of plan option, level of coverage, base pay and expenses not paid by the plan (e.g., copays and other out-of-pocket expenditures). Please note your premiums may change throughout the year if your base pay is adjusted.
- **Harris' costs** include the balance of your actual healthcare expenditures (e.g., the cost of services or supplies above your copay or coinsurance) as well as all administrative fees.

To check the premiums for the medical and pharmacy options, go to My Benefits Portal.

### YOUR CONSUMER CHOICE

There is a direct relationship between your level of premiums and your potential out-of-pocket expenses during the year. You have to weigh whether you wish to:

- Keep more money in your pocket with lower premiums and accept the risk of potentially higher out-of-pocket costs should you incur them or
- Spend more throughout the year in higher premiums and have lower potential out-of-pocket costs should you incur them.

**This is a matter of personal consumer choice. There is a cost for every healthcare service you receive. It's up to you to decide how you wish to meet that cost —** upfront through higher premiums or when and if an expense is incurred. No matter what your decision, you can rest assured that your annual costs will always be capped by your annual out-of-pocket limit.

### YOUR HARRIS MEDICAL PLAN — WHAT'S YOUR CONSUMER CHOICE?

| IF YOU CHOOSE... | PREMIUMS WILL BE... | WHY IS THIS THE CASE... |
|---|---|---|
| **MEDICAL** | | |
| Lower deductible to meet | | The plan covers services sooner |
| Lower coinsurance for you to pay | Higher | The plan covers a greater portion of your covered services |
| Lower out-of-pocket limit | | The plan covers services at 100% sooner |
| Higher deductible to meet | | You pay more before the plan covers services |
| Higher coinsurance to pay | Lower | The plan pays a lower portion of your covered services |
| Higher out-of-pocket limit | | You pay more upfront before the plan begins to pay 100% |
| **PHARMACY** | | |
| Access to all pharmacies in the network | Higher | Less cost-effective plan |
| Less access to pharmacies | Lower | Plan is more cost-effective |
| Mandatory mail-order maintenance drugs | | Most cost-effective plan |

◄ Index   Full Screen   Print ►

### *WAYS TO STRETCH YOUR HEALTHCARE DOLLARS*

Aside from the premiums that you choose to pay, the healthcare choices you make directly impact your healthcare expenditures. Ways to help manage your expenses include:

- Keeping up with your preventive care services
- Living a healthy life style
- Selecting the right healthcare option for your needs
- Choosing network providers
- Selecting generic drugs, whenever possible, or brand-name drugs that are on the plan formulary
- Taking advantage of disease management programs and centers of excellence
- Using the consumer tools available through Cigna
- Calling the Health Information Line for advice (available 24/7)
- Following precertification guidelines, when required
- Making sure expenses are covered before you incur them
- Being mindful of any limits on eligible expenses that could affect reimbursement.

## BENEFIT OVERVIEW

On the next page, you'll find a brief summary of the Open Access Plan (OAP) and Consumer Driven Health Plan (CDHP) options that can help you compare plan features and benefits on an in-network (IN) and out-of-network (OON) basis. Details are found throughout this SPD. To help you with your consumer choice, be sure to:

- Check the premiums on My Benefits Portal to see how they relate to the deductibles, out-of-pocket limits and reimbursements under the various options, and
- Take into consideration the fact that those electing a CDHP may be eligible to open a tax-favorable Health Savings Account (HSA) to which Harris may contribute. The HSA can be used to pay eligible healthcare expenses before and after the high deductible is met. It is important for you to understand that you must meet your annual deductible before benefits (other than eligible preventive care services) begin, especially if you are enrolled in a CDHP.



MEDICAL PLAN

| Cigna Medical Options — In- and Out-of-Network Benefits | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Feature/benefit** | **OAP 3** | | **OAP 4** | | **CDHP 1** | | **CDHP 2** |
| **Annual deductible[1,2]** | IN | OON[3] | IN | OON[3] | IN | OON[3] | IN | OON[3] |
| Individual | $750 | $1,500 | $1,000 | $2,000 | $1,500 | $3,000 | $2,000 | $4,000 |
| Family | $1,500 | $3,000 | $2,000 | $4,000 | $3,000 | $6,000 | $4,000 | $8,000 |
| **Coinsurance** | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| **Annual out-of-pocket** | | | | | | | |
| Individual | $3,000 | $6,000 | $3,500 | $7,000 | $4,000 | $8,000 | $5,000 | $10,000 |
| Family | $6,000 | $12,000 | $7,000 | $14,000 | $8,000 | $16,000 | $10,000 | $20,000 |
| **Office visit** | | | | | | | |
| Primary care | $25 copay | Plan: 60% of MRC You: balance | $25 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Specialist | $40 copay | | $40 copay | | | | | |
| Preventive care | Plan: 100% | Not covered | Plan: 100% | Not covered | Plan: 100% | Not covered | Plan: 100% | Not covered |
| **Outpatient care** | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance Bbalance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| **Emergency room** | $150 copay | $150 copay | $150 copay | $150 copay | Plan: 80% You: 20% | Plan: 80% You: 20% | Plan: 70% You: 30% | Plan: 70% You:30% |
| **Urgent care center** | $25 copay | $25 copay | $25 copay | $25 copay | Plan: 80% You: 20% | Plan: 80% You: 20% | Plan: 70% You: 30% | Plan: 70% You: 30% |
| **Inpatient care** | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| **Lifetime maximum** | | | | Unlimited | | | | |

1. The annual deductible must be met before benefits begin with these exceptions. For the OAPs, services requiring copays, preventive care and pharmacy benefits are covered before the deductible is met. For the CDHPs, only preventive care is covered before the deductible is met.
2. The individual and family deductibles under the CDHPs are applied differently than under the OAPs.
3. Out-of-network reimbursements are based on Cigna's maximum reimbursable charges (MRC).

MEDICAL PLAN

## EXPRESS SCRIPTS PHARMACY PLANS

| PHARMACY 1 | PHARMACY 2 | PHARMACY 3 |
|---|---|---|

Generic: Member pays full cost up to $7
Formulary: Member pays 20% with a $25 minimum and $75 maximum[1]
Non-formulary: Member pays 50% with a $50 minimum and $100 maximum[1]

| Express Scripts pharmacy network | Pharmacy 1 network without CVS and Walgreens | Pharmacy 2 network *plus* mandatory mail order for maintenance drugs[2] |
|---|---|---|

Pharmacy out-of-pocket maximum—OAP only
- Individual—$2,500
- Family—$5,000

[1] Any prescription that costs less than the minimum will be purchased at its actual price.
[2] You will be able to purchase up to two fills at your network retail pharmacy while your mail-order prescription is being activated.

## IMPORTANT! DIFFERENCES IN OAP AND CDHP PHARMACY COVERAGE!

| OAP | CDHP |
|---|---|
| • Your medical plan deductible **does not** have to be met before pharmacy benefits begin. There is day-one coverage<br>• There is a $2,500 individual/$5,000 family out-of-pocket limit for pharmacy benefits for OAP participants. Once met, a person's prescription costs will be paid in full for the rest of the calendar year | • You will pay the **full cost** of your prescriptions until you meet your annual CDHP medical deductible that includes both medical and pharmacy costs. Once met, prescription coverage begins<br>• Once your CDHP out-of-pocket limit is met (includes medical and pharmacy), the person's prescriptions will be paid in full for the rest of the calendar year |

MEDICAL PLAN

## IN-NETWORK VS. OUT-OF-NETWORK CARE

You can go in-network or out-of-network whenever seeking healthcare services or purchasing a prescription. The Medical Plan has two networks — both extensive and available throughout the continental United States. They are:

• Cigna's Open Access Plus (OAP) network and
• Express Scripts' Pharmacy network.

The Medical Plan is designed to encourage in-network use since it's more cost-effective and efficient for you and best spends the dollars Harris invests in your medical benefits. In-network care is an attractive choice since it:

• Offers a broad range of providers, facilities and services at special negotiated rates — your costs are lower than out-of-network
• Allows you the freedom to refer yourself for care, that is, you have no primary care physician to act as a gatekeeper to network services
• Pays higher levels of in-network benefits with a lower deductible so the plan shares your costs sooner than out-of-network
• Provides key preventive care services and supplies for adults and children without cost to you
• Requires network physicians to handle any required precertification for you and
• Saves you the time and hassle of filing claim forms.

You always have the choice to go out-of-network. Compared to in-network care, your plan reimbursements will be lower, you'll have claim forms to file, you'll be responsible for precertifying care, and you will generally pay more for your care since it's based on market rates.

The Cigna Open Access Plus network includes physicians and other healthcare providers as well as hospitals and other healthcare facilities. Information about the network can be found at www.cigna.com. Participating Express Scripts pharmacies can be found at www.express-scripts.com.



MEDICAL PLAN

# PLAN FEATURES

## ANNUAL DEDUCTIBLE

Until you reach your annual deductible, you are responsible to pay in full for most healthcare services and supplies with the exceptions shown below. If you use a network provider, you'll pay 100% of a negotiated rate. Out-of-network, you'll pay 100% of your provider's market-rate fees. Once your eligible expenditures add up to the deductible amount, the plan begins sharing your subsequent healthcare costs for the rest of the calendar year. This is called coinsurance.

| EXPENSES COVERED BEFORE THE DEDUCTIBLE IS MET | |
| --- | --- |
| OAPs | CDHPs |
| • Specific in-network preventive care<br>• Services requiring copays<br>• Pharmacy benefits | • Only specific in-network preventive care |

## IN-NETWORK AND OUT-OF-NETWORK DEDUCTIBLES

Each medical option has annual in-network and out-of-network deductibles for individuals and families. (To review the Medical Plan deductibles, refer to the previous "Benefit Overview" in this section of the SPD.)

The expenses that apply to each deductible are:

- **Eligible in-network expenses (no copays)** → **In-network deductible only**
- **Eligible out-of-network expenses (no copays)** → **In-network and out-of-network deductibles.**

The structure of the deductibles promotes and encourages in-network use. Since the in-network deductible is lower than the out-of-network deductible, it can be met sooner, regardless of how you access care, and in-network coinsurance can begin. This rewards those using the network and encourages others to begin using network providers to receive plan benefits sooner.

## INDIVIDUAL AND FAMILY DEDUCTIBLES

There are differences in the way the Medical Plan's individual and family deductibles are defined and reached based on whether you are enrolled in an OAP or CDHP option. This is important for you to understand so you are prepared and aware of the levels of expenses you must incur, particularly to meet the deductibles under a CDHP. There are no individual annual deductibles for covered family members under a CDHP.



MEDICAL PLAN

| YOUR CONTRIBUTIONS — A COMPARISON | | |
|---|---|---|
| **DEDUCTIBLE** | **OAPs** | **CDHPs** |
| **INDIVIDUAL** | • The individual deductible is met when a covered person pays healthcare costs, excluding copays, that reach your plan's deductible limit<br>• Once met, coinsurance begins for that individual | • The individual deductible only applies to YOU, the employee, when you elect employee only coverage<br>• Once met, your benefits begin<br>• There is no individual deductible associated with any level of CDHP coverage that includes dependents |
| **FAMILY** | • The family deductible is met when any combination of covered persons reach the family deductible (one person cannot contribute more than the individual deductible)<br>• Once met, coinsurance begins for all those included in your coverage | • The family deductible applies whenever you elect coverage that includes dependents<br>• It can be satisfied through any combination of eligible expenses incurred by you and your covered dependents<br>• Once met, benefits begin for all those included in your coverage |

Please note: a newborn is not subject to a separate deductible for charges related to childbirth unless the newborn is given a diagnosis code or stays in the hospital longer than the mother.

## ANNUAL OUT-OF-POCKET LIMIT

The Medical Plan caps the amount of eligible expenses you have to pay each year. This plan feature is referred to as the out-of-pocket limit. Expenses used to satisfy the out-of-pocket limit must be considered eligible by the plan. For example, if you went to an out-of-network provider and had to pay more than what the plan reimburses, that difference would not be counted. Likewise, if you received a penalty for not complying with hospital precertification requirements, that penalty would not be applicable.

### IN-NETWORK AND OUT-OF-NETWORK OUT-OF-POCKET LIMITS

Each medical option has annual in-network and out-of-network out-of-pocket limits for individuals and families. (To review the Medical Plan out-of-pocket limits, refer to the previous "Benefit Overview" in this section of the SPD.) The expenses that apply to each out-of-pocket limit follow. As you will see, the in-network out-of-pocket limit can be reached in either the OAP or CDHP options with a combination of in- and out-of-network expenses.

| OUT-OF-POCKET LIMIT — ELIGIBLE EXPENSES | | | |
|---|---|---|---|
| **WHAT YOU CAN APPLY TO MEET YOUR OAP...** | | **WHAT YOU CAN APPLY TO MEET YOUR CDHP...** | |
| **IN-NETWORK (IN) OUT-OF-POCKET LIMIT** | **OUT-OF-NETWORK (OON) OUT-OF-POCKET LIMIT** | **IN-NETWORK (IN) OUT-OF-POCKET LIMIT** | **OUT-OF-NETWORK (OON) OUT-OF-POCKET LIMIT** |
| • Any medical expenses that were used to satisfy the IN or OON deductible | • Any medical expenses that were used to satisfy the OON deductible | • Any medical or pharmacy expenses that were used to satisfy the IN or OON deductible | • Any medical or pharmacy expenses that were used to satisfy the OON deductible |
| • Your share of any IN or OON medical coinsurance above the deductible | • Your share of any OON medical coinsurance above the deductible | • Your share of any IN or OON medical or pharmacy coinsurance above the deductible | • Your share of any OON medical or pharmacy coinsurance above the deductible |
| • Medical copays | • Medical copays | — | — |

MEDICAL PLAN

### *INDIVIDUAL AND FAMILY OUT-OF-POCKET LIMITS*

As is the case for annual deductibles, there are differences in the way the annual out-of-pocket limits are administered in the OAPs and CDHPs. Please take the time to understand this information, especially if you are enrolling in a CDHP.

| DIFFERENCES IN INDIVIDUAL AND FAMILY OUT-OF-POCKET LIMITS | | |
|---|---|---|
| **OUT-OF-POCKET LIMIT** | **OAPs** | **CDHPs** |
| **INDIVIDUAL** | • The individual out-of-pocket limit is met when a covered person reaches the limit in medical costs, including copays, as defined by the Medical Plan<br>• Once met, medical copays and coinsurance end and the plan picks up the person's subsequent eligible expenses in full for the rest of the calendar year<br>• Pharmacy costs are not included | • The individual out-of-pocket limit is met when a covered person reaches the limit, including both medical and pharmacy costs<br>• Once met, your coinsurance ends and the plan fully covers your subsequent eligible expenses for the rest of the calendar year<br>• Pharmacy costs are included |
| **FAMILY** | • The family out-of-pocket limit is reached when any combination of covered persons meet the out-of-pocket limit<br>• No individual can contribute more than the individual amount<br>• Once met, medical copays and coinsurance end and the plan picks up subsequent eligible expenses in full for all covered family members for the rest of the calendar year<br>• Pharmacy costs are not included | • The family out-of-pocket limit is met through any combination of eligible expenses incurred by you and your covered dependents<br>• Once met, the plan fully covers all subsequent eligible expenses for all covered family members for the rest of the calendar year<br>• Pharmacy costs are included |

## COINSURANCE

Coinsurance begins for an individual or a family once the annual deductible for that person or family is met. Coinsurance indicates that the Medical Plan will begin to share eligible expenses that you've been paying in full. The percentage of coinsurance — that is, how much the plan pays versus you —varies among the Medical Plan's options and whether care is being delivered in- or out-of-network. Coinsurance continues for a person or a family until the respective out-of-pocket limit is reached. (To compare coinsurance among the options, refer to the "Benefit Overview" earlier in this section of the SPD.)

Two things to know about coinsurance:

• **When you use the network,** you and the plan each pay a percentage of the negotiated network rate. There will be no balance due from you in addition to your share of the negotiated rate
• **When you go out-of-network,** you might have a balance due after the plan pays its share of an expense. This would occur if your out-of-network provider charges more than Cigna's maximum reimbursable charge (MRC) for a service or supply.

### MAXIMUM REIMBURSABLE CHARGE

Cigna's out-of-network coinsurance payments take into account what is ordinarily paid for a service or supply in the area where it is delivered. This maximum reimbursable charge (MRC) is used as the basis for determining the plan's share of most out-of-network payments. Here's how this works:

- If an out-of-network provider charges less than the MRC for services delivered to you, coinsurance will be based on that lower amount
- If an out-of-network provider charges in excess of the MRC, the plan's reimbursement will be based on the MRC and you will owe your percentage of coinsurance plus whatever balance is due the provider.

Here's an example. Let's assume your out-of-network coinsurance provides 60% of the MRC and you are responsible to pay the balance.

- Cigna's MRC for a specific service is $200; your out-of-network physician charges are $300
- The plan will pay 60% of the MRC or $120 (60% x $200 MRC)
- You will pay the remaining 40% of the MRC or $80 (40% x $200 MRC) PLUS the $100 balance billed by your provider over the MRC ($300 - $200)
- You will pay a total of $180 of the $300 expense ($80 + $100).

Any amounts that you pay over the MRC are not considered eligible expenses and do not apply to your deductible or out-of-pocket limit. In this example, the $80 is considered eligible for the deductible and out-of-pocket limit, but the $100 is not.

### COPAYS

Copays are set dollar amounts you pay for specific types of care under the OAP. There are also copays for pharmacy purchases under the OAP and after the deductible is met under the CDHP. Once you make your copay for a medical service, you will not receive any other charge for that service. The plan picks up whatever balance is due for your care.

In the OAP, in-network copays apply to several types of medical care including the most used service — physician's office visits. Out-of-network copays only apply to urgent and emergency care. Copays continue until an individual or family meets its respective annual out-of-pocket limit, after which copays would not be required for the rest of the calendar year. (Pharmacy copays under the OAP plan are an exception to this). (Refer to the "Benefit Overview" earlier in this section of the SPD to see when copays are typically charged.)

Two more things to know about copays:

- They **do not** count toward the annual deductible but
- They **do** apply to the annual out-of-pocket limit.



MEDICAL PLAN

# PAYING YOUR SHARE

Generally, when you seek a healthcare service, you will be responsible to pay costs such as your copays, expenses up to the deductible and coinsurance amounts. You can choose to pay these expenses on an after-tax basis or you can do some preplanning and put aside money on a pretax basis to put toward your healthcare bills. There are two different types of accounts to which you may be eligible to contribute in order to pay qualifying healthcare expenses on a tax-free basis. Tax law regulates both. One is the Healthcare Flexible Spending Account (FSA), that's maintained by Harris, and that account can be used along with any of the OAPs. The other is the Health Savings Account (HSA), that's maintained by a third-party trustee or custodian, and that is only available to qualifying individuals who are enrolled in a CDHP.

**Healthcare FSAs —** A Healthcare FSA lets you set aside pretax money in a calendar year for eligible healthcare expenses incurred during that year. If you haven't exhausted your Healthcare FSA by year-end, you will forfeit it. If you want to participate in a Healthcare FSA, you must actively enroll each year and choose your contribution level. (See the separate "Flexible Spending Accounts" SPD.)

**HSA —** Briefly, an HSA lets you set aside pretax money in a calendar year for eligible healthcare expenses incurred during that year **and** future years. (See "More about Health Savings Accounts (HSAs)" on the next page for details.)

### MORE ABOUT HEALTH SAVINGS ACCOUNTS (HSAs)

An HSA is an individual account that qualifying individuals can establish to pay for eligible healthcare expenses on a tax-free basis. In order to contribute to an HSA, you must meet the following requirements:

- Participate in a high-deductible health plan, such as the CDHP options
- Not have other health coverage (under a Harris plan or a plan of your spouse) except as permitted by IRS guidelines. For example, you will not be eligible to participate in the HSA for a calendar year if you have elected the Healthcare FSA for that year
- Not enrolled in Medicare
- Not claimed as a dependent on someone's tax return

Unlike the Healthcare FSA, amounts contributed to an HSA are not forfeitable and may be carried over from year to year to pay future expenses (including retiree healthcare). Earnings and distributions for permissible healthcare expenses are tax-free (distributions for non-health reasons are permitted but may be subject to income and excise taxes). Thus, HSAs potentially offer three types of tax savings: tax-free contributions, tax-free earnings and tax-free distributions. Your annual contributions (which may be made by you, Harris or others or by a combination of you, Harris and others) are subject to certain legal limits. For example, if you become eligible midyear, under certain circumstances, you may not be eligible to make the maximum annual contribution for that year that otherwise would have been legally permissible. In addition, if you become eligible for the HSA after December 1, you will not be entitled to receive a contribution by Harris to your HSA for that calendar year, if any.

You are not required to contribute to an HSA if you participate in a CDHP. If you choose to enroll, you may do so at any time. Unlike the Healthcare FSA, you are not limited to enrolling and making changes only when you are hired, during annual open enrollment or when certain life change events occur. Your HSA election will lapse at the end of each calendar year, so you must make a new election each year to continue participation. You may make or change an election by going to My Benefits Portal. **By electing to have an amount credited to the HSA, you are certifying that you are eligible to make contributions to the HSA and that the amount elected does not exceed legal limits. You are required to notify Harris immediately should this certification become inaccurate.**

The HSA is not a benefit plan sponsored by Harris and is not subject to ERISA; rather, it is a funding vehicle maintained by a third-party trustee or custodian, HSA Bank, that Harris has assisted you to establish. Participation in the HSA is subject to the terms and conditions of the agreement between you and HSA Bank and you are responsible for managing your HSA.

The eligibility and other rules governing HSAs are complex, and this summary does not include all the information you may need to consider in connection with HSA participation. For additional information, refer to IRS Publication 969 available at www.irs.gov. You also may wish to consult your personal tax advisor.



MEDICAL PLAN

# ACCESSING CARE

You have direct access to both in-network and out-of-network care through the OAP and CDHP options. There are, however, certain services that require precertification before they are incurred in order for benefits to be paid. Through precertification, you can keep your costs in check, avoid unnecessary care and have the support of a team of healthcare professionals.

## PRECERTIFICATION

Responsibility for precertification varies between in- and out-of-network care:

- **In-network —** Your physician is responsible for getting the precertification
- **Out-of-network —** You are responsible for obtaining the precertification. Without precertification when needed, your coverage will be reduced or denied.

### HOW TO REQUEST PRECERTIFICATION FOR OUT-OF-NETWORK CARE

- Call the number on the back of your Cigna ID card and
- Be prepared to give the Cigna representative the following information:
  » Name of your physician and/or the facility in which the care will be delivered
  » Procedure or procedure code
  » Proposed date of service.

Use the following list as a guideline for the types of services requiring precertification. Other services may also require precertification. Please check with Cigna if you are in doubt.

| INPATIENT SERVICES | OUTPATIENT SERVICES |
|---|---|
| • All inpatient admissions and non-obstetric observation stays such as:<br>  » Acute-care hospitals<br>  » Skilled nursing facilities<br>  » Rehabilitation facilities<br>  » Long-term acute care facilities<br>  » Hospice care<br>  » Transfers between inpatient facilities<br>• Experimental and investigational procedures<br>• Maternity stays longer than 48 hours (vaginal delivery) or 96 hours (Cesarean section) | • Certain outpatient surgical procedures<br>• High-tech radiology (MRI, CT scans, PET scans)<br>• Injectable drugs (other than self-injectable)<br>• Durable medical equipment (insulin pumps, specialty wheelchairs, etc.)<br>• Home healthcare/home-infusion therapy<br>• Dialysis (to direct to a participating facility)<br>• External prosthetic appliances<br>• Speech therapy<br>• Diagnostic cardiology<br>• Radiation therapy |



### INPATIENT SERVICES

All hospital stays require precertification, other than maternity stays that fall within mandated limits. Ordinarily precertification specifies an approved period of hospitalization. You are always free to leave the hospital before the approved number of days; however, you cannot extend your hospital stay without the extra time being preapproved. This is called a "continued stay review." Both the precertification and continued stay review processes are managed by an independent review board.

If you go out-of-network, you must acquire precertification of hospitalization prior to the hospital admission. In the event of an emergency admission, you have 48 hours to notify Cigna. If precertification is not received, the first $750 in eligible hospital charges per admission will be disallowed. Bed and board and any hospital services for days in excess of the approved number will not be reimbursable under the plan; neither will any hospital charges for care that is not certified as medically necessary.

### OUTPATIENT SERVICES

Outpatient precertification verifies the medical necessity of outpatient diagnostic testing and certain outpatient procedures delivered in a physician's office, freestanding surgical facility or other healthcare facility. Care should be precertified at least 4 working days before it is received. The first $750 in covered expenses will be excluded without precertification and no expenses will be paid if the outpatient service is determined not to be medically necessary.

## INTEGRATED PERSONAL HEALTH TEAM (IPHT)

Cigna plan participants have access to the IPHT — a dedicated team of health specialists including nurses, health coaches, dieticians, clinicians and counselors — who can help you find solutions aimed at your health and well-being.

The IPHT's personalized services are provided at no cost to you. All interactions are confidential.

The IPHT welcomes your call when you have questions about your health or your healthcare. The team is prepared to provide support to help you meet goals and manage conditions that you might have. Among the reasons you may want to contact the IPHT or they may contact you through outbound calls are to:

- Identify stress triggers and better cope with and reduce stress
- Maintain good eating habits, and manage or lose weight
- Quit tobacco use and receive over-the-counter nicotine replacement therapy
- Manage chronic health conditions such as coronary artery disease, asthma, osteoarthritis, depression
- Improve work/life balance, and resolve life's day-to-day challenges with benefits like counseling referrals and assistance finding resources from pet care to senior housing
- Ask for medical treatment guidance
- Work toward resolving mental health issues, substance use and emergency crises



**MEDICAL PLAN**

- Get help coordinating care and accessing information about treatment options suited to your personal preferences or
- Get answers to questions about your benefits and finding your way through the healthcare system.

**Reach the IPHT at 1.855.774.4547 or go to mycigna.com.**

## CASE MANAGEMENT

Acute care is short-term treatment most often received after a severe injury or episode of illness, an urgent medical condition or recovery from surgery. Plan participants have access to "case management" services beyond the time care is received in an acute setting.

The goal of case management is to ensure that the patient receives appropriate care in the most effective setting possible whether at home, as an outpatient, or an inpatient in a hospital or specialized facility.  Case managers work with the patient, his or her family and attending physician to determine appropriate treatment options that best meet the patient's needs and keep costs manageable. The case manager will also help coordinate the treatment program, arrange for necessary resources and answer questions and provide ongoing support for the family in times of medical crisis.

Case managers are registered nurses (RNs) and other credentialed healthcare professionals, each trained in a clinical specialty area such as trauma, high risk pregnancy and neonates, oncology, mental health, rehabilitation or general medicine and surgery. The appropriate case manager is matched up with each patient in need of case management support. Case managers are supported by a panel of physician advisors for ongoing guidance on the latest treatment alternatives and technological advances.

Case management can be reached through the phone number on your medical ID card. Please note: even when case managers provide coordination and recommendations, the patient's attending physician is always responsible for the actual medical care.

### PRIMARY CARE PHYSICIANS
The plan does not require that you select a primary care physician, although there is value in having a professional to assist with healthcare decisions and services. Each enrolled person can designate his/her own primary care physician, or may elect not to do so. You can change primary care physicians through Cigna member services. Refer to the provider listing for available physicians.

**Note about Harris Family Medical Center (HFMC) physicians —** HFMC physicians have a contractual agreement with HFMC that prohibits them from seeing their HFMC patients for 2 years, should they leave the HFMC. This means that you would not be able to continue to seek care from that departing physician until the 2 years has elapsed. Should you have any questions, contact HFMC at 321.726.1600.


◁ Index    Full Screen    Print ▷

## THE PATH TO CARE — OAP



MEDICAL PLAN

## THE PATH TO CARE — CDHP

**IN-NETWORK (IN): YOU CAN GO TO ANY PROVIDER IN THE CIGNA OPEN ACCESS PLUS (OAP) NETWORK**

| **PREVENTIVE SERVICES:** pays 100% for certain care, no deductible | **OTHER SERVICES:** you cover the cost of your healthcare up to the high deductible. (You benefit from negotiated IN rates) |



Use your Health Savings Account (HSA) to meet your expenses or pay out-of-pocket. Your remaining HSA funds accumulate in your account for future healthcare needs



**IN-NETWORK PROVIDERS SUBMIT ALL CLAIMS FOR YOU!**

- Meet your annual IN deductible and your IN coinsurance kicks in
- Reach your IN out-of-pocket limit and the plan pays 100% of subsequent IN expenses in the calendar year
- IN expenses count toward the IN annual deductible and out-of-pocket limit

**OUT-OF-NETWORK (OON): YOU CAN GO TO ANY PROVIDER BUT AT A HIGHER COST THAN A CIGNA NETWORK PROVIDER**

**ALL SERVICES:** you pay full costs up to the deductible (OON costs and deductibles are higher than in-network)

Use your HSA to meet your expenses or pay out-of-pocket




**USUALLY, YOU MUST FILE YOUR OWN OON CLAIMS.**

- Your OON expenses apply to your IN and OON annual deductibles and out-of-pocket limits. This means that coinsurance and 100% coverage will begin for you sooner IN than OON, even if you haven't been using the network. This is designed to encourage you to use the network
- If you choose to stay OON, coinsurance begins once you meet your OON annual deductible. Coinsurance is based on Cigna's maximum reimbursable charge (MRC) that may be lower than what your provider charges. If so, you owe the balance to your provider. The same holds true if you reach the OON out-of-pocket limit. You will always owe your provider amounts in excess of the MRC

◄ Index   Full Screen   Print ▸

## SPECIAL RESOURCES

### *BEST DOCTORS PROGRAM*

As a Harris Medical Plan participant, you have access to Best Doctors, a program that can help you make more informed medical decisions with the assistance of a "best doctor," selected by their peers. Through Best Doctors, you can request an in-depth medical review of your case, get expert advice about a health challenge, medical issue or treatment or find a best doctor near you. These services are provided to you at no cost.

Best Doctors is not part of your Medical Plan, even though the physicians will most likely be affiliated with your network. This means that you must contact your Medical Plan to confirm coverage before proceeding with any recommendations! You can reach Best Doctors at 1.866.904.0910, business days, or at https://members.bestdoctors.com/.

### *MDLIVE*

In addition to traditional office visits, employees and their family members, who are enrolled in a Cigna medical option, have access to MDLIVE. If you choose to use MDLIVE, you can access non-emergency medical attention electronically or by phone—usually within 20 minutes of your request for service. MDLIVE is a telemedicine alternative that offers access to Board Certified, credentialed primary care physicians and pediatricians, who are licensed in your state and able to treat a broad range of non-emergency conditions. MDLIVE virtual office visits are available 24/7/365 from your smart phone, phone, tablet or computer. The chart lists the cost of a virtual office visit through MDLIVE.

| COST TO USE MDLIVE | | |
|---|---|---|
| How much you pay | CDHP | OAP |
| Before deductible is met | Up to $38/visit | $25/visit |
| After deductible is met | 20% (up to $7.60)/visit | $25/visit |

Before using MDLIVE, be sure to register at mdlive.com/harris or call a Health Service Specialist at 1.888.726.3171. In addition to registration, both the website and representative can provide additional information on using MDLIVE. As part of the registration process, you'll complete an electronic medical history to provide background to your MDLIVE physicians. You'll also be given the opportunity to register your eligible dependents.

**MEDICAL PLAN**

# WHAT IS COVERED

The medical component of the Medical Plan covers eligible healthcare services and supplies as determined by the claim administrator. In making this determination, the claim administrator assesses whether a service in type, frequency and duration is consistent with standards developed from the scientifically based guidelines of national medical, research and health care organizations or governmental agencies. These standards are developed, in part, with consideration as to whether the service meets all of the following:

- It is necessary to meet the basic health needs of the participant and is appropriate and required for the diagnosis or treatment of the particular condition
- It is required for reasons other than the convenience of the participant or his/her physician
- It is furnished in the most cost-efficient manner and type of medical care setting appropriate for the delivery of the service or supply
- It has been shown to be safe and effective for treating or diagnosing the condition for which its use is proposed, according to prevailing peer-reviewed medical literature. Or, alternatively, it has been found safe with promising efficacy in treating a life-threatening condition and it is delivered in a clinically controlled research setting using research protocols that meet the standards of the National Institutes of Health.

The fact that a physician has performed or prescribed a procedure or treatment or the fact that it may be the only treatment for a particular condition does not mean that it will be considered a covered health service under the plan.

### PHYSICIANS AND OTHER PROVIDERS

The plan pays benefits for the services of licensed physicians working within the scope of their license, therapists working under the direction of licensed physicians or duly licensed podiatrists, dentists, psychoanalysts, chiropractors or other providers (e.g., physician assistants) who act within the scope of their licenses. The latter group of providers will be considered on the same basis as physicians. Professional nursing services are covered (unless the nurse is a family member). Please note: even if a provider is considered as such by the plan, the service being rendered must also be covered by the plan for it to be reimbursable.

MEDICAL PLAN

# COVERED SERVICES — QUICK LOOK UP

| | | | |
|---|---|---|---|
| acupuncture | 27 | mammograms (diagnostic) | 38 |
| advanced imaging | 38 | mammograms (preventive) | 28 |
| ambulance | 30 | maternity | 39 |
| bereavement counseling | 41 | mental health | 33 |
| cancer clinical trials | 46 | nutritional evaluation | 27 |
| cardiac rehabilitation | 29 | office visits | 27 |
| chemotherapy | 38 | oral surgery | 44 |
| chiropractic care | 27 | organ transplants | 45 |
| dental services | 44 | orthotics | 43 |
| durable medical equipment | 42 | outpatient services and facilities | 29 |
| emergency care | 30 | pharmacy | 34 |
| family planning | 39 | preventive care | 28 |
| foot care | 27 | prosthetics | 42 |
| genetic testing | 39 | radiation | 38 |
| hearing aids | 42 | radiology | 38 |
| home healthcare | 41 | reconstructive surgery after mastectomy | 32 |
| hospice care | 41 | | |
| infertility | 39 | short-term rehabilitation | 29 |
| inpatient services and facilities | 31 | skilled nursing, acute care, rehabilitation facilities | 41 |
| laboratory services | 38 | | |
| LIFESOURCE | 45 | substance abuse care | 33 |
| mail-order prescriptions | 35 | urgent care | 30 |
| | | x-rays | 37 |

◂ Index   Full Screen   Print ▸

MEDICAL PLAN

## OFFICE VISITS — PHYSICIANS AND OTHER PROVIDERS

| COVERED SERVICE ◆ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON [3] | IN [3] | OON [3] | IN [3] | OON [3] |
| Primary care office visit [2] | $25 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Specialist office visit | $40 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Second opinions | Visit copay [4] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Surgery in a physician's office | Visit copay [4] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Chiropractic care | $40 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Acupuncture | $40 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Foot care (non-routine) | $40 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Nutritional evaluation | Visit copay [3, 4] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Virtual office visits through MDLIVE cost the following: Under either OAP, $25/visit copay; under either CDHP, up to a $38/visit until the deductible is met and up to $7.60/visit after the deductible has been met. Registration is required through mdlive.com/harris or 1.888.726.3171.
3. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.
4. Your copay will depend on whether a primary care physician or specialist is providing the care. The copay for a primary care physician is $25, and it is $40 for a specialist.

### ◆ MORE INFORMATION

| | |
|---|---|
| Chiropractic care | Coverage includes manipulations and associated modalities up to 20 visits in a calendar year. Eligible chiropractic treatment is considered specialist's care. (For limits and exclusions, see "What's Not Covered" later in this section of the SPD.) |
| Acupuncture | Coverage maximum is 20 days per calendar year |
| Foot care | Coverage only for foot care associated with diabetes and peripheral vascular disease |
| Nutritional evaluation | Coverage for up to 3 visits annually |
| Harris Family Medical Center | Coverage for OAP and CDHP options differs. For the OAPs, $15 copay for primary care visits and $40 for specialist visits. For CDHP 1, 80% once the deductible has been met. For CDHP 2, 70% once the deductible has been met |

**MEDICAL PLAN**

## PREVENTIVE CARE

| Covered Service ◆ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON | IN | OON | IN | OON |
| Preventive care visit | No charge | No benefit | No charge | No benefit | No charge | No benefit |
| Immunizations | No charge | No benefit | No charge | No benefit | No charge | No benefit |
| Mammograms, PAP, PSA (routine preventive care) | No charge | Plan: 60% of MRC You: balance[2] | No charge | Plan: 60% of MRC You: balance[2] | No charge | Plan: 50% of MRC You: balance[2] |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Coinsurance begins after the deductible has been met. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

### ◆ MORE INFORMATION

Preventive care
- Coverage for eligible well-baby, well-child, well-woman and adult preventive care if you use a network provider and there is no prior diagnosis for a related condition. Refer to mycigna.com for the most-current listing of covered services before accessing care. Certain medications may be covered under the pharmacy plan. Contact Express Scripts for the most current listing of covered prescriptions.
- Also covered as part of the preventive care benefit are additional services delivered as a supplement to standard preventive care, such as a urinalysis, EKG and certain laboratory tests
- Not included are other services provided or ordered during a preventive care visit that do not directly relate to allowable preventive services

Index   Full Screen   Print ▸

MEDICAL PLAN

## OUTPATIENT SERVICES AND FACILITIES

| COVERED SERVICE ◆ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON [2] | IN | OON [2] | IN [2] | OON [2] |
| **Professional services**<br>• Surgeons<br>• Radiologists<br>• Pathologists<br>• Anesthesiologists | Plan: 80%<br>You: 20% [2] | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |
| **Short-term rehabilitation** [3] | $40 copay | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |
| **Cardiac rehabilitation** | $40 copay | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |
| **Outpatient services/ facilities and chemotherapy**<br>• Operating room<br>• Recovery room<br>• Procedures room<br>• Treatment room<br>• Observation room | Plan: 80%<br>You: 20% [2] | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.
3. Applicable outpatient short-term rehabilitative therapy copay applies regardless of where the service is rendered, including the home.

### ◆ MORE INFORMATION

| | |
|---|---|
| Short-term rehabilitation | • Coverage for a combined annual maximum of 60 days' treatment for all types of covered rehabilitation. Services must be provided as part of a rehabilitation program in a medically appropriate setting<br>• Coverage includes physical therapy, speech therapy, cognitive therapy, osteopathic manipulation and pulmonary rehabilitation<br>• Coverage for occupational therapy is only covered if it is for the purpose of enabling you to perform the activities of daily living after an illness or injury<br>• If you have multiple outpatient services performed in the course of a day, this will still be considered 1 day's treatment; however, a separate copay will apply to each service provider |
| Cardiac rehabilitation | • Coverage for up to 36 days of services in a year<br>• Coverage includes a comprehensive program of medical evaluation, supervised and electrocardiograph-monitored exercise, patient education, nutritional counseling and cardiac risk factor modification with the goal of improving the capacity for physical activity following an acute cardiac event or surgery. The programs are designed to limit the physiological and psychological effects of cardiac illness, control cardiac symptoms, and stabilize or reverse atherosclerotic heart disease with the ultimate goal of reducing morbidity and mortality<br>• Coverage for Phase II cardiac rehabilitation that includes outpatient services involving supervised exercise and continuous telemetry monitoring |

## EMERGENCY AND URGENT CARE

| Covered Service ◇ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON | IN [3] | OON [3] | IN [3] | OON [3] |
| **Emergency care** | | | | | | |
| At physician's office | Visit copay [2] | | Plan: 80%; You: 20% | | Plan: 70%; You: 30% | |
| At emergency room | $150/visit copay | | Plan: 80%; You: 20% | | Plan: 70%; You: 30% | |
| Ambulance | Plan: 80%; You: 20% [3] | | Plan: 80%; You: 20% | | Plan: 70%; You: 30% | |
| **Urgent care** | | | | | | |
| At physician's office | Visit copay [2] | | Plan: 80%; You: 20% | | Plan: 70%; You: 30% | |
| At urgent care center | $25 | | Plan: 80%; You: 20% | | Plan: 70%; You: 30% | |
| Advanced radiology | Plan: 100% | | Plan: 80%; You: 20% | | Plan: 70%; You: 30% | |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Your copay will depend on whether a primary care physician or specialist is providing the care. The copay for a primary care doctor is $25. It is $40 for a specialist.
3. Coinsurance begins after the deductible has been met. Benefits are based on maximum reimbursable charges (MRC).

### ◇ MORE INFORMATION

| Emergency room care | • Coverage for all professional services (physicians, radiologist, pathologist, etc.), including diagnostic testing<br>• The $150 copay is waived if you are admitted to the hospital<br>• Coverage for emergency hospital admissions is paid on the same basis as any hospital admission and requires authorization from Cigna within 48 hours of admission |
|---|---|
| Urgent care center | • Coverage for all professional services required during an urgent care visit |
| Business Travel Medical | • Additional coverage for emergency medical care when traveling on business outside your home country. (See "Business Travel Medical Plan" later in this section of the SPD.) |

### DECIDING WHERE TO GO FOR CARE

If you have an unplanned medical situation that needs to be addressed right away, you have several options for care under Cigna. Depending on the circumstances and your physician's availability, you may be able to get care in an office setting. However, it's just as likely that you will seek care in either a hospital emergency room or in an urgent care center.

Both types of facilities are staffed to handle emergent situations — but on different levels. For example:

• If you have symptoms of sufficient severity (e.g., pain or injury, blood loss) that you feel you require immediate medical attention or your health could be in jeopardy, seek care at the nearest hospital emergency room
• If an unforeseen medical problem requires prompt attention but is not life threatening (e.g., a sprain, a high fever, earache), you might consider urgent care. Urgent care also costs you less and ordinarily takes less time than going to the emergency room.

When it comes down to it, even though you are not a medical professional, your personal judgment about, and comfort with, an emergency situation will determine where you seek care. Depending on the circumstances, you might want to reach out to your physician or the nurse help line for guidance. Whatever the case, don't delay getting the medical care you think you need.



MEDICAL PLAN

## INPATIENT SERVICES AND FACILITIES

| COVERED SERVICE ◆ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
| --- | --- | --- | --- | --- | --- | --- |
| | IN [2] | OON [2] | IN [2] | OON [2] | IN [2] | OON [2] |
| **Professional services**<br>• Surgeons<br>• Radiologists<br>• Pathologists<br>• Anesthesiologists<br>• Physician visits and consultations | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |
| **Facility charges**<br>• Operating room<br>• Recovery room<br>• Procedures room<br>• Treatment room<br>• Observation room | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |
| **Inpatient bed and board** | Plan: 80%<br>You: 20% | Plan: 60% of room rate<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of room rate<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of room rate<br>You: balance |
| **Special care units**<br>• Intensive Care Unit (ICU)<br>• Critical Care Unit (CCU) | Plan: 80%<br>You: 20% | Plan: 60% of room rate<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of room rate<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of room rate<br>You: balance |
| **Multiple surgical reduction** | Multiple surgeries performed during one operating session result in a payment reduction of 50% to the surgery of lesser charge. The more expensive procedure is paid as any other surgery, that is, with no reduction | | | | | |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC).

| ◆ MORE INFORMATION | |
| --- | --- |
| Precertification | • Inpatient admissions require precertification other than obstetric admissions lasting less than 48 hours for a vaginal delivery or 96 hours for a cesarean section<br>• Emergency admissions must be authorized within 48 hours or benefits will be reduced. (See "Accessing Care" earlier in this section of the SPD.) |
| Professional and other services | Coverage includes charges for surgeons, anesthesiologists and anesthesia, radiologists and radiological testing, nursing, blood transfusions, laboratory testing, required therapy, oxygen and other gases |
| Inpatient bed and board | • Coverage for a semiprivate room. The cost of in-network bed and board is based on lower negotiated rates; out-of-network bed and board is based on a non-negotiated rate<br>• Coverage for a private room based on applicable semiprivate rate. You will be responsible for any balance representing the additional cost of the private room<br>• Coverage excludes items such as the cost of telephone or television service in your room |

◁ Index   Full Screen   Print ▷

SPECIAL NOTES ABOUT SPECIFIC SURGICAL PROCEDURES

**Breast reconstruction and breast prostheses** — The plan covers charges during all stages of a mastectomy and treatment of physical complications including lymphedema. Coverage includes reconstructive surgery on the breast on which surgery was performed, surgical services for reconstruction of the non-diseased breast to produce symmetrical appearance and postoperative breast prostheses. The plan also includes mastectomy bras and external prosthetics, limited to the lowest cost alternative available that meets external prosthetic placement needs.

**Orthognathic surgery** — The plan provides coverage, assuming certain conditions are met, for surgery to repair or correct a severe facial deformity or disfigurement that orthodontics alone cannot correct. To be covered there must be one of the following: a documented and significant functional impairment that the surgery is expected to meaningfully improve; or the surgery is medically necessary as the result of a tumor, trauma or disease or the surgery is being performed on a patient prior to age 19 as the result of a severe facial deformity or congenital condition. Repeat surgeries for the same condition are covered only when the previous surgery met the before-stated requirements and the utilization review physician believes that there is a high probably of potentially significant improvement.

**Bariatric surgery** — The plan covers bariatric surgery, subject to certain limitations or exclusions. (See "What's Not Covered" later in this section of the SPD.)

MEDICAL PLAN

# MENTAL HEALTH AND SUBSTANCE ABUSE CARE

| COVERED SERVICE ◇ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON [2] | IN [2] | OON [2] | IN [2] | OON [2] |
| **Mental health** | | | | | | |
| Physician's office visit | $40 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Outpatient (includes individual, group and intensive outpatient) | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Inpatient | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| **Substance abuse** | | | | | | |
| Physician's office visit | $40 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Outpatient (includes individual, group and intensive outpatient) | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Inpatient | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

## ◇ MORE INFORMATION

| Precertification | • Inpatient admissions require precertification<br>• Emergency admissions must be authorized within 48 hours or benefits will be reduced or denied. (See "Accessing Care" earlier in this section of the SPD.) |
|---|---|
| Mental health services | • Coverage for the treatment of disorders that impair the behavior, emotional reaction or thought processes. Please note: physiological conditions causing the disorders are not handled as mental health benefits although they may be covered elsewhere under the plan |
| Outpatient mental health care | • Coverage includes outpatient treatment of conditions such as anxiety or depression that interfere with daily functioning, emotional adjustment or concerns related to chronic conditions such as psychosis or depression, emotional reactions associated with marital problems or divorce, child/adolescent problems of conduct or poor impulse control, affective disorders, suicidal or homicidal threats or acts, eating disorders, acute exacerbation of chronic mental health conditions (crisis intervention and relapse prevention) and outpatient testing and assessment<br>• Coverage includes individual counseling and participation in certified intensive outpatient therapy programs that provide a combination of individual, family and/or group therapy in a day, totaling 9 or more hours in a week |

◁ Index    Full Screen    Print ▷

**MEDICAL PLAN**

## ◇ MORE INFORMATION

| | |
|---|---|
| Inpatient mental health care | • Coverage includes hospitalization, partial hospitalization and mental health residential treatment care<br>• Partial hospitalization services are those that are provided for not less than 4 hours and not more than 12 hours in any 24-hour period<br>• Mental health residential treatment services are provided on a 24-hour basis and must be delivered by a facility that keeps patients in an open setting and specializes in the treatment of psychological and social functional disturbances that are the result of mental health conditions. The program must be supervised by physicians and licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center |
| Substance abuse services | Coverage for the treatment of patients with a psychological or physical dependence on alcohol or other mind-altering drugs. Please note: physiological conditions causing the disorders are not handled as mental health benefits although they may be covered elsewhere under the plan |
| Outpatient substance abuse rehabilitation services | Coverage for outpatient rehabilitation including participation in a substance abuse intensive outpatient therapy program. Care includes a combination of individual, family and/or group therapy in a day, totaling 9 or more hours in a week |
| Inpatient substance abuse rehabilitation services | • Coverage includes hospitalization, partial hospitalization and mental health residential treatment care<br>• Partial hospitalization services are those that are provided for not less than 4 hours and not more than 12 hours in any 24-hour period<br>• Substance abuse residential treatment services are provided on a 24-hour basis and must be delivered by a facility that keeps patients in an open setting and specializes in the treatment of psychological and social functional disturbances that are the result of substance abuse conditions. The program must be supervised by physicians and licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center |
| Substance abuse detoxification services | Coverage includes detoxification and related medical ancillary services when required for the diagnosis and treatment of addiction to alcohol and/or drugs. Cigna will decide, based on the medical necessity of each situation, whether such services will be provided in an inpatient or outpatient setting |

◂ Index   Full Screen   Print ▸

**MEDICAL PLAN**

## PHARMACY

| COVERED SERVICE ◆ | PHARMACY 1 | | PHARMACY 2 | | PHARMACY 3 | |
|---|---|---|---|---|---|---|
| | **IN** | **OON** | **IN** | **OON** | **IN** | **OON** |
| Access | Full Express Scripts pharmacy network | Non-network pharmacy | Express Scripts network minus Walgreens and CVS | Non-network pharmacy | Same network as Pharmacy 2 plus mandatory mail order for maintenance drugs [1] | Non-network pharmacy |

**In-network [2,3]**

| | | |
|---|---|---|
| Retail network pharmacy (for up to a 30-day supply) | Generic | You pay the full cost up to a $7 maximum |
| | Brand-name drug on formulary | • If there is no generic — you pay 20% of network formulary rate ($25 minimum and $75 maximum)<br>• If there is a generic — In addition to the 20% coinsurance, you pay the cost difference between the brand and generic medication |
| | Brand-name drug not on formulary | • If there is no generic — you pay 50% of network rate ($50 minimum and $100 maximum)<br>• If there is a generic — In addition to the 50% coinsurance, you pay the cost difference between the brand and generic medication |
| Mail-order prescriptions (for up to a 90-day supply)<br><br>**Remember, Pharmacy 3 must use mail order for maintenance drugs!** | Generic | You pay the full cost up to a $17.50 maximum |
| | Brand-name drug on formulary | • If there is no generic — you pay 20% of network formulary rate ($62.50 minimum and $187.50 maximum)<br>• If there is a generic — In addition to the 20% coinsurance, you pay the cost difference between the brand and generic medication |
| | Brand-name drug not on formulary | • If there is no generic — you pay 50% of network rate ($125 minimum and $250 maximum)<br>• If there is a generic — In addition to the 50% coinsurance, you pay the cost difference between the brand and generic medication |

**Out-of-Network [2,3]**

| | | |
|---|---|---|
| Retail non-network pharmacy (for up to a 30-day supply) [4] | Generic | You pay up to $7 plus the difference in cost between the prescription's retail cost and the network rate |
| | Brand-name drug on formulary | You pay 20% of retail price ($25 minimum and $75 maximum) plus the cost difference between the brand and generic medication |
| | Brand-name drug not on formulary | You pay 50% of retail price ($50 minimum and $100 maximum) plus the cost difference between the brand and generic medication |
| Mail order | Not covered | |
| Pharmacy out-of-pocket limit | $2,500 individual/$5,000 family each calendar year for OAP participants. The CDHPs' out-of-pocket limits take into consideration both medical and pharmacy expenses | |

1. Certain exceptions apply to this mandatory mail-order provision; i.e., there are items that can't be mailed such as controlled substances. Contact Express Scripts to find out if your prescription is an exception.

2. Plan benefits cover up to a 30-day supply of a prescription. If you are prescribed for fewer days, the same copay or coinsurance applies to that prescription. If you need a refill, a new copay and coinsurance apply. You will pay the lower of the cost of the medication or the minimum. The same rule governs mail-order 90-day supplies.

3. Pharmacy reimbursements under the CDHPs do not begin until you meet your CDHP's annual combined medical and pharmacy deductible. (See "Benefit Overview" previously in this section of the SPD.)

4. You will pay the full cost and then file a claim for reimbursement.



## ◇ MORE INFORMATION

| | |
|---|---|
| Precertification | • Prescriptions that generally are not covered (such as growth hormones and medical foods) may be considered as a covered health service in certain instances. Your physician or pharmacist must request precertification through Express Scripts at 1.800.753.2851 to determine if the prescription will be covered by the plan<br>• If you can't take a generic when one is available, your provider should call the Express Scripts Reviews and Appeals Department to provide answers to any questions and the documentation needed to support that the generic medication has not been successful in your treatment. Express Scripts will make the final determination on this request and, if approved, the brand drug will be provided at the appropriate brand copay |
| Pharmacy options | • Coverage for the same level of benefits under Pharmacy 1, 2 and 3; only network access and the use of mail order differs<br>• Coverage includes medically necessary medications, products or devices that have been prescribed by a physician, dispensed by a licensed pharmacist, approved by the FDA are not considered experimental/investigational and that can, under federal law, be dispensed only by prescription<br>• You do not have to meet a deductible before coverage begins except if you are enrolled in a CDHP option<br>• Coverage excludes prescriptions used in a physician's office or as an inpatient which may be covered as part of an office visit or inpatient stay |
| Retail purchases | • Coverage at Express Scripts network pharmacies (in-network benefits) or any other pharmacy (out-of-network benefits)<br>• Network pharmacy purchases cost less — up to $7 for generics and coinsurance for brands based on lower network rates (or less, if the cost of the drug is less than the copay) — and there are no claim forms to file. Just show your ID card at the pharmacy. Out-of-network, you pay at point-of-purchase and file a claim for reimbursement<br>• You can also get prescriptions when you're away from home by contacting Express Scripts for the name of a nearby network pharmacy<br>• Prescriptions written by Harris Family Medical Center (HFMC) doctors and filled at the HFMC pharmacy can be filled for 90 days |
| Mail-order purchases | • Coverage to purchase maintenance drugs in volume at a cost savings through mail-order is offered in-network only<br>• Mail order is an option for those enrolled in Pharmacy 1 and 2. It's use is required in Pharmacy 3, except for 30 day supplies purchased at the HFMC Pharmacy<br>• When you enroll in Pharmacy 3, you will be able to purchase 2 maintenance drug refills at a network pharmacy before you will be required to fill your prescription by mail. You will pay 100% of the cost of the drug if you continue to fill at retail |
| Diabetic treatment | Coverage for certain OTC diabetic products with a prescription from your physician including:<br>• Insulin<br>• Needles/pens<br>• Lancets<br>• Formulary blood glucose meters (continuous blood glucose meters are not covered)<br>• Formulary test strips |
| Family planning prescriptions | Coverage for certain prescriptions for family planning including:<br>• Oral contraceptives, patches, rings and injections<br>• Fertility drugs to treat an underlying condition that causes infertility (annual $5,000 maximum) |
| Preventive medications | • Certain approved items and services are covered at 100%, primarily based on specified age and gender criteria. This includes coverage for FDA-approved tobacco cessation products for adults 18+ years of age for 180 days per year with a physician's prescription. A list of these drugs is available through Express Scripts |
| Annual pharmacy out-of-pocket limit under the OAP plans | • There is an annual pharmacy out-of-pocket limit — $2,500 individual/$5,000 family in pharmacy copays and coinsurance. An individual's pharmacy costs will be suspended for the remainder of the calendar year if that person meets his/her annual pharmacy out-of-pocket maximum<br>• Amounts other than your copays and coinsurance, such as the out-of-network difference between a drug's retail and network costs, do not apply toward the annual pharmacy out-of-pocket maximum and will not be suspended once that maximum is reached<br>• The pharmacy out-of-pocket maximum is separate from the Medical Plan annual out-of-pocket maximum |

◂ Index    Full Screen    Print ▸

MEDICAL PLAN

## *DRUG UTILIZATION MANAGEMENT*

**1. Step-Therapy** — Drugs for various conditions are categorized as front-line drugs (Step 1) or as back-up drugs (Steps 2 and 3). Most people can be safely and effectively treated with a front-line drug. These are generics and lower-cost brand-name drugs. In order to move to a Step 2 or 3 drug, your physician must demonstrate the medical necessity for the back-up drug.

**2. Prior authorization** — This program makes sure you're getting a prescription that is suitable for the intended use and covered by your pharmacy plan. This means that more information may be needed from your physician to see if your plan covers the drug. Only your physician can change your prescription or provide Express Scripts with the necessary information about why a certain drug is being prescribed. Once enrolled, you can determine if a review is required by accessing drug coverage at www.express-scripts.com.

**3. Drug Quantity Management (DQM)** — This program helps ensure your safety as well as keeps costs in line for you through checking prescriptions for certain medications that are being prescribed in larger quantities than recommended by usual prescribing practices and FDA guidelines, as well as prescriptions that might be taken in one dose a day vs. several smaller doses.

## R$_X$ FOR PRESCRIPTION SAVINGS

1. Use generic drugs whenever you can. Generics are copies of brand-name drugs that are no longer covered by a patent. They have the same purpose and active ingredient as their brand-name counterparts. Their lower cost represents the fact that their manufacturers do not have the research and development or marketing charges associated with a brand-name drug. You save!

2. Use a brand-name drug or a similar generic drug on the formulary/preferred drug list if an identical drug isn't available. Brand-name drugs on the formulary are purchased at special prices by Express Scripts. These lower prices mean that the network rate on which your coinsurance is based is discounted. You save!

3. Use mail order for your maintenance drugs. These are prescriptions that you take regularly (e.g., blood pressure medication, asthma inhaler), not prescriptions to treat an unexpected condition (e.g., an antibiotic, pain killer). Preorder them and watch for them in the mail. You save!

MEDICAL PLAN

# RADIOLOGY, LABORATORY SERVICES, RADIATION AND CHEMOTHERAPY

| COVERED SERVICE ◇ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON | IN [2] | OON [2] | IN [2] | OON [2] |
| **X-ray, laboratory, radiation therapy, chemotherapy** | | | | | | |
| Physician's office | Visit copay[3] | Plan: 60% of MRC You: balance[2] | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Outpatient facility | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance[2] | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Emergency room/ urgent care center | Plan: 100% | Plan: 100% | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Independent lab | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance[2] | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| **Advanced imaging (MRI, CT Scan, PET Scan)** | | | | | | |
| Physician's office | Visit copay[3] | Plan: 60% of MRC You: balance[2] | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Outpatient | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance[2] | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Urgent care | Plan: 100% | Plan: 100% | Plan: 100% | Plan: 100% | Plan: 100% | Plan: 100% |
| Emergency room | Plan: 100% | Plan: 100% | Plan: 80% You: 20% | Plan: 80% You: 20% | Plan: 70% You: 30% | Plan: 70% You: 30% |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.

2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

3. Your copay will depend on whether a primary care physician or specialist is providing the care. The copay for a primary care doctor is $25. It is $40 for a specialist.

## ◇ MORE INFORMATION

| | |
|---|---|
| Precertification | Precertification is required for advanced imaging: MRIs, MRAs, PET scans, CT scans, etc. This is your responsibility if you are seeking care out-of-network. Without precertification, you could receive a reduction or denial of benefits. |
| Inpatient imaging | Covered on the same basis as any inpatient hospital service |
| Mammograms (diagnostic) | Coverage on the same basis as x-ray and laboratory services |

MEDICAL PLAN

## MATERNITY AND FAMILY PLANNING SERVICES

| COVERED SERVICE ◆ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON [2] | IN | OON [2] | IN | OON [2] |
| **Maternity care** | | | | | | |
| Initial visit to confirm pregnancy | Visit copay[3] | Plan: 60% of MRC You: balance | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30%[2] | Plan: 50% of MRC You: balance |
| Global maternity fee (prenatal, postnatal care, delivery) | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30%[2] | Plan: 50% of MRC You: balance |
| Facility charges for delivery | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30%[2] | Plan: 50% of MRC You: balance |
| **Non-elective abortion** | | | | | | |
| At physician's office | Visit copay[3] | Plan: 60% of MRC You: balance | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30%[2] | Plan: 50% of MRC You: balance |
| Inpatient/outpatient professional services and facility charges | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30%[2] | Plan: 50% of MRC You: balance |
| **Family Planning Men** | | | | | | |
| Office Visit | Visit copay[3] | Plan: 60% of MRC You: balance | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30%[2] | Plan: 50% of MRC You: balance |
| Inpatient/outpatient professional services and facility charges | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30%[2] | Plan: 50% of MRC You: balance |
| **Family Planning Women** | | | | | | |
| Office visit, inpatient/ outpatient services and facility charges | Plan: 100% | Plan: 60% of MRC You: balance | Plan: 100% | Plan: 60% of MRC You: balance | Plan: 100% | Plan: 50% of MRC You: balance |
| **Genetic testing and counseling** | Visit copay[3] or coinsurance | Plan: 60% of MRC You: balance | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30%[2] | Plan: 50% of MRC You: balance |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.

2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

3. Your copay will depend on whether a primary care physician or specialist is providing the care. The copay for a primary care doctor is $25. It is $40 for a specialist. Ob/Gyns are considered either primary care doctors or specialists depending on how they've contracted with the Cigna network.

◂ Index   Full Screen   Print ▸

**MEDICAL PLAN**

## ◆MORE INFORMATION

| | |
|---|---|
| Precertification | Precertification is required for obstetric hospital stays over automatically authorized lengths. (See "maternity confinements" below.) |
| Maternity confinements | • Coverage for the mother and newborn. The hospital stay is automatically authorized for not less than 48 hours following a vaginal delivery or 96 hours following a cesarean section — or such longer period of time as may be required by state law<br>• Coverage continues for the authorized time period; however, the attending physician, after consulting with the mother, can generally discharge the mother or the newborn earlier than the respective preauthorized number of days<br>• Coverage excludes any additional days of hospitalization that aren't authorized by Cigna. (Getting this authorization is the patient's responsibility out-of-network and the doctor's in-network.) Without this authorization, benefits for bed and board will not be paid for the mother or child for each unauthorized extra day. The expenses will be the responsibility of the patient. The final decision on whether an extended hospital stay is appropriate is between the patient and her physician |
| Facility charges for inpatient and outpatient care | Coverage on the same basis as other covered inpatient and outpatient facility charges unless specified otherwise in the "covered service" chart on the previous page |
| Abortion | • Coverage only for non-elective procedures that a physician certifies in writing as necessary since the pregnancy is endangering the mother's life<br>• Coverage also for expenses that are incurred to treat medical complications resulting from the abortion |
| Erectile dysfunction | • Coverage for medical diagnostic services to determine the cause of erectile dysfunction<br>• Coverage for penile implants when erectile dysfunction is clearly caused by an established medical condition, but not for treatment of psychogenic causes |
| Family planning | • Coverage for certain expenses relating to family planning including examinations and related testing, counseling, FDA-approved implanted and injected contraceptives (e.g., Depo-Provera, intrauterine devices) and surgical procedures (e.g., vasectomies and tubal ligations) but not their reversals<br>• Coverage for diaphragms if services are provided in the physician's office. (See "What's Not Covered" later in this section of the SPD.) |
| Infertility treatment | • Coverage only for the treatment of underlying medical conditions up to the point when an infertility condition is diagnosed. This treatment would be covered as any other illness<br>• Coverage excludes testing performed specifically to determine the cause of infertility, treatment or procedures performed specifically to restore fertility or artificial means of becoming pregnant (e.g., invitro, GIFT, etc.). (See "What's Not Covered" later in this section of the SPD.) |
| Genetic testing and counseling | • Coverage for genetic testing that uses a proven testing method for the identification of genetically-linked inheritable disease. Genetic testing is covered only if:<br>  » The individual has symptoms or signs of a genetically-linked inheritable disease<br>  » The individual is believed to be at risk for carrier status or<br>  » The therapeutic purpose is to identify specific genetic mutation<br><br>• Coverage also for pre-implantation genetic testing, genetic diagnosis prior to embryo transfer when either parent has an inherited disease or is a documented carrier of a genetically-linked inheritable disease<br>• Coverage for up to 3 genetic counseling visits per calendar year for both pre- and post-genetic testing. Coverage is provided for an individual who is undergoing approved genetic testing or has an inherited disease and is a potential candidate for genetic testing |

MEDICAL PLAN

## SPECIALIZED CARE AND FACILITIES

| COVERED SERVICE ◆ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN [2] | OON [2] | IN [2] | OON [2] | IN [2] | OON [2] |
| Home healthcare | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |
| Hospice care<br>• Inpatient<br>• Outpatient | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |
| Skilled nursing, sub-acute and rehabilitation facilities | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 80%<br>You: 20% | Plan: 60% of MRC<br>You: balance | Plan: 70%<br>You: 30% | Plan: 50% of MRC<br>You: balance |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

### ◆ MORE INFORMATION

| | |
|---|---|
| Precertification | Precertification is required for home healthcare, hospice care and skilled nursing, sub-acute and rehabilitation facilities. If you access care out-of-network, this is your responsibility. Without precertification, your benefits will be reduced or denied |
| Home healthcare | Coverage for physician-prescribed skilled healthcare services with no calendar year day limits:<br><br>• Includes services provided in a home setting with no more than 16 hours of care in the day provided in visits of no more than 2 hours (i.e., maximum of 8 visits a day)<br>• Includes physical, occupational, and speech therapy provided in the home, subject to the outpatient short-term rehabilitation therapy maximum. When multiple outpatient services are provided on the same day, they constitute 1 day, although a separate copay applies to the services provided by each provider |
| Hospice care | Coverage for individuals who have been diagnosed with no more than 6 months to live due to a terminal illness and who are under the care of a physician:<br><br>• Includes inpatient care in a hospice facility, the services of professionals associated with the hospice program (e.g., physicians, psychologists, social workers, family counselors, part-time or intermittent nurses), outpatient care, medical supplies, prescribed medications, pain treatment and laboratory services<br>• Coverage excludes services rendered by any family member or anyone who lives with the patient. (See "What's Not Covered" later in this section of the SPD.) |
| Bereavement counseling | Coverage on an inpatient or outpatient basis as part of hospice care; coverage for care accessed outside hospice through a mental health practitioner is covered by mental health benefits. (See "Mental Health/Substance Abuse Care" earlier in this section of the SPD.) |
| Skilled nursing, sub-acute care, rehabilitation facilities | Coverage of up to a combined 120 days of confinement each calendar year |

◁ Index    Full Screen    Print ▷

## Medical Equipment and Devices

| Covered Service ◆ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | **IN** | **OON** [2] | **IN** | **OON** [2] | **IN** | **OON** [2] |
| Durable medical equipment | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30% [2] | Plan: 50% of MRC You: balance |
| External prosthetic devices | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30% [2] | Plan: 50% of MRC You: balance |
| Hearing aids for children up to age 18 | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% [2] | Plan: 60% of MRC You: balance | Plan: 70% You: 30% [2] | Plan: 50% of MRC You: balance |
| Breast feeding equipment/supplies | Plan: 100% | Not covered | Plan: 100% | Not covered | Plan: 100% | Not covered |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

### ◆ MORE INFORMATION

| | |
|---|---|
| Precertification | Precertification is required for durable medical equipment and external prosthetic devices. If you access care out-of-network, this is your responsibility. Without precertification, your benefits will be reduced or denied |
| Durable medical equipment | • Coverage for medically necessary items considered as durable, that is, not disposable and designed to withstand repeated use by more than one person. Included are items such as crutches, hospital beds, respirators, wheel chairs and dialysis machines for use in the home for a medical purpose<br>• Coverage includes the purchase and rental of durable medical equipment that is ordered or prescribed by a physician and is provided by a vendor approved by Cigna for use outside a hospital or other healthcare facility<br>• Coverage for replacement, repair or duplicate equipment is provided only when required due to an anatomical change and/or reasonable wear and tear. Coverage does not include maintenance and repair resulting from misuse<br>• Coverage for durable medical equipment is limited to the lowest-cost alternative as described by the utilization review physician<br>• There are exclusions to coverage. (See "What's Not Covered" later in this section of the SPD.) |

◂ Index    Full Screen    Print ▸

**MEDICAL PLAN**

### ◇ MORE INFORMATION

| | |
|---|---|
| External prosthetic devices | • Coverage for the purchase and fitting of external prosthetic devices available only by prescription that are necessary for the alleviation or correction of an injury, sickness or congenital defect<br>• Coverage only for the most appropriate and cost-effective alternative as determined by the utilization review physician<br>• Coverage includes certain prosthetic appliances and devices, orthoses and orthotic devices, braces and splints<br>• Coverage for foot orthoses is limited as follows:<br>  » For persons with impaired peripheral sensation and/or altered peripheral circulation (e.g., diabetic neuropathy and peripheral vascular disease)<br>  » When the foot orthosis is an integral part of a leg brace and is necessary for the proper functioning of the brace<br>  » When the foot orthosis is for use as a replacement or substitute for missing parts of the foot (e.g. amputated toes) and is necessary for the alleviation or correction of injury, sickness or congenital defect<br>  » For persons with neurologic or neuromuscular condition (e.g., cerebral palsy, hemiplegia, spina bifida) producing spasticity, malalignment, or pathological positioning of the foot and there is reasonable expectation of improvement<br><br>• There are exclusions to coverage. (See "What's Not Covered" later in this section of the SPD.) |
| Hearing aids | • Coverage for children under age 18<br>• Coverage includes semi-implantable hearing devices, audient bone conductors and bone-anchored hearing aids |
| Breast feeding equipment and supplies | Coverage — in-network only for renting a breast pump and related supplies as ordered by a physician |

◂i Index   Full Screen   Print ▸

# DENTAL CARE AND ORAL SURGERY

| COVERED SERVICE ◇ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON [2] | IN [2] | OON [2] | IN [2] | OON [2] |
| **Eligible dental care** | | | | | | |
| Physician's services | Visit copay[3] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Outpatient facility and services | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Inpatient facility and services | Plan: 80% You: 20%[2] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| **Oral surgery** | | | | | | |
| Physician's office visit | $40 copay | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Outpatient facility and services | Plan: 80% You: 20%[3] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |
| Inpatient facility and services | Plan: 80% You: 20%[3] | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.

2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

3. Your copay will depend on whether a primary care physician or specialist is providing the care. The copay for a primary care doctor is $25. It is $40 for a specialist.

### ◇ MORE INFORMATION

| | |
|---|---|
| Eligible dental care | Coverage for services or supplies related to an accidental injury to sound natural teeth if part of a continuous course of dental treatment started within 6 months of an accident |
| Oral surgery | Coverage includes charges made by a physician for any of the following surgical procedures: excision of unerupted impacted tooth, including removal of alveolar bone and sectioning of tooth and removal of residual root, when performed by a dentist other than the one who extracted the tooth |

◁ Index    Full Screen    Print ▸

MEDICAL PLAN

# ORGAN TRANSPLANTS

| COVERED SERVICE ◇ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN | OON | IN | OON | IN | OON |
| Office visit | Visit copay[2] | Not covered | Plan: 80%<br>You: 20%[3] | Not covered | Plan: 70%<br>You: 30%[3] | Not covered |
| **Cigna LIFESOURCE Transplant Network®** | | | | | | |
| Facility charges | Plan: 100% | Not covered | Plan: 100%<br>after<br>deductible | Not covered | Plan: 100%<br>after<br>deductible | Not covered |
| Professional services | Plan: 100% | Not covered | Plan: 100%<br>after<br>deductible | Not covered | Plan: 100%<br>after<br>deductible | Not covered |
| Travel expenses | Travel expense maximum of $10,000 per transplant per lifetime | | | | | |
| **Approved Non-LIFESOURCE Facilities** | | | | | | |
| Facility charges | Plan: 80%<br>You: 20%[3] | Not covered | Plan: 80%<br>You: 20%[3] | Not covered | Plan: 70%<br>You: 30%[3] | Not covered |
| Professional services | Plan: 80%<br>You: 20%[3] | Not covered | Plan: 80%<br>You: 20%[3] | Not covered | Plan: 70%<br>You: 30%[3] | Not covered |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Your copay will depend on whether a primary care physician or specialist is providing the care. The copay for a primary care doctor is $25. It is $40 for a specialist.
3. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

## ◇ MORE INFORMATION

| | |
|---|---|
| Precertification | Precertification is required for all organ transplants. Transplants are covered only as an in-network benefit |
| Transplant services | |
| LIFESOURCE | • Coverage for 100% of the cost of eligible transplants through the Cigna LIFESOURCE Transplant Network®. (Cornea transplants not available through LIFESOURCE.)<br>• LIFESOURCE network includes over 130 facilities across the United States that are recognized as delivering quality, specialized transplant expertise |
| Transplant travel expenses | • Coverage for specific travel expenses only if the LIFESOURCE network is used. Travel must be connected with the delivery of a service associated with an approved transplant such as evaluation, candidacy, transplant event or post-transplant care<br>• Coverage includes reasonable transportation to and from the transplant facility (e.g., coach class airfare), local transportation at the site (e.g., rental car) as well as food and lodging for the recipient of an approved transplant and a companion (e.g., spouse, family member, legal guardian, caregiver). There are limitations to this benefit. (See "What's Not Covered" later in this section of the SPD.)<br>• Payments for travel and related expenses associated with transplants may be subject to IRS taxable income regulations |
| Non-LIFESOURCE facilities | • Coverage for organ transplant services, including cornea transplants<br>• Coverage at network transplant facilities specifically contracted for this purpose by Cigna<br>• No coverage for transplants at any other network or non-network facilities |

**MEDICAL PLAN**

## CANCER CLINICAL TRIALS

| COVERED SERVICE ◆ | OAP 3, 4 [1] | | CDHP 1 | | CDHP 2 | |
|---|---|---|---|---|---|---|
| | IN [2] | OON [2] | IN [2] | OON [2] | IN [2] | OON [2] |
| Routine services associated with the clinical trial | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 80% You: 20% | Plan: 60% of MRC You: balance | Plan: 70% You: 30% | Plan: 50% of MRC You: balance |

1. Benefit levels for OAPs 3 and 4 are the same. Their deductibles, out-of-pocket limits and premiums differ.
2. Coinsurance begins after the deductible has been met. In-network benefits are based on lower, negotiated network rates. There will never be balance billing. Out-of-network benefits are based on maximum reimbursable charges (MRC). You must pay any balance over the MRC.

### ◆ MORE INFORMATION

| Guidelines for coverage | Coverage for routine patient services associated with cancer clinical trials approved and sponsored by the federal government if the following criteria are met: |
|---|---|
| | • The cancer clinical trial is listed on the NIH website www.clinicaltrials.gov as being sponsored by the federal government |
| | • The trial investigates a treatment for terminal cancer and the person has failed standard therapies for the disease, cannot tolerate standard therapies for the disease or no effective nonexperimental treatment for the disease exists |
| | • The person meets all inclusion criteria for the clinical trial and is not treated "off-protocol" |
| | • The trial is approved by the Institutional Review Board of the institution administering the treatment and |
| | • Coverage will not be extended to clinical trials conducted at nonparticipating facilities if a person is eligible to participate in a covered clinical trial from a network provider |
| Limits | There are limits to this coverage. (See "What's Not Covered" later in this section of the SPD.) |

**MEDICAL PLAN**

# What's Not Covered

## General Limitations

No payment will be made for expenses incurred by you or any one of your dependents:

- For charges made by a hospital owned or operated by, or which provides care or performs services for, the U.S. government, if such charges are directly related to a military-service-connected injury or sickness
- To the extent that you or any one of your dependents is in any way paid or entitled to payment for those expenses by or through a public program, other than Medicaid
- To the extent that payment is unlawful where the person resides when the expenses are incurred
- For charges that would not have been made if the person had no insurance
- To the extent that they are more than maximum reimbursable charges
- To the extent of the exclusions imposed by any certification requirement shown in this plan
- For supplies, care, treatment, or surgery that are not medically necessary
- For charges made by any covered provider who is a member of your or your dependent's family
- For expenses incurred outside the United States other than expenses for medically necessary urgent or emergent care while temporarily traveling abroad.

## Exclusions and Expenses Not Covered

- Care for health conditions that are required by state or local law to be treated in a public facility
- Care required by state or federal law to be supplied by a public school system or school district
- Care for military service disabilities treatable through governmental services if you are legally entitled to such treatment and facilities are reasonably available
- Treatment of an injury or sickness which is due to war, declared or undeclared, riot or insurrection
- Charges that you are not obligated to pay, for which you are not billed, or for which you would not have been billed except that they were covered under this plan
- Unless otherwise covered in this plan, for reports, evaluations, physical examinations, or hospitalization not required for health reasons including, but not limited to, employment, insurance or government licenses, and court-ordered, forensic or custodial evaluations
- Court-ordered treatment or hospitalization, unless such treatment is prescribed by a physician and listed as covered in this plan
- Medical and hospital care and costs for the infant child of a dependent, unless this infant child is otherwise eligible under this plan
- Nonmedical counseling or ancillary services, including but not limited to custodial services, education, training, vocational rehabilitation, behavioral training, biofeedback, neurofeedback, hypnosis, sleep therapy, employment counseling, back-to-school or return-to-work services, work hardening programs, driving safety, and services, training, educational therapy or other nonmedical ancillary services for learning disabilities, developmental delays, autism or mental retardation
- Therapy or treatment intended primarily to improve or maintain general physical condition or for the purpose of enhancing job, school, athletic or recreational performance, including but not limited to routine, long-term, or maintenance care which is provided after the resolution of the acute medical problem and when significant therapeutic improvement is not expected

- Membership costs or fees associated with health clubs, weight loss programs and smoking cessation programs
- Medical treatment for a person age 65 or older, who is covered under this plan as a retiree, or his/her dependent, when payment is denied by the Medicare plan because treatment was received from a nonparticipating provider
- Medical treatment when payment is denied by a primary plan because treatment was received from a nonparticipating provider
- Medical treatment in connection with an injury or sickness arising out of, or in the course of, any employment for wage or profit
- Telephone, e-mail, and Internet consultations and telemedicine not performed by MDLive
- Massage therapy
- Assistance in the activities of daily living, including but not limited to eating, bathing, dressing or other custodial services or self-care activities, homemaker services and services primarily for rest, domiciliary or convalescent care.

## BLOOD

- Fees associated with the collection or donation of blood or blood products, except for autologous donation in anticipation of scheduled services where, in the utilization review physician's opinion, the likelihood of excess blood loss is such that transfusion is an expected adjunct to surgery
- Blood administration for the purpose of general improvement in physical condition

## CHIROPRACTIC CARE

- Services of a chiropractor which are not within the scope of practice, as defined by state law
- Charges for care not provided in an office setting
- Maintenance or preventive treatment consisting of routine, long-term or non-medically necessary care provided to prevent recurrence or to maintain the patient's current status
- Care that's part of short-term rehabilitation.

## CLINICAL TRIALS

- The investigational service or supply itself
- Services or supplies listed herein as exclusions
- Services or supplies related to data collection for the clinical trial (i.e., protocol-induced costs)
- Services or supplies which, in the absence of private health care coverage, are provided by a clinical trial sponsor or other party (e.g., device, drug, item or service supplied by manufacturer and not yet FDA approved) without charge to the trial participant.



MEDICAL PLAN

## EXPERIMENTAL, INVESTIGATIONAL OR UNPROVEN SERVICES OR PRESCRIPTIONS

- Charges for or in connection with experimental, investigational or unproven services. Experimental, investigational and unproven services are medical, surgical, diagnostic, psychiatric, substance abuse or other health care technologies, supplies, treatments, procedures, drug therapies or devices that are determined by the utilization review physician to be:

    » Not demonstrated, through existing peer-reviewed, evidence-based, scientific literature, to be safe and effective for treating or diagnosing the condition or sickness for which its use is proposed
    » Not approved by the U.S. Food and Drug Administration (FDA) or other appropriate regulatory agency to be lawfully marketed for the proposed use
    » The subject of review or approval by an institutional review board for the proposed use except as provided in the "Clinical Trials" section(s) of this plan or
    » The subject of an ongoing phase I, II or III clinical trial, except for routine patient care costs related to qualified clinical trials.

## EYE CARE

- Eyeglass lenses and frames and contact lenses (except for the first pair of contact lenses for treatment of keratoconus or post-cataract surgery)
- Routine refractions, eye exercises and surgical treatment for the correction of a refractive error, including radial keratotomy.

## FOOT CARE

- Routine foot care, including the paring and removing of corns and calluses or trimming of nails. However, services associated with foot care for diabetes and peripheral vascular disease are covered when medically necessary.

## GENETIC SCREENING

- Genetic screening or pre-implantations genetic screening that does not use a proven testing method for the identification of genetically-linked inheritable disease or is performed in the absence of any symptoms or any significant, proven risk factors for genetically linked inheritable disease.

## HOSPICE CARE SERVICES

- Services of a person who is a member of your family or your dependent's family or who normally resides in your house or your dependent's house
- Any period when you or your dependent is not under the care of a physician
- Services or supplies not listed in the hospice care program
- Any curative or life-prolonging procedures
- To the extent that any other benefits are payable for those expenses under the policy
- Services or supplies that are primarily to aid you or your dependent in daily living.

## HOSPITALIZATION

- Private hospital rooms and/or private duty nursing except as provided under the home health services provision
- Personal or comfort items such as personal care kits provided on admission to a hospital, television, telephone, newborn infant photographs, complimentary meals, birth announcements, and other items which are not for the specific treatment of an injury or sickness.

### INFERTILITY

- Infertility services including infertility drugs, surgical or medical treatment programs for infertility, except as described under Family Planning earlier in this section of the SPD. This includes in vitro fertilization, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT), variations of these procedures, and any costs associated with the collection, washing, preparation or storage of sperm for artificial insemination (including donor fees). Cryopreservation of donor sperm and eggs is also excluded from coverage
- Reversal of male or female voluntary sterilization procedures.

### MEDICATIONS, BIOLOGICALS, SUPPLEMENTS, ETC.

- Nonprescription drugs and investigational and experimental drugs, except as provided in this plan
- Cost of biologicals that are immunizations or medications for the purpose of travel, or to protect against occupational hazards and risks
- Cosmetics, dietary supplements and health and beauty aids
- All nutritional supplements and formulae except: infant formula needed for the treatment of inborn errors of metabolism; medical foods prescribed by a doctor for the treatment of inborn errors of metabolism or malabsorption and preauthorized by Express Scripts
- General or injectable vitamins, except prescription vitamins, including prenatal vitamins, vitamins with fluoride and single entity vitamins
- Appetite suppressants and other weight loss products/medications
- Growth hormone therapy except for a documented growth hormone deficiency, Turner's Syndrome, growth delay due to cranial radiation or chronic renal disease; precertification is required
- Compounded drugs unless all ingredients are covered items and are not available by a manufacturer. These must be approved for use in the manner it is being utilized.

### MENTAL HEALTH/SUBSTANCE ABUSE

- Any court ordered treatment or therapy, or any treatment or therapy ordered as a condition of parole, probation or custody or visitation evaluations unless medically necessary and otherwise covered under this plan
- Treatment of disorders that have been diagnosed as organic mental disorders associated with permanent dysfunction of the brain
- Developmental disorders, including but not limited to, developmental reading disorders, developmental arithmetic disorders, developmental language disorders or developmental articulation disorders
- Counseling for activities of an educational nature
- Counseling for borderline intellectual functioning
- Counseling for occupational problems
- Counseling related to consciousness raising
- Vocational counseling
- Religioius counseling
- I.Q. testing
- Custodial care, including but not limited to geriatric day care
- Psychological testing on children requested by or for a school system, occupational/recreational therapy programs even if combined with supportive therapy for age-related cognitive decline.



**MEDICAL PLAN**

## ORAL HEALTH
- Dental treatment of the teeth, gums or structures directly supporting the teeth, including dental x-rays, examinations, repairs, orthodontics, periodontics, casts, splints and services for dental malocclusion, for any condition
- Dental implants for any condition
- Surgical or nonsurgical treatment of TMJ disorders.

## OBESITY TREATMENT
- Anti-obesity medications, medical and surgical services, intended for the treatment or control of obesity, including: medical and surgical services to alter appearance or physical changes that are the result of any surgery performed for the management of obesity or clinically severe (morbid) obesity; and weight loss programs or treatments, whether prescribed or recommended by a physician or under medical supervision except for treatment of clinically severe (morbid) obesity as shown in covered expenses.

## PROSTHESIS AND PROSTHETIC APPLIANCES AND DEVICES
- Prefabricated foot orthoses
- Cranial banding and/or cranial orthoses. Other similar devices are excluded except when used postoperatively for synostotic plagiocephaly. When used for this indication, the cranial orthosis will be subject to the limitations and maximums of the external prosthetic appliances and devices benefit
- Orthosis shoes, shoe additions, procedures for foot orthopedic shoes, shoe modifications and transfers
- Orthoses primarily used for cosmetic rather than functional reasons
- Orthoses primarily for improved athletic performance or sports participation
- Copes scoliosis braces
- Splint replacement due to abuse of misuse, splint replacement more than once every 24 months for persons 19 years of age and older or more than once every 12 months for persons 18 years of age and under
- External and internal power enhancements or power controls for prosthetic limbs and terminal devices
- Myoelectric prostheses peripheral nerve stimulators.

## SHORT-TERM REHABILITATION
- Sensory integration therapy, group therapy, treatment of dyslexia, behavior modification or myofunctional therapy for dysfluency, such as stuttering or other involuntarily acted conditions without evidence of an underlying medical condition or neurological disorder
- Treatment for functional articulation disorder such as correction of tongue thrust, lisp, verbal apraxia or swallowing dysfunction that is not based on an underlying diagnosed medical condition or injury
- Maintenance or preventive treatment consisting of routine, long-term or non-medically necessary care provided to prevent recurrence or to maintain the patient's current status.



**MEDICAL PLAN**

## SUPPLIES, EQUIPMENT AND AIDS

- Consumable medical supplies other than ostomy supplies, diabetic supplies and urinary catheters
- Bandages and other disposable medical supplies, skin preparations and test strips, except as specified
- Bed-related items: bed trays, over the bed tables, bed wedges, pillows, custom bedroom equipment, mattresses, including non-power mattresses, custom mattresses and posturepedic mattresses
- Bath-related items: bath lifts, nonportable whirlpools, bathtub rails, toilet rails, raised toilet seats, bath benches, bath stools, hand held showers, paraffin baths, bath mats, and spas
- Chairs, lifts and standing devices: computerized or gyroscopic mobility systems, roll about chairs, geriatric chairs, hip chairs, seat lifts (mechanical or motorized), patient lifts (mechanical or motorized – manual hydraulic lifts are covered if patient is two-person transfer) and auto tilt chairs
- Fixtures to real property: ceiling lifts and wheelchair ramps
- Car/van modifications
- Air quality items: room humidifiers, vaporizers, air purifiers and electrostatic machines
- Blood/injection related items: blood pressure cuffs, centrifuges, nova pens and needleless injectors
- Other equipment: heat lamps, heating pads, cryounits, cryotherapy machines, electronic-controlled therapy units, ultraviolet cabinets, sheepskin pads and boots, postural drainage board, AC/DC adaptors, enuresis alarms, magnetic equipment, scales (baby and adult), stair gliders, elevators, saunas, any exercise equipment and diathermy machines
- Artificial aids including, but not limited to, corrective orthopedic shoes, arch supports, elastic stockings, garterbelts, corsets, dentures and wigs
- Hearing aids, including but not limited to semi-implantable hearing devices, audiant bone conductors and bone anchored hearing aids (BAHAs), except for children under 18 years of age
- Aids or devices that assist with nonverbal communications, including but not limited to communication boards, prerecorded speech devices, laptop computers, desktop computers, Personal Digital Assistants (PDAs), Braille typewriters, visual alert systems for the deaf and memory books.

## SURGERIES

- Cosmetic surgery and therapies including medications for comestic or hair growth purposes. (Cosmetic surgery or therapy is defined as surgery or therapy performed to improve or alter appearance or self-esteem or to treat psychological symptomatology or psychosocial complaints related to one's appearance)
- The following services are excluded from coverage regardless of clinical indications: abdominoplasty, panniculectomy, redundant skin surgery, removal of skin tags, acupressure, craniosacral/cranial therapy, dance therapy, movement therapy, applied kinesiology, rolfing, prolotherapy and extracorporeal shock wave lithotripsy (ESWL) for musculoskeletal and orthopedic conditions
- Abortions, unless a physician certifies in writing that the pregnancy would endanger the life of the mother, or the expenses are incurred to treat medical complications due to abortion.

## TRANSPLANT TRAVEL SERVICES

- Travel costs incurred due to travel within 60 miles of your home, laundry bills, telephone bills, alcohol or tobacco products, charges for transportation that exceeds coach class.



MEDICAL PLAN

# FILING A CLAIM

There are no claim forms for in-network care — simply show your ID card and pay your share of the cost, if any. Your network provider will submit a claim to Cigna for reimbursement. There is no requirement for an out-of-network provider to submit claims for you; however, many are able and willing to file on your behalf. If a provider does not submit on your behalf, you must send your completed claim form and itemized bills to the address listed on the claim form.

For a claim to be considered, it must be submitted within 180 days of the service being rendered. If services occurred on consecutive days, such as during a period of hospital confinement, the limit will be counted from the last day of service. **Claims submitted after 180 days will be denied.**

### MEDICAL AND PHARMACY CLAIM REMINDERS

- Access a printable copy of the claim form at the web address shown on your Cigna or Express Scripts ID card or call Member Services for a copy.
- Be sure to use your member ID and account group number when you file your claim form or when you call a claim office. (Both identifiers can be found on your ID card.)
- Carefully follow the instructions on the claim form in order to avoid unnecessary delays. This includes providing needed documentation in a timely fashion.

## TIME FRAME FOR MAKING A CLAIM DETERMINATION

After your claim is submitted, the claim administrator ordinarily will notify you of its benefit determination — adverse or not — within a specific time frame. The time frame differs depending on whether you've submitted an urgent care claim, a preservice claim or a post-service claim:

- Urgent care claim — You will receive a benefit determination as soon as possible, taking into account the medical exigencies, but no later than 72 hours after receipt of the claim. (A decision may be provided to you orally, as long as written or electronic notification is provided to you within 3 days after the oral notification.)
- Preservice claim — You will receive a benefit determination within 15 days after receipt of the request for authorization
- Post-service claim — The claim administrator will notify you of any denial of your claim within 30 days after receipt of the claim.

### WHEN A CLAIM IS DENIED

Regardless of the type of claim, you will receive a notice of any claim denial. The notice will include:

- The specific reason(s) for the denial and, if a claim is denied as a covered health service or for being experimental in nature, either the scientific or clinical reasons why the determination was made or the option to obtain this information free of charge
- References to the pertinent health care plan provisions on which the decision is based




- A description of any additional material or information needed to support your claim and why such material or information is necessary
- A description of the health care plan's claim review procedure, time limits applicable to such procedure and how to initiate an appeal (including your legal rights if a claim is denied)
- References to any rule, guideline or protocol relied upon in making the decision and a statement that a copy of the internal rule, guideline or protocol will be provided to you free of charge upon request
- A description of the expedited review process applicable to the claim for denied urgent care claims.

## WHAT HAPPENS WHEN REQUIRED PROCEDURES AREN'T FOLLOWED

For urgent care claims and preservice claims, if you or your provider fail to give the claim administrator sufficient information to determine whether, or to what extent, benefits are covered or payable under the plan, or if you or your provider fail to follow the health care plan's procedures for filing such claims, the claim administrator must notify you within 24 hours of receiving the urgent care claim or within 5 days of receiving the preservice claim about the specific information needed to complete the claim. The claim administrator's response may be oral, unless written notification is requested. In the case of an urgent care claim, there is a 48-hour deadline for you or your provider to furnish the information needed to process the claim. You or your provider will be notified of a determination on the urgent care claim no later than 48 hours after the earlier of:

- The claim administrator's receipt of the requested information or
- The end of the 48-hour period within which you were to provide the additional information.

## EXTENSION PERIODS FOR DECIDING HEALTH PLAN CLAIMS

For preservice claims and post-service claims, a 15-day extension of the time period for deciding claims may be allowed, provided that the claim administrator determines that the extension is necessary due to matters beyond its control. If such an extension is necessary, the claim administrator must notify you before the end of the original 15-day or 30-day period of the reason(s) requiring the extension and the date the administrator expects to provide a decision on your claim. If such an extension is necessary due to your failure to submit the information necessary to decide the claim, the notice of extension must also specifically describe the required information. You then have 45 days to provide the information needed to process your claim. If you do not provide the required information within the 45-day period, your claim may be denied. If an extension is necessary for preservice and post-service claims due to your failure to submit necessary information, the plan's time frame for making a benefit determination is stopped from the date the claim administrator sends you an extension notification until the date you respond to the request for additional information.



**MEDICAL PLAN**

## APPEALS

For more information regarding appeals of a denied authorization of care, a submitted claim or a rescission of coverage, see "Authorization of Health Services" and "Plan-by-Plan Appeal Process" in the separate "Benefit Administration" section of the SPD.

## COORDINATION OF BENEFITS

If a covered participant has additional health care coverage, there may be some duplication of the benefits between the Harris Plan and the other coverage. For example, this could occur when a participant has coverage through any of the following:

• Group insurance or any other plan covering individuals or members as a group
• "No-fault" auto insurance provided under law
• Medicare.

When this is the case, there will be coordination of benefits between the plans providing coverage.

### PRIMARY AND SECONDARY COVERAGE

In determining how the plans coordinate benefits, one plan is considered the primary plan and the other is considered the secondary plan. The primary plan pays benefits first, up to the limit of that plan. The secondary plan will not pay benefits until the primary plan pays or denies a claim. When the Harris Medical Plan is considered "primary," it pays benefits first. The other coverage is "secondary" and pays benefits, if any, in accordance with its plan provisions.

If you have a spouse working at Harris, he or she can't cover you under the Medical Plan and also be covered as a family member under the Medical Plan. An employee cannot carry single Harris coverage and also be covered as a dependent with Harris coverage.

### HOW PRIMARY COVERAGE IS DETERMINED

Primary coverage and secondary coverage are determined differently in different circumstances as follows:

• **If you have dual coverage** — If you are an active employee and covered by the Harris Medical Plan and another group plan, the Harris Plan is considered your primary coverage. As your primary coverage, the Harris plan pays or denies a claim first. Once the Harris plan has made its benefit determination, you can submit the claim to the secondary plan for reimbursement of any unpaid amounts under its provisions. If you are not actively working, the Harris plan is considered your primary plan when coordinating with a spouse's employer-sponsored plan, unless you are eligible for Medicare
• **If you have coverage from Harris and a former employer** — If you have coverage from a current and a former employer, the current employer's plan is your primary coverage. Where the preceding rules don't resolve which plan is primary, the plan covering the person longer is primary. But, if one or the other plan doesn't have a provision to coordinate payments, that plan will pay first
• **If you or a dependent have automobile insurance** — Your automobile insurance will always be considered your primary coverage and the Harris Medical Plan your secondary coverage. This is the case regardless of your election under PIP (Personal Injury Protection) coverage with the automobile insurance carrier



◁ Index   Full Screen   Print ▷

- **If you are eligible for Medicare —** Medicare is considered your primary coverage and the Cigna Comprehensive Plan your secondary coverage if you are eligible for Medicare and:

  » You are retired or
  » You are disabled or
  » You have had end-stage renal disease for over 30 months.

  After Medicare pays or denies a claim, you can submit the claim to the Cigna Comprehensive Plan for reimbursement of any unpaid amounts under its provisions. (See "Medicare" later in this section of the SPD.)

- **If your spouse has dual group coverage —** When enrolled in both the Harris Medical Plan and his/her employer's group plan, your spouse's primary coverage will be his/her employer's plan with secondary coverage under the Harris plan, unless your spouse is eligible for Medicare, as described below. After the primary plan pays or denies a claim, your spouse can submit the claim to the Harris plan

- **If your spouse or dependent is eligible for Medicare —** If you are an active employee and your spouse or a dependent has Medicare coverage, the Harris plan is still considered your family member's primary coverage. Once you retire or terminate, whether at that time you are Medicare-eligible or not, Medicare will be become primary for your Medicare-eligible spouse or dependent and if eligible, Harris will become secondary coverage

- **If your dependent children have dual coverage —** If your child is covered by both your and your spouse's employer-sponsored plans, then the "birthday rule" determines which plan is primary. Under the birthday rule, the plan of the parent whose birthday falls earliest in the calendar year is your child's primary plan. If both parents have the same birthday, the parent who has been covered longer is the primary plan. If your spouse's plan doesn't follow the birthday rule, then the father's plan is primary. And, if one or the other plan doesn't have a provision to coordinate payments, that plan will pay first

- **If you're divorced/separated and have children with dual coverage —** If you are divorced or separated and a court decree establishes financial responsibility for the medical care of a child, the plan of the parent assigned that responsibility will be that child's primary plan. (See "Qualified Medical Child Support Order" in the separate "Benefit Administration" section of this SPD.) In the absence of a court decree and when both parents have not remarried, the plan of the parent with custody will pay benefits before the plan of the other parent. If the parent with custody has remarried and the plan of the custodial parent's spouse also covers the child, the plan of the parent with custody will pay first, the plan of the custodial parent's spouse will pay next and the plan of the parent without custody will pay last.

MEDICAL PLAN

### REIMBURSEMENTS WHEN COVERAGE IS SECONDARY

When the Harris Medical Plan provides secondary coverage, all plan rules apply to reimbursements. (There are some exceptions when Medicare is the primary plan.) Here's how the plan pays benefits when the Harris Medical Plan is the secondary plan: the claim administrator determines the benefit that would be paid if it were the only plan. This includes applying the appropriate annual deductible, if any, and all other benefit limits. The amount of benefit paid by the primary plan is subtracted from any benefit that would be paid by the Harris Medical Plan. This means that when the Harris Medical plan is secondary, it will only pay the difference, if any, between its usual benefit and the benefit eligible to be paid by the primary plan.

### ELECTING NOT TO HAVE DUPLICATE COVERAGE

It may not be beneficial to have duplicate coverage. If you choose not to cover your spouse and children and if your spouse loses his or her job and coverage, you can enroll within 30 days of the loss of job. Coverage will be effective on the date of the life change event.

## WHEN COVERAGE CAN CHANGE OR END

### CHANGES IN COVERAGE

Once you make your Medical Plan elections for the year, you generally will not be able to change these elections until the next annual open enrollment. You may, however, be able to change your elections during the year if a life change event occurs, and your election change is consistent with the life change event. You must request the change in your Medical Plan election within 30 days of the event by entering your elections through My Benefits Portal. Coverage will be effective on the date of the life change event for birth, adoption, placement for adoption or the loss of plan eligibility. Elections for other life change events will be effective as of the date the change is requested.

### WHEN COVERAGE ENDS

Your medical coverage ends in these circumstances unless you're eligible for "continuing coverage":

- Your employment ends
- You or a family member loses eligibility; coverage for dependent children continues through the end of the month.
- You elect to discontinue participation or don't pay the required premiums or contributions
- You die or retire (unless retiree coverage is available and elected) or
- The plan ends.

Your medical benefits may also be changed or ended or the cost of coverage changed if you have received an overpayment of Long-Term Disability Plan benefits and refuse to enter into an acceptable repayment plan or fail to adhere to a repayment plan to which you have agreed. Any decision in this regard will be made at the discretion of the plan administrator (or its designee).

### YOUR DEPENDENTS' COVERAGE

Medical coverage for your covered eligible dependents ends when your coverage ends (subject to any continuing retiree coverage as described below under "When You Retire") or when your dependents no longer meet the plan's definition of eligibility, whichever occurs first. Extended coverage may be available under COBRA.



### CONTINUING COVERAGE

In some cases, your medical coverage may continue even though you are no longer at work. If you had medical coverage on your last day of work and continue to pay the active employee rate, you can continue your current coverage under the following circumstances:

- You are on an approved leave of absence. Benefits can continue for up to 3 months for most leaves and up to 12 months or longer for military leaves, at management's discretion
- You are receiving Short-Term Disability Plan benefits from Harris
- You are receiving Long-Term Disability Plan benefits from a legacy Harris LTD plan. However, if your disability occurred on or after January 1, 2014, coverage can only continue until the earlier of 30 months following the occurrence of the disability or the date you become eligible for SSDI-Medicare coverage. If you are receiving LTD benefits under a legacy Exelis plan, see "Continuing Coverage — Legacy Exelis" later in this section of the SPD.

**Please note:** if you are permitted and elect to discontinue medical coverage during an approved leave of absence or while receiving disability benefits, you cannot re-enroll in the Medical Plan until you return to active employment (This does not apply to employees receiving LTD benefits under any legacy Exelis LTD Plan.).

Your medical coverage can continue even though you are no longer at work if you are eligible for and have elected continuing coverage. (See "When You Retire" later in this section of the SPD.) Keep in mind, the Affordable Care Act has established healthcare marketplaces/exchanges to purchase care in the event you involuntarily lose coverage. For information on healthcare marketplace/exchange special enrollments, call 1.800.318.2596, 24/7.



MEDICAL PLAN

### CONTINUING COVERAGE – LEGACY EXELIS

If you are receiving Long-Term Disability benefits under a legacy Exelis LTD plan (that is, you began receiving disability benefits prior to 2016), you are eligible for coverage under the following circumstances if you continue to pay your portion of the healthcare premium:

- Your disability occurred on or before December 31, 2012 — Coverage can continue until the earlier of: a) you elect to begin your pension benefit and are eligible for company-sponsored retiree medical coverage (even if you don't elect that coverage); or b) the last day of the month of your 65th birthday.
- Your disability occurred between January 1, 2013 and December 31, 2015 — Coverage can continue until the earlier of: a) you elect to begin your pension benefit and are eligible for company-sponsored retiree medical coverage (even if you don't elect that coverage); or b) based on the following service schedule (based on your last day of active employment):

| YEARS OF BENEFIT ELIGIBILITY SERVICE AS OF YOUR LAST DAY OF ACTIVE EMPLOYMENT | COVERAGE ENDS ON THE LAST DAY OF THE CALENDAR MONTH FOLLOWING YOUR LAST DAY OF ACTIVE EMPLOYMENT |
| --- | --- |
| Less than 5 years | 24 months |
| 5 years up to 15 years | 60 months |
| 15 years up to 25 years | 120 months |
| 25 years or greater | Up to age 65 |

### COBRA COVERAGE

COBRA continuation coverage may be available when medical coverage is lost. (For more about COBRA, see the separate "Benefit Administration" section of the SPD.)

### WHEN YOU RETIRE

Harris group medical coverage is not available to participants who retired (reached 10 or more years of service and were at least age 55) after December 31, 2014.  Harris offers the services of OneExchange to assist with alternate coverage (See "Alternative Coverage Source" below) to employees who, after December 31, 2014, retire (having reached 10 or more years of service and at least age 55).

**If you retired from active employment on or after January 1, 2015 —** You and your eligible dependents cannot enroll in Harris group healthcare coverage since these benefits will no longer be offered as of that date. You can purchase coverage through OneExchange or another source. Coverage is available in the marketplace for family members regardless of their Medicare eligibility.



**If you retired from active employment before age 65 before January 1, 2015** — You have two choices:

• First, if you were eligible to enroll and did enroll in the Medical Plan, you can continue coverage for as long as the Medical Plan is available to you. You will no longer be eligible to elect these benefits once you become Medicare eligible or, before that time, should Harris no longer offer these benefits to retirees.

• Second, you can waive Harris group coverage and purchase coverage for yourself and your eligible dependents through the healthcare marketplace. OneExchange is available to assist you. Once you select OneExchange, you cannot return to the Harris group plans should they remain available.

> **ABOUT ONEEXCHANGE**
> OneExchange is a prominent healthcare marketplace that can place coverage (medical, pharmacy, dental and vision) based on your needs and preferences. You will not be charged for using OneExchange as an eligible Harris retiree. OneExchange represents national and regional healthcare insurers and serves the needs of tens of thousands of retirees and their dependents.
>
> Benefit advisors from OneExchange are prepared to answer any questions you may have about the services being offered to existing or prospective Harris retirees. They can be reached at 1.844.256.0913 (pre-Medicare plans) and 1.844.256.0912 (Medicare plans), business days, from 8:00 a.m. to 9:00 p.m. ET.

### IF YOU CAN CONTINUE COVERAGE AFTER RETIREMENT

The following information only applies to the above referenced retirees who took retirement on or before December 31, 2014. If you continued medical coverage after retirement, all of the following will apply:

• You must not be eligible for Medicare, unless you are eligible for that benefit through a separate written agreement with the company

• You may only continue coverage for any eligible dependents who were covered at the time you retired and are not eligible for Medicare, unless you are eligible for that benefit through a separate written agreement with the company

• Your spouse may continue coverage under available group coverage after your death until the earlier: remarriage or attaining Medicare eligibility, unless you are eligible for that benefit through a separate written agreement with the company

• Your dependent children may continue available coverage after your death as long as they meet the plan's definition of eligible dependent and are not eligible for Medicare, unless you are eligible for that benefit through a separate written agreement with the company.

### DECLINING COVERAGE

If you decline to continue medical coverage when you retire or if, following your enrollment, you discontinue retiree coverage, you won't be able to elect retiree medical coverage later or re-enroll. There are a few exceptions and they apply only if you are not Medicare eligible and you retired on or before December 31, 2014. They are:

• Following your retirement, your spouse or domestic partner who is employed by Harris covers you as a dependent under the Harris Medical Plan, and within 60 days following the date this coverage terminates, you elect retiree coverage under the Harris Medical Plan at a level no greater than that in effect at the time of your retirement or

**MEDICAL PLAN**

- Following your retirement, your spouse or domestic partner covers you at active rates as a dependent under his or her employer's medical plan, and within 60 days following the date this coverage terminates, you elect retiree coverage under the Harris Medical Plan at a level no greater than that in effect at the time of your retirement.
- Following your retirement from BCD or Harris Stratex or a successor company, and within 60 days following the date that coverage terminates, you elect retiree coverage under the Harris Medical Plan at a level no greater than that in effect at the time of your retirement.

### *Legacy Exelis Retiree Medical Coverage*

If you are receiving benefits under this SPD and you were hired by a legacy Exelis entity before January 1, 2011, including former employees of ITT, you may be eligible for retiree medical benefits depending on age and service requirements.  If you think you may be eligible for this benefit, you can obtain more details or request an enrollment packet through the Benefits Center at 1-866-488-4889 or online at http://www.benefitsweb.com/exelis.html.

## MEDICARE-PRIMARY PARTICIPANTS

As long as you are an active employee or not eligible for Medicare due to a disability, you will be able to participate in the Harris Medical Plan option of your choice as your primary coverage. The same holds true for your dependents — even if they are receiving Medicare.

Medicare becomes primary for you in the event:

- You retire and are eligible for Medicare or
- You have been disabled long enough to receive Medicare due to that disability or
- You are suffering from end-stage renal disease for a period that exceeds 30 months.

In any of these circumstances, plan provisions change for you and for any covered dependent who is also Medicare eligible. Here's how:

- Medicare will be considered the primary plan for you and/or your Medicare-eligible dependent. Coverage will be under the Comprehensive Plan and these benefits will be coordinated with Medicare
- The Comprehensive Plan will provide secondary coverage and assumes that Medicare-eligible participants have fully elected Medicare (Parts A and B) coverage. Benefits will be paid accordingly
- The Harris Medical Plan (i.e., an OAP or a CDHP) will be the primary plan for you or any other covered family members, that is, those who are not Medicare-eligible. Thus, coverage in your family will be split between the plans available to Medicare-primary participants and those generally available to retired or disabled employees
- **There will be separate annual deductibles and annual out-of-pocket maximums that apply to each health and pharmacy plan covering your family members. Please note that if you have a midyear plan change, your deductible and out-of-pocket maximum will be applied to the new plan.**



◂ Index     Full Screen     Print ▸

## THE COMPREHENSIVE PLAN

The Comprehensive Plan is available to employees whose disability or health condition qualifies them for Medicare and certain retirees who are eligible for continued coverage. (See "When you Retire" in this section of the SPD.). The plan covers the same expenses as described for the Medical Plan OAP and CDHP options. Benefits payable under this plan are coordinated with Medicare, meaning that Medicare pays first and the Comprehensive Plan only pays benefits after the deductible is met and there are covered charges in excess of the Medicare payment or you or your dependent has met the Comprehensive Plan out-of-pocket limit.

| COMPREHENSIVE PLAN BENEFITS[1, 2, 3] | |
|---|---|
| Annual deductible | $250 person/$750 family |
| Annual out-of-pocket limit | $2,000 person/$4,000 family |
| Lifetime maximum | Unlimited |
| Office visits (primary, specialty, preventive care) | Plan pays 80% of MRC |
| Emergency room care or urgent care | Plan pays 80% of MRC |
| Ambulance (emergency only) | Plan pays 80% of MRC |
| Professional services (e.g., surgery, radiology, pathology, anesthesiology) | Plan pays 80% of MRC |
| Lab and x-ray, advanced imaging | Plan pays 80% of MRC |
| Short-term rehabilitation (physical, chiropractic, speech, occupational, pulmonary and cognitive therapy) | Plan pays 80% of MRC |
| Cardiac rehabilitation | Plan pays 80% of MRC |
| **INPATIENT CARE** | |
| Bed and board | Plan pays 80% of MRC |
| Professional services (visits, consultations, surgery, radiology, etc.) | Plan pays 80% of MRC |
| **ADDITIONAL SERVICES** | |
| Home healthcare | Plan pays 80% of MRC |
| Hospice care | Plan pays 80% of MRC |
| Skilled nursing facility, rehabilitation hospital or sub-acute facility | Plan pays 80% of MRC |
| Durable medical equipment, prosthetics | Plan pays 80% of MRC |

1. All benefits are subject to the annual deductible.
2. Once plan benefits are payable, you are responsible to pay for the costs you incur that exceed 80% of MRC.
3. Maximum reimbursable charge (MRC) is the most Cigna will pay for a specific medical service or supply. Your coinsurance is based on MRC, even if your provider charges more.

### GRANDFATHERED PLANS

Healthcare reform law considers certain health plans as grandfathered plans. As such, a grandfathered plan can retain certain basic healthcare coverage that was in effect when healthcare reform legislation was enacted. Being a grandfathered plan means that the plan may not include certain consumer protections under healthcare reform while it is required to provide others. Harris believes that the Cigna Comprehensive Plan and the portions of the Cigna Global Plan (contact information is included in the "Benefit Administration section of this SPD) have retained grandfathered status. Questions regarding which protections do or do not apply and what might cause a plan to lose its grandfathered status can be directed to the plan administrators. Information is also available from the Employee Benefits Security Administration, U.S. Department of Labor at 1.866.444.3272 or www.dol.gov/ebsa/healthreform. This website has a table summarizing which protections do and do not apply to grandfathered health plans.

MEDICAL PLAN

## *YOUR PHARMACY BENEFITS*

Your coverage mirrors the plan available to active employees; however, your coverage is provided as a Medicare D plan. For that reason, there may be differences in what is considered a formulary vs. non-formulary drug between the active plan formulary and the Medicare D formulary.

You will have access to a network of pharmacies. For a list of pharmacies, contact Benistar at 1.800.236.4782 from 10 a.m. - 6 p.m. (ET). Plan benefits begin on day one, that is, there is no deductible to meet.

| PHARMACY | |
|---|---|
| Retail (up to a 30-day supply): | |
| • Generic | Up to $7 |
| • Formulary brand-name drug | 20%; $25 minimum/$75 maximum |
| • Non-formulary brand-name drug | 50%; $50 minimum/$100 maximum |
| Retail maintenance (up to a 90-day supply) | Same as retail plan. 90-day supplies are also available |
| Mail order | |
| • Generic | Up to $17.50 |
| • Formulary brand-name drug | 20%; $62.50 minimum/$187.50 maximum) |
| • Non-formulary brand-name drug | 50%; $125 minimum/$250 maximum) |
| • Specialty drugs | 50%; $125 minimum/$250 maximum) |
| Annual pharmacy out-of-pocket limit | $2,500 individual/$5,000 family |

## MEDICARE

Medicare is a federal health program for people who are age 65 and over and eligible for monthly Social Security benefits or railroad retirement benefits, those entitled to Social Security disability payments for 24 months, and those with end-stage renal disease for 30 months. There are three parts to the Medicare health insurance program, each covering different kinds of medical services:

• Hospital Insurance (Part A) covers most hospital expenses, participating home health care agencies and services and nursing home care. This program is funded by payroll taxes, so there is no cost to you and coverage is automatically provided to you
• Medical Insurance (Part B) is elective Medicare coverage that provides additional coverage which is paid by monthly premiums to help pay for other medical costs such as physicians' and surgeons' charges
• Prescription Drug Insurance (Part D) provides coverage for prescribed medications. The Comprehensive Plan provides your Medicare Part D prescription drug benefits through Benistar.



◀ Index    Full Screen    Print ▶

For more information, contact one of the following:

| Where | Social Security Administration | Medicare |
| --- | --- | --- |
| **MEDICARE INFORMATION CONTACTS** | | |
| Local | Local Social Security Administration Office | Local Social Security Administration Office |
| Phone | 1.800.772.1213 | 1.800.633.4227 |
| TTY | 1.800.325.0778 | 1.800.486.2048 |
| Online | http://ssa.gov | http://medicare.gov |

### WHEN YOU ARE ELIGIBLE FOR MEDICARE

Medicare becomes available to you on either the first day of the month in which you reach age 65 or if your birthday is the first of the month, the first day of the prior month — whether you are retired or still working. Also, you are eligible for Medicare regardless of your age after you have been receiving Social Security disability payments for 2 years or if you have end-stage renal disease for 30 months. In certain cases, your spouse may be eligible for Medicare based on your work record.

### HOW AND WHEN TO SIGN UP FOR MEDICARE

Contact your Social Security Administration office at least 3 months before your 65th birthday to sign up for Medicare. If you plan to retire, you can apply for Medicare coverage at the same time you apply for Social Security benefits. When you apply for Hospital Insurance (Part A), you should also apply and pay for Medical Insurance (Part B) to ensure full coverage. If you enroll late or you drop and re-enroll, you may have to pay higher premiums. The Harris Comprehensive Plan provides Medicare Part D benefits for Medicare-primary participants.

### HOW HARRIS BENEFITS COORDINATE WITH MEDICARE

If you are not actively working and you or a covered dependent qualify for Medicare and you and/or your dependent are enrolled in a Harris Comprehensive Plan, Medicare is your or your dependent's primary coverage and the Harris Medical Plan is the secondary coverage. (See "Coordination of Benefits" earlier in this section of the SPD.) It is your responsibility to enroll in Medicare. Claims will always be paid as if Medicare benefits for which you are eligible, including Part B, have been paid, even if you have not actually enrolled.

**Please note:** in order for you to be included in Medicare coverage, you must provide your Medicare Claim Number for Harris' government reporting purposes through My Benefits Portal.

### MEDICARE PART D

The Harris Medical Plan provides Medicare Part D prescription drug benefits for enrolled Medicare-primary participants. The federal government permits an individual to be enrolled in only one Medicare Part D plan. Once eligible for Medicare Part D, in order to maintain eligibility for the Harris Medical Plan:

- You must not elect a Medicare Part D plan from another source or you and your dependents will lose Harris Medical Plan coverage and
- Your Medicare-eligible dependents should not elect Medicare Part D from another source or they will lose their Harris Medical Plan coverage.



MEDICAL PLAN

# BUSINESS TRAVEL MEDICAL PLAN

The Business Travel Medical Plan provides emergency medical insurance for injuries or illnesses experienced while traveling for business outside of your home country. The plan covers up to $100,000 of approved medical expenses per calendar year. Spouses, domestic partners and/or eligible dependent children may also be covered for emergency injuries or illnesses incurred while traveling with you on business and/or a relocation trip authorized and paid for by Harris.

## OVERVIEW OF COVERAGE:

| BENEFIT | COVERAGE LEVEL |
|---------|----------------|
| MEDICAL EXPENSES | $100,000 per calendar year maximum paid by the plan |
| YOUR DEDUCTIBLE | $0 |
| YOUR COINSURANCE | 0% |
| MEDICAL EXPENSE SUB-LIMITS: | |
| • Daily hospital room and board | The average semiprivate room rate per day paid by the plan |
| • Daily intensive care | 2 times the average semiprivate room rate per day paid by the plan |
| • Emergency dental treatment | $2,500 per calendar year maximum paid by the plan |
| • Emergency pregnancy-related treatment | $5,000 per calendar year maximum paid by the plan |

The plan also provides coverage for emergency injuries or illnesses when you undertake a personal deviation or non-business activity while on your business trip. This must be:

• Incidental to the business trip
• Not have been taken if not for the business trip
• Taken during the course of the business trip
• Limited to 168 hours

To activate your Business Travel Medical coverage when experiencing a medical event, simply contact International SOS. International SOS will maintain contact with Zurich, the plan insurer, to coordinate your care. International SOS also provides services for medical evacuations utilizing your Business Travel Medical coverage.



# HOW ALTERNATE HEALTH PLANS (AHPs) WORK

This SPD does not present the details of the AHPs available to you based on your status and location. Contact the Harris Benefits Service Center to see which AHPs are available to you.

You should review information for your specific AHP before accessing care, including emergency procedures. You can request a summary of benefits from your AHP or the Harris Benefits Service Center. That summary of benefits together with this "Medical Plan" section, and the separate "Benefit Basics" and "Benefit Administration" sections of this SPD, constitute an official SPD for your medical plan.

You may need to select a primary care physician (PCP) to provide or coordinate your care. (See your plan materials for details on how to select a PCP, if required.) Generally, when you need care, you first call your PCP. He/she will treat you or, if it is considered necessary, refer you to the right type of provider within the network.

## ENROLLMENT

If you elect an AHP for yourself, you must elect an AHP for the family members you wish to enroll, even if a family member lives outside an AHP's service area. Similarly, you can't elect an AHP for your family members unless you have elected the AHP for yourself.

## ADDITIONAL AHP INFORMATION

Refer to your AHP benefit summary for information about:

- Covered services
- How the plan pays benefits
- Annual and lifetime limits on plan benefits
- The extent of coverage for preventive services
- Provisions governing network providers, the composition of the network and when (if ever) out-of-network services are covered
- Maternity admissions—48-hour minimum maternity stay requirements
- Breast reconstruction benefits
- Where to get a provider directory
- Conditions on selecting primary care physicians or specialty providers
- Conditions or limits on obtaining emergency care
- Preauthorization or utilization review requirements
- Exclusions
- Claims and appeals
- Subrogation and right of reimbursement
- Coordination of benefits
- Contact information.

MEDICAL PLAN

Refer to the Harris summary plan description for information including:

- Eligibility and enrollment
- Contributions for coverage
- Rules for making mid-year election changes
- Life change events
- Plan funding
- Plan name, type and number
- Sponsor name, address and Employer Identification Number (EIN)
- Plan administrator's name, address and phone number
- Name and address of the agent for service of legal process
- Plan year
- Harris' right to amend or terminate benefit plans
- Qualified Medical Child Support Orders (QMCSOs)
- Information about your rights under federal law
- ERISA rights statement
- Military leaves of absence (USERRA provisions)
- Family and medical leaves (FMLA provisions)
- Right to continue coverage (COBRA provisions)
- HIPAA privacy requirements.

Where we have directed you to the AHP benefit summary for information about a specific topic, that document will determine how benefits will be paid. Where we have directed you to refer to the Harris SPD, that document will describe basic administrative and required information about Harris benefit plans.

## USE AND DISCLOSURE OF HEALTH INFORMATION

Please refer to the separate "Benefit Administration" section of the SPD for information about the use and disclosure of your protected health information as related to the Medical Plan and other Harris health plans.

| HARRIS BENEFITS SERVICE CENTER | |
|---|---|
| **TO REACH BY TELEPHONE** | 1.800.225.4343 (Option 1) |
| Hours | 8:30 a.m. to 5:30 p.m. (ET), business days |
| **TO REACH BY FAX** | 1.844.678.6679 |
| **TO REACH MY BENEFITS PORTAL** | Within the Harris network, click here or go through the Harris homepage |
| | Outside the Harris network: http://benefits.harris.com |



◁ Index   Full Screen   Print

# MY BENEFITS. MY CHOICES.



## BENEFIT BASICS
### SUMMARY PLAN DESCRIPTION ▸ SECTION I

**OVERVIEW OF YOUR HARRIS BENEFIT PLANS AND KEY INFORMATION ABOUT YOUR PARTICIPATION.**

**INFORMATION INCLUDES:**
- Eligibility
- Dependents
- Enrollment
- Life change events
- Contributions.

July 2016





# Things for you to KNOW...

| | |
|---|---|
| **This Summary Plan Description (SPD) contains detailed information about Harris employee benefits** ▶ | This is the first section of the SPD, "Benefit Basics." This section and those listed below comprise a complete SPD as required by the Employee Retirement Income Security Act of 1974 (ERISA) for certain Harris benefits |

| | |
|---|---|
| I | Benefit Basics |
| II | Benefit Administration |
| III | Retirement Plan |
| IV | Medical Plan |
| V | Dental Plan |
| VI | Vision Care Plan |
| VII | Employee Assistance Program |
| VIII | Disability Plans |
| IX | Survivor and Accident Plans |
| X | Flexible Spending Accounts |
| XI | Severance Pay Plan |

| | |
|---|---|
| **There are eligibility criteria for benefits** ▶ | Your employee status determines your benefit eligibility. As long as you remain eligible for benefits, you can enroll your eligible dependents in certain plans |
| **Benefits can change** ▶ | Harris reserves the right to change or terminate any of its benefit plans and programs at any time and for any reason without advance notice |
| **Other benefit information sources** ▶ | The plan administrators and the Harris Benefits Service Center can help you understand and, if required, manage your benefits |

# Where you can FIND...

| | |
|---|---|
| **Benefits and Total Rewards** | **3** |
| **Your Benefit Lineup** | **4** |
| **Eligibility** | **5** |
| • Employees | 5 |
| • Eligible Dependents | 6 |
| **Enrollment/Changes to Your Elections** | **9** |
| • Enrollment/Change Overview | 10 |
| • How to Enroll and Make Changes | 12 |
| **IRS-Eligible Life Change Events** | **15** |
| • How to Process a Life Change Event | 16 |
| **Contributions** | **17** |
| • Pretax Contributions | 17 |
| • After-tax Contributions | 18 |
| • Taxation of Domestic Partner Benefits | 18 |
| **Leaves of Absence** | **19** |
| • Paid Leave of Absence | 19 |
| • Unpaid Leave of Absence | 19 |
| **When Participation Can Change or End** | **19** |
| • Conversion and Portability Privileges | 19 |
| **The Harris Benefits Service Center** | **20** |

SPDs must be provided to participants in benefit plans that are subject to ERISA. When a plan is an "ERISA plan," participants enjoy certain rights. This SPD provides detailed information as is required for certain ERISA plans. In addition, for your convenience, information about certain other Harris benefits that aren't ERISA plans has been included (e.g., the Short-Term Disability Plan, Dependent Care Flexible Spending Account (FSA) and Commuter FSA). Please be aware that although this information has been included, these non-ERISA plans and arrangements do not offer the same rights to participants as ERISA plans.

 Harris maintains certain ERISA plans that are not described in this SPD. For example, separate SPDs are maintained for Harris' defined benefit pension plans, the retiree medical plan maintained for certain legacy Exelis retirees and the retiree life insurance plan maintained for certain legacy Exelis retirees. Please contact the Exelis Benefits Center at 1-866-488-4889, Monday through Friday, 8:00 a.m. to 6:00 p.m if you have questions about whether you are eligible for benefits under those other ERISA plans or to request copies of those SPDs. 

The receipt of this SPD does not constitute a promise of future employment or as to the terms of any future employment.

> **NOTE!** You can access all Harris SPDs through My Benefits Portal that can be reached:
> • Within the Harris network, click here or go to the Harris homepage
> • Outside the Harris network at http://benefits.harris.com.

# Benefits and Total Rewards

Harris offers a world-class employee benefit program, currently working with prestigious vendors such as Fidelity Investments, Cigna and MetLife. Harris regularly monitors our benefit program to ensure it is competitive and performing as expected.

While reviewing this SPD, remember that your benefits are part of Harris' broader total rewards program — **My Work. My Rewards.** In fact, there are 6 total rewards components that work together to enhance your employment experience as well as support Harris' corporate goals and objectives. Each of these components represents a major investment in you as a Harris employee.

| My Work. My Rewards. — The Harris Total Rewards Program | |
| --- | --- |
| Compensation | Base salary and annual incentives, as applicable |
| Benefits | Health & welfare, retirement and other programs |
| Work/life | Flexible work arrangements and paid-time off programs |
| Recognition | AppreciatingU |
| Development | Formal training, educational assistance, informal on-the-job training and certifications |
| Career opportunities | Stretch job assignments, job transfers, promotions and Harris Opportunity Program |

Please take the time to review the benefit information in this SPD so that you take full advantage of the benefits available to you.

### Which Harris Employees Are Covered by This SPD?
The benefit program described in this SPD is generally applicable to employees of Harris Corporation and its domestic subsidiaries and the reference to "Harris" throughout this SPD generally includes Harris Corporation and those subsidiaries. A complete list of employers participating in the plans described in this SPD can be found in the separate "Benefit Administration" section of this SPD. Your personal eligibility for benefits will be impacted by how many hours you work each week for Harris together with certain other factors , even if you are employed by a participating company. (See "Eligibility" later in this section of the SPD.)

### What is Annual Benefits Base Rate (ABBR)?
Certain benefits are based on your annual benefits base rate (ABBR). Your current base pay plus any incentive pay targeted for the current fiscal year, if applicable. Income from "long-term" incentive plans (e.g., stock options) and PRP is excluded. The maximum amount of annual compensation that will be considered for LTD purposes is $400,000. For employees regularly scheduled to work a reduced schedule (30-39 hours per week), annual base pay and, therefore, eligible compensation is reduced on a pro-rata basis. Also referred to as eligible compensation.

# Your Benefit Lineup

This SPD contains important details about the following benefit plans. Before you get into the nuts and bolts, why not take a look at the breadth of these benefits. Later in this SPD, please review key information, including eligibility, enrollment/changes and contributions. Let's get started.

| The Benefits | This plan... | Cost paid by | |
|---|---|---|---|
| | | Harris | You |
| Retirement Plan | Lets you save pretax, after-tax and Roth after-tax dollars and invest in plan funds. A company match is paid after 1 year of service. (Note: You are not eligible for a company match during any period you are accruing a benefit under the Exelis Salaried Retirement Plan.) Regular, full-time employees are automatically enrolled on a pretax basis, but can opt out or change the automatic elections | x | x |
| Medical Plan | Provides in- and out-of-network coverage through your choice of medical and pharmacy options. Enroll yourself and eligible dependents. Premiums are paid pretax | x | x |
| Dental Plan | Offers preventive, basic and major restorative dental care and orthodontia through your choice of two dental options with access to a cost-effective network of preferred providers. Enroll yourself and eligible dependents. Premiums are paid pretax | x | x |
| Vision Care Plan | Covers the cost of comprehensive eye exams, contact lenses, corrective lenses and frames for you and your eligible dependents. Premiums are paid pretax | | x |
| Employee Assistance Program (EAP) | Gives you access to confidential professional counseling to address a wide range of personal issues. You and your household members are welcome to use the EAP, at no cost | x | |
| Short-Term Disability (STD) Plan | Pays up to 12 weeks of benefits for approved disabilities, following a 1-week waiting period before STD benefits begin | x | |
| Long-Term Disability (LTD) Plan | Provides income benefits during eligible disabilities lasting beyond 13 weeks. Coverage is paid for after tax meaning benefits would be paid pretax. New hires are automatically enrolled if regular, full-time employees, but can opt out of coverage | | x |
| Basic Life Insurance | Insures you for 1 times your Annual Benefits Base Rate (ABBR). There are maximum benefits and evidence of insurability (EOI) requirements above certain high levels of coverage. You're automatically enrolled in this plan | x | |
| Supplemental Life Insurance | Allows you to increase your life insurance by up to 8 times your ABBR. There are maximum benefits and EOI is required in certain circumstances. Coverage is paid for after tax | | x |
| Dependent Life Insurance | Lets you provide life insurance for your spouse, domestic partner and dependent children. EOI may be required for your spouse or domestic partner, depending on when and how much insurance is being elected, but not for children. Coverage is paid for after tax | | x |
| Basic Accidental Death & Dismemberment (AD&D) | Provides up to 1 times your ABBR (subject to certain maximums) should you die or suffer a covered bodily loss as the result of a covered accident. You're automatically enrolled in this plan | x | |
| Supplemental AD&D Insurance | Allows you to increase your AD&D insurance by up to 8 times your ABBR (subject to certain benefit maximums). Coverage for dependents is also available. Coverage is paid for after tax | | x |
| Business Travel Accident (BTA) | Pays up to 3 times your ABBR should you die or suffer a covered bodily loss as the result of a covered accident while traveling on company business. You're automatically enrolled in this plan | x | |
| Flexible Spending Accounts (FSAs) | Lets you set aside pretax dollars to pay for eligible out-of-pocket healthcare, dependent care and commuter expenses. Each FSA has separate eligible expenses and maximum contribution amounts defined by tax law | x* | x |
| Severance Pay Plan | Can make payments under its provisions if you meet eligibility requirements following a qualifying separation of service. The company determines who is eligible to be offered severance pay | x | |

• Company may from time to time make employer contributions

◄ Index    Full Screen    Print ►

# ELIGIBILITY

Your employee status determines your choice of Harris employee benefits. If you are eligible for benefits and you are enrolled in a Harris benefit plan that offers dependent coverage, you can enroll your dependents as long as they meet eligibility requirements.

## EMPLOYEES

Your level of participation in Harris benefits depends on whether you are a regular full-time employee or a part-time or temporary employee, as follows:

- **If you are regularly scheduled to work 30 hours or more a week for Harris and not a temporary employee —** Regular full-time employees of Harris Corporation or a participating domestic subsidiary can generally participate in the benefit program described in this SPD
- **If you are regularly scheduled to work less than 30 hours a week for Harris or are a temporary employee —** Part-time and temporary employees (including interns and co-op employees) of Harris Corporation or a participating domestic subsidiary can participate in two plans described in this SPD — the Retirement Plan and Business Travel Accident (BTA) Insurance.

### *WORKERS NOT CONSIDERED ELIGIBLE EMPLOYEES*

Certain individuals are not eligible for the Harris employee benefits described in this SPD, including the following:

- Employees who are not on the Harris U.S. payroll or, solely for purposes of eligibility for the Retirement Plan, are bona fide residents of Puerto Rico
- Non-exempt employees of Harris IT Services working under the State 6 or GSA9/CDC contracts
- Employees performing services at the Tethered Aerostat Radar Systems program site at Lajas, PR (TARS-PR)
- Employees performing services for the Pacific Missile Range Facility (PMRF) program
- Individuals performing services under an agreement (written or oral) that contains a waiver of plan participation
- Individuals whose employment is governed by a collective bargaining agreement (unless the agreement specifically provides for participation in certain benefit plans)
- Individuals performing services under an agreement (written or oral) that classifies him/her as an independent contractor, employee of an independent contractor or other subcontract labor
- Individuals performing services under an agreement (written or oral) with an entity, including a leasing organization, that is not affiliated with Harris
- Individuals not treated as common law employees by Harris on its payroll or otherwise, without regard to any later determination by a court of law, the Internal Revenue Service, or other entity that such individuals are common law employees of Harris.

Certain Harris employee benefits may have additional eligibility requirements that are described in the individual benefit descriptions within this SPD.

## Eligible Dependents

If you've elected the Medical Plan, Dental Plan and/or Vision Care Plan, you can extend coverage to your eligible dependents. You may also elect Dependent Life Insurance and/or Supplemental AD&D. You must specify which dependents you are enrolling in each healthcare plan, if any. There are different definitions of "eligible dependents" among the plans, so before deciding to enroll a dependent, be sure to double-check their eligibility.

Please note: Under the Medical, Dental and Vision Care Plans, no individual who is enrolled as an employee will be considered as a dependent, nor will anyone be considered as a dependent of more than one employee.

| Dependent Eligibility Definitions | |
| --- | --- |
| **Plans** | **Eligible Dependents Are...** |
| Medical, Dental and Vision Care Plans | • Your spouse or your domestic partner and<br>• Your child (or that of your spouse or domestic partner) subject to these limits:<br><br>» Not yet age 26 (coverage ends at the end of month in which child reaches age 26)<br>» Age 26 or older, unmarried and, if due to mental or physical disability, you provide more than one-half of his or her support and he or she is incapable of self-sustaining employment. Proof of the child's condition and dependence must be submitted to the Harris Benefits Service Center within 30 days after the date the child attains age 26. After that, Harris may, from time to time, require proof of the continuation of such condition and dependence. A mentally or physically disabled child is not an eligible dependent for healthcare plan purposes if he or she became mentally or physically disabled after he or she attained age 26 or if the child was not covered by the plan at the time that he or she attained age 26. Even if the child was covered by the plan at the time that he or she attained age 26, a mentally or physically disabled child of a rehired employee is not an eligible dependent for health care plan purposes if the child is age 26 or older at the time of the employee's rehire. |

## DEPENDENT ELIGIBILITY DEFINITIONS

| Plans | Eligible Dependents Are… |
|---|---|
| Medical, Dental and Vision Care Plans | **Definitions within the definition…** |

**SPOUSE** for purposes of this definition means a person who is legally married to you under the laws of any domestic or foreign jurisdiction that has the legal authority to sanction marriages. The term "spouse" does not include your domestic partner or a person with whom you have entered into a civil union (or other similar formal relationship).

**DOMESTIC PARTNER** for purposes of this definition means a same-gender or opposite-gender partner who meets certain requirements outlined in the Harris Domestic Partner Affidavit. If you have enrolled a domestic partner and/or the children of a domestic partner, you must have a signed affidavit on file with the Harris Benefits Service Center.

**CHILD** for purposes of this definition means:
- A biological child of you, your spouse or your domestic partner
- A child legally adopted by you, your spouse or your domestic partner
- A child legally placed for adoption with you, your spouse or your domestic partner (irrespective of whether the adoption has become final)
- A child who is a sibling, niece, nephew or grandchild of you, your spouse or your domestic partner if the child's parent does not live with you and
- A child you, your spouse or your domestic partner are required to provide health insurance for pursuant to a qualified medical child support order (QMCSO).

If the child is not your biological son or daughter, stepson or stepdaughter, a biological child of your domestic partner, a child legally adopted by you, your spouse or domestic partner, or a child legally placed with you, your spouse or domestic partner for adoption, the child must meet one of the above criteria as well as the following requirements to be considered an eligible dependent under the healthcare plans. The child must:

- Be unmarried
- Live with you at least one-half of the calendar year
- Depend on you for more than one-half of his or her support for the calendar year and
- If age 19 through age 25, be either:

  » A full-time student at an accredited college or university. Proof of the child's age and status as a full-time student must be submitted promptly upon request by Harris. If a child loses full-time student status due to illness or injury or goes on a medical leave of absence from school, eligibility may continue under the healthcare plans for up to 1 year (but in any case ends at age 26). A physician's written certification that the reduced schedule or leave of absence is necessary due to severe illness or injury is required; or

  » Incapable of self-sustaining employment due to a mental or physical disability. Proof of the child's condition and dependence must be submitted to the Harris Benefits Service Center within 30 days after the date the child otherwise ceases to qualify for health plan coverage. After that, Harris may, from time to time, require proof of the continuation of such condition and dependence. Such a mentally or physically disabled child is not an eligible dependent for healthcare plan purposes if he or she was not covered by the plan at the time that he or she attained age 19 or at the time of the occurrence of the physical or mental disability, whichever occurred later. In addition, such a mentally or physically disabled child is not an eligible dependent for health care purposes if he or she is age 19 or older and mentally or physically disabled at the time of your hire or rehire.

## DEPENDENT ELIGIBILITY DEFINITIONS

| PLANS | ELIGIBLE DEPENDENTS ARE... |
|---|---|
| Dependent Life and Supplemental AD&D Insurance Plans | • Your spouse or domestic partner<br>• Your child (or that of your spouse or domestic partner) who is primarily supported by and living with you, subject to these age limits:<br><br>  » Not yet age 26 or<br>  » Age 26 or older, if due to mental or physical disability, is incapable of self-sustaining employment. Proof of the child's condition and dependence must be submitted to the Harris Benefits Service Center within 30 days after the date the child attains age 26. After that, Harris may, from time to time, require proof of the continuation of such condition and dependence. Such a mentally or physically disabled child is not an eligible dependent for Dependent Life or Supplemental AD&D Insurance purposes if he or she was not covered by the plan at the time that he or she attained age 26 or if he or she became mentally or physically disabled after attaining age 26. In addition, such a mentally or physically disabled child is not an eligible dependent for Dependent Life or Supplemental AD&D Insurance purposes if he or she is age 26 or older and mentally or physically disabled at the time of your hire or rehire. |

**Definitions within the definition...**

**SPOUSE** for purposes of this definition means a person who is legally married to you under the laws of any domestic or foreign jurisdiction that has the legal authority to sanction marriages. The term "spouse" does not include your domestic partner or a person with whom you have entered into a civil union (or other similar formal relationship).

**DOMESTIC PARTNER** for purposes of this definition means a same-gender or opposite-gender partner who meets certain requirements outlined in the Harris Domestic Partner Affidavit. If you have elected life insurance for your domestic partner and/or the children of a domestic partner, you must have a signed affidavit on file with the Harris Benefits Service Center.

**CHILD** for purposes of this definition means:

• A biological child of you or your spouse or domestic partner
• A child legally adopted by you or your spouse or domestic partner
• A child legally placed for adoption with you or your spouse or domestic partner (irrespective of whether the adoption has become final).

**ELIGIBLE DEPENDENTS FOR FSA EXPENSES**
You can pay expenses for your dependents through the Healthcare and Dependent Care FSAs. These FSAs have definitions of eligible dependents that are driven by tax law. (See the separate "Flexible Spending Accounts" SPD if you are interested in these definitions.)

# ENROLLMENT/CHANGES TO YOUR ELECTIONS

**Plans with automatic enrollment that can't be changed —** The company offers certain benefits (STD, Basic Life Insurance, EAP, Basic AD&D, BTA and Severance Pay) at no cost to you. You do not need to enroll in these benefits and no decisions are required about your level of participation. Eligibility for the Severance Pay Plan is automatic; however, severance pay isn't automatic. You must experience a qualifying termination of employment to be eligible for severance pay.

**Plans with automatic enrollment that can be changed —** Two plans have automatic enrollment features when you're a regular full-time new hire: the LTD Plan and the Retirement Plan. You can opt out of either of these automatic elections at any time. In the case of the Retirement Plan, you can also modify your level or form of plan participation. Both plans require contributions to participate. (If you are a temporary or part-time new hire, you can participate in the Retirement Plan but must affirmatively elect to enroll.)

**Plans requiring enrollment to participate —** There are optional benefits in which you can choose to enroll (Medical, Dental, Vision Care, Supplemental Life, Dependent Life, Supplemental AD&D and FSAs). You can elect to participate in these plans as a new hire or at certain times during your employment. You pay to participate in these plans.

> **A BIG PLUS — NEW HIRE ENROLLMENT**
> Initial enrollment — that is, enrollment within the first 30 days of employment — offers you advantages including less restrictive evidence of insurability (EOI) on certain plans (LTD, Supplemental Life and Dependent Life). Also, starting your Retirement Plan participation right away maximizes the time in which you can save, invest and build your future financial security.

Once you have enrolled in a benefit plan, you can make changes in your elections but, depending on the benefit plan, there are likely to be specific time frames in which changes will be permitted (e.g., for most pretax health & welfare benefits, it's annual enrollment or following a consistent life change event). There are also limits to certain changes you can make (e.g., following a life event, you are limited to the amount of new life insurance elections without EOI and you are limited to changing your level of medical coverage but not your medical option). Also, you may need to provide EOI for many survivor elections and LTD elections. There are also plans that allow enrollments or changes at any time (e.g., Retirement Plan, survivor and accident benefits, LTD and Commuter FSAs). These and other ins- and-outs are outlined on the following pages.

If you are about to enroll in or make changes to your benefits, refer to the chart on the next page. Find the occasion on which you intend to enroll or make a change and review the impact on the various benefits available to you. You will see that enrollments or benefit changes can be made:

• As a new hire
• During annual enrollment
• Midyear following a life change event and
• Midyear without a life change event (in certain cases).

**The chart provides a high-level overview. Before enrolling in or making changes to your benefits, refer to the more detailed information that follows the chart and the individual SPDs for the benefit plans. It is important that you fully understand what you must do to enroll or make changes and what plan provisions can impact your elections. For example, there are various reasons why life insurance elections — personal and dependent — may require EOI. The separate "Survivor and Accident Plans" SPD describes these circumstances.**

◄ Index     Full Screen     Print ►

## Enrollment/Change Overview

| When You're Enrolling... | The Plans... | When Benefits go into Effect... | When You Can Make Changes... |
|---|---|---|---|
| **New hire/ automatic** | Basic Life, Basic AD&D, BTA, STD, EAP | Your hire date if you are a regular/full-time employee (newly hired part-time or temporary employees are eligible for BTA) | No changes permitted |
| | LTD | Your first day of employment as a regular, full-time employee, unless you opt out or aren't at work that day; does not require re-enrollment to continue participation | • Anytime, subject to EOI if not following a life change event<br>• Anytime to suspend coverage |
| | Retirement (for regular full-time employees only) | 30 days following your hire date as long as you don't opt out; does not require re-enrollment to continue same level of participation; enrollment for part-time and temporary employees is not automatic and requires an election | Anytime, subject to plan provisions |
| | Severance | After 90 days of employment , to the extent you are eligible | No changes permitted |
| **New hire/ optional —** If enrollment occurs within the first 30 days of employment | Medical, Dental, Vision Care | For you and your dependents — Your hire date; does not require re-enrollment to continue same elections unless specified in your annual enrollment materials | • During the next annual enrollment or<br>• After a life change event or<br>• For the Medical Plan only, during a special enrollment period |
| | Supplemental Life and Dependent Life | For you and dependents — Your hire date; however, amounts over certain levels of personal and spouse life will be pended awaiting satisfactory EOI; does not require re-enrollment to continue same level of participation unless specified in your annual enrollment materials. No EOI required for child life<br><br>(For dependents who are disabled or hospitalized, the effective date of their coverage will be deferred until return to normal activities and release from the facility) | • Anytime to enroll/subject to EOI<br>• Anytime to suspend or reduce coverage<br><br>(The need to provide EOI can vary depending on the change being requested and the timing) |
| | Supplemental AD&D | For you and dependents — Your hire date | Anytime |
| | Healthcare FSA and Dependent Care FSA | As of your hire date through the end of the current calendar year; REQUIRES re-enrollment to continue participation in a new calendar year | • During the next annual enrollment or<br>• After a life change event |
| | Commuter FSA | As of the first of the next month if you enroll by the tenth of the current month or, if you miss the deadline, participation will begin as of the following month | Anytime |
| | Retirement (for part-time and temporary employees only) | As soon as administratively possible after your active enrollment; does not require re-enrollment to continue same level of participation | Anytime, subject to plan provisions |
| **Annual enrollment** | Medical, Dental, Vision Care | For you and your dependents — As of January 1 of the new calendar year | • During the next annual enrollment or<br>• After a life change event or<br>• In the case of the Medical Plan, during a special enrollment period |
| | Supplemental Life and Dependent Life | For you and dependents — As of January 1 of the new calendar year; however, coverage requiring EOI will be pended until satisfactory EOI is approved. No EOI for child life. There are plan limits that apply to increasing coverage<br><br>(For dependents who are disabled or hospitalized, the effective date of their coverage will be deferred until return to normal activities and release from the facility.) | • Anytime to enroll/subject to EOI<br>• Anytime to suspend or reduce coverage<br><br>(The need to provide EOI can vary depending on the change being requested and the timing) |
| | Supplemental AD&D | For you and dependents — As of January 1 of the new calendar year | Anytime |
| | Healthcare FSA, Dependent Care FSA | As of January 1 of the new calendar year but only if you actively enroll in these FSAs | • During the next annual enrollment or<br>• After a life change event |

## ENROLLMENT/CHANGE OVERVIEW

| WHEN YOU'RE ENROLLING... | THE PLANS... | WHEN BENEFITS GO INTO EFFECT... | WHEN YOU CAN MAKE CHANGES... |
|---|---|---|---|
| **Midyear enrollment with a qualified life change event** — If election change is requested within 30 days of a life change event (See "IRS-Eligible Life Change Events" later in this SPD) | Medical, Dental, Vision Care | For you and dependents — Effective date varies based on the life change event<br><br>(Exception: If requesting medical coverage for a newborn, newly adopted or newly placed child, you have 60 days to make the request for coverage. Elections made after 30 days will be effective as of the date of the request. If family coverage is in effect, elections retroactive to the date of the event will be allowed for up to 90 days following the birth, adoption or placement for adoption.) | • During the next annual enrollment or<br>• After a life change event  or<br>• In the case of the Medical Plan, during a special enrollment period |
| | LTD Plan | For you — Effective date varies based on the life change event. EOI is not required | Anytime |
| | Supplemental Life and Dependent Life | For you and your dependents — Effective date varies based on the life change event<br><br>Coverage requiring EOI will be pended until satisfactory EOI is approved. No EOI required for child life. There are plan limits that apply to increasing coverage<br><br>(For dependents who are disabled or hospitalized, the effective date of their coverage will be deferred until return to normal activities and release from the facility.) | • Anytime to enroll/subject to EOI at certain levels<br>• Anytime to suspend or reduce coverage<br><br>(The need to provide EOI can vary depending on the change being requested and the timing) |
| | Supplemental AD&D | For you and your dependents — Effective date varies based on the life change event | Anytime |
| | Healthcare FSA, Dependent Care FSA | Effective date varies based on the life change event | • During the next annual enrollment or<br>• After a life change event |
| **Midyear enrollment with NO life change event** — Can be requested at anytime * Also see "Special Enrollment Period for the Medical Plan" later in this section of the SPD | Retirement Plan | As soon as practicable following the request for enrollment or change in elections | Anytime, subject to plan provisions |
| | LTD Plan | As soon as practicable following your request and the approval of your EOI | • Anytime to enroll/subject to EOI<br>• Anytime to suspend coverage |
| | Supplemental Life and Dependent Life | As soon as practicable; however, changes may be subject to EOI | • Anytime to enroll/subject to EOI<br>• Anytime to suspend or reduce coverage<br><br>(The need to provide EOI can vary depending on the change being requested and the timing) |
| | Supplemental AD&D | As soon as practicable | Anytime |
| | Commuter FSA | As of the first of the next month if you enroll by the tenth of the current month or, if you miss the deadline, participation will begin as of the following month | Anytime |

## 4 Enrollment Basics

1. Your health & welfare benefit elections (healthcare, disability, accident and survivor plans as well as the Commuter FSA) generally can carry over from year-to-year, unless Harris requires re-enrollment for a specific plan year. On the other hand, Healthcare and Dependent Care FSAs must be re-elected annually to continue participation.

2. Medical Plan, Dental Plan, Vision Care Plan, Healthcare FSA and Dependent Care FSA elections require a life change event to modify participation during a calendar year, and that life change event must be consistent with the request for change. Evidence of Insurability (EOI) will be required for certain disability and life insurance changes other than to waive or decrease coverage. Coverage requiring EOI cannot go into effect unless approved by the claim administrator.

3. LTD coverage is automatic for new full-time regular employees on the first day at work and does not require EOI. You can opt out of this coverage if you wish. After that time, LTD can be elected at anytime; however, you will have to provide satisfactory EOI. The only exception is if you make this election within 30 days of a life change event. LTD coverage is always subject to preexisting conditions.

4. Retirement Plan enrollment is automatic for regular, full-time employees; however, these employees can opt out of the plan or change their level or form of participation at any time. Temporary or part-time employees may participate in the Retirement Plan but must affirmatively elect to enroll.

## How to Enroll and Make Changes

It depends on the plan:

• **All health & welfare plans —** Go through My Benefits Portal

If you are enrolling dependents: be sure to check their eligibility for the plan and be prepared to enroll each dependent separately on the online system. Your dependents must be properly identified in the enrollment system or they will not be covered! You will periodically be asked to provide proof of dependent status.

• **Retirement Plan —** Go to www.netbenefits.com/harris or call the Retirement Plan Services Center at Fidelity at 1.877.320.4015

**More detailed enrollment information about each plan is found in its SPD. Please take a look before you enroll in a specific plan or make changes to your benefit elections.**

**REMINDERS ABOUT ANNUAL ENROLLMENT**

- Annual enrollment is your once-a-year opportunity to make changes to many of your health & welfare benefit plans.

- Unless Harris requires you to participate in annual enrollment (usually required if there are significant plan changes), your health & welfare elections will generally carry over to the next plan year with updated prices. Exceptions: you must enroll to participate in the next year's Healthcare or Dependent Care FSA or to change your health & welfare benefit plan selections or levels of coverage. You must also enroll any new eligible dependents that you wish to add to your coverage.

- If participation in annual enrollment is mandatory, you will be notified through your annual enrollment materials and the consequences of not enrolling, when required, will be explained.

- Elections in place when annual enrollment closes will be in place for you throughout the next plan year unless you have a life change event and follow the process for changing your elections, or the plan permits mid-year changes without a life change event.

## Rehired Associates

**Health & welfare plans —** Here is what happens to benefits other than your Retirement Plan election if:

- **You leave Harris and are rehired within 30 days —** The benefit elections you had in place immediately before you left will be automatically reinstated (provided you still meet the eligibility requirements). Your benefit coverage will become effective on your first day of work
- **You leave Harris and are rehired more than 30 days thereafter —** You will be eligible to make new benefit elections (provided you still meet the eligibility requirements).

**Retirement Plan —** If you leave Harris and are reemployed as an eligible full-time, regular employee, unless you elect otherwise, you will be automatically enrolled in the Retirement Plan after 30 days from your rehire date and begin making pretax contributions equal to 6% of your eligible compensation. If you want to change this participation level or type of contributions, contact the Harris Retirement Plan Services Center at Fidelity. If you are reemployed as an eligible part-time or temporary employee, you can participate in the Retirement Plan immediately, but must actively enroll. (See "Crediting Service" in the separate Retirement Plan SPD for information on how your service is determined following reemployment.)

## Special Enrollment Period for the Medical Plan

There are two other exceptions to the general prohibition against mid-year enrollments under the Medical Plan.

- **The Health Insurance Portability and Accountability Act of 1996 (HIPAA) —** This legislation provides you, your spouse and your eligible dependents with certain special enrollment rights that allow you to elect coverage under the Medical Plan during the plan year, outside annual enrollment.

  Specifically, if you decline medical coverage for yourself, your spouse or your eligible dependents because of other health coverage, then you, your spouse or your eligible dependents may be able to enroll in the Medical Plan in the future if you lose your other coverage under certain circumstances (or if the employer stops contributing towards the cost of the other coverage). Also, if you have a new spouse or dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to elect coverage for yourself, your spouse and your eligible dependents under the Medical Plan. You must request enrollment within 30 days of the event that triggers these special enrollment rights.

- **The Children's Health Insurance Program Reauthorization Act of 2009 (CHIPRA) —** This law expands your rights to special enrollment. You must request enrollment within 60 days of the event that triggers these special enrollment rights.

  - » Special enrollment rights are available if the Medicaid or state Children's Health Insurance Program (CHIP) coverage of you, your spouse, or your eligible dependents is terminated as a result of a loss of eligibility
  - » Special enrollment rights are available if you, your spouse, or your eligible dependents become eligible for State premium assistance from Medicaid or a Children's Health Insurance Program.

In the case of special enrollment due to birth, adoption, or placement for adoption, coverage will be effective as of the date of such event. With respect to the other special enrollment events, coverage will be effective as of the date of your enrollment election.

To request special enrollment or to obtain more information, contact the Harris Benefits Service Center.

# IRS-Eligible Life Change Events

Life change events include the following IRS-approved events:

- Events that change your legal marital status, including marriage, divorce, death of spouse, legal separation, and annulment
- Events that change your number of eligible dependents, including the birth, placement for adoption or adoption of a child, or the death of a dependent
- Events that change the employment status of you, your spouse or other eligible dependents as follows:

  » A termination or commencement of employment
  » A commencement of or return from an unpaid leave of absence
  » A strike, lockout, or change in worksite
  » A change in employment status that results in a loss or gain of eligibility to participate in a plan (such as your spouse's loss of coverage from his/her employer because of a change in status from salaried to hourly status)

- Events that cause your dependent (as defined by the specific plan) to satisfy or cease to satisfy eligibility requirements for coverage on account of attainment of age, student status, or a similar circumstance
- Certain changes in the place of residence of you, your spouse, or other eligible dependents that affect your coverage options, such as moving to a ZIP code that is not covered by your then-current medical plan election (this does not apply to the Healthcare FSA)
- The enrollment by you, your spouse, or other eligible dependents in Medicare or Medicaid coverage or the loss of eligibility for such coverage
- The entry of a judgment, decree, or order resulting from divorce, legal separation, annulment, or change in legal custody, that orders coverage for your dependent child (provided that such coverage actually occurs, in the case of coverage to be provided by a plan other than a Harris plan)
- A change in your coverage or the coverage of your spouse or other eligible dependent made during an open enrollment period or as the result of an IRS-eligible life change event under another employer's plan (this does not apply to the Healthcare FSA)
- For the Dependent Care FSA, you hire a new dependent care provider or you otherwise experience a change in your work-related dependent care costs
- Loss of your coverage or the coverage of your spouse or other eligible dependent under a plan sponsored by a government or educational institution (this does not apply to the Healthcare or Dependent Care FSA)
- Your enrollment (and that of your spouse or other eligible dependent) in medical coverage under the Exchange during an Exchange-approved annual or special enrollment period. (This applies only to revocation of coverage under the Medical Plan.)

For a complete list (or further description) of life change events, consult the Harris Flexible Benefits Plan document.

### Enrolling or Terminating Coverage for a Domestic Partner

You can enroll or waive coverage for a domestic partner at any time. You do not need to experience a life change event. However, a consistent life change event is required to add or remove coverage for the child of a domestic partner.

## How to Process a Life Change Event

To enroll or modify your election following a life change event, go to My Benefits Portal. You will be able to enter the pertinent information about the life change event and request the changes you wish based on the event. You may be asked to provide proof of the status change.

### What's a "consistent" election?

Any requested change in your elections must be "consistent" with the life change event. To be consistent, the requested change must be necessary or appropriate as a result of the life change event. For example, if you have a baby during the year, you can open a Dependent Care FSA to cover eligible work-related, child-care expenses for the new baby. You couldn't add dental coverage for your spouse based on that specific life change event. Here's another example: If you are enrolled in a medical option and add a dependent, you cannot change the medical option you are in but you can change your coverage tier to include the new dependent.

### Time Frames for Making Life Change Event Elections

You generally must make your election within 30 days of the life change event, regardless of the type of benefit change you are requesting. There is an exception if you are requesting a change in medical coverage for your newborn, newly adopted child, or child newly placed with you for adoption. In this case, you can make your change in medical election up to 60 days (or in certain cases, 90 days) following the event, as further described below.

### Effective Date of Election Change

**Changes requested within 30 days —** Coverage will be effective on the date of the life change event for birth, adoption, placement for adoption or the loss of plan eligibility. Elections for other life change events will be effective as of the date the change is elected. If EOI is required, however, the change will not go into effect until the claim administrator receives satisfactory EOI.

**Changes requested after 30 days —** The only changes permitted later than 30 days of the life change event are medical plan changes requested within 60 days of a birth, adoption or placement for adoption. Unlike changes requested within the first 30 days after the life change event, the effective date will be the date on which you make the request for the medical benefit change. If you already have family medical coverage, special rules apply: You can add a newborn, newly adopted child or child newly placed with you for adoption within 90 days of the event and coverage will be retroactive.

### Don't delay to 60 days!

Things can get hectic when a new child enters your life; however, make a note to yourself to request your medical coverage change within the first 30 days following the birth, adoption or placement for adoption! That way, the child will be covered from the date of the life change event. If you make the change after that time, during the first 60 days following the life change event, unless you already have family medical coverage, the child's coverage will not go into effect until the day you make the request. This means that the child's medical expenses incurred prior to the election change will not be covered by the Medical Plan. You are encouraged to make the change within the initial 30-day period!

*Failing To Make a Timely Election Change After a Life Change Event*

If you fail to make a timely election change for a life change event, you cannot enroll or make changes in your current health plan, Healthcare FSA or Dependent Care FSA elections until the next annual enrollment or, if earlier, until you experience another life change event. Elections for coverage under other plans are possible although special provisions may apply. (See "Enrollment/Change Overview" earlier in this section of the SPD.)

# Contributions

Depending on which health & welfare benefits you elect, you could be making pretax or after-tax contributions for these plans each payroll period. On the other hand, the Retirement Plan lets you put aside savings on a pretax, after-tax, and/or Roth 401(k) after-tax basis.

## Pretax Contributions

Pretax contributions are a way for you to purchase certain health & welfare benefits and to save for retirement on a tax advantageous basis. There are differences in the way pretax contributions work in regard to health & welfare vs. retirement benefits. Here's a summary of important information that you should know:

- **Health & welfare benefits —** Through the Flexible Benefits Plan, you contribute premiums for your Medical Plan, Dental Plan and Vision Care Plan coverage on a pretax basis. All FSA contributions are also made with pretax dollars. You don't pay federal income taxes, Social Security and, in most states, state or local income taxes on the pretax dollars you use to pay for these benefits. Simply put, the amount of income that is taxed is reduced by what you pay pretax for these benefits. This can put more income in your pocket — today. Tax law imposes limits on your ability to change certain of your pretax benefit elections during a calendar year. (See "Enrollment/Changes to Your Elections" earlier in this section of the SPD.)
- **Retirement Plan —** Your contributions to the Harris Retirement Plan can be made with pretax dollars that are unreduced by federal and most state and local income taxes. Social Security taxes, however, do apply. Pretax contributions to the Retirement Plan provide an immediate reduction in your taxable earnings and grow on a tax-deferred basis while in the plan. In exchange for these short- and long-term tax advantages, there is restricted access to these dollars once placed in the Retirement Plan.
- **Pretax contributions and IRS limits —** The amount of pretax pay you can contribute to the Retirement Plan and FSAs is subject to IRS limits. Be sure to refer to the separate "Retirement Plan" and "Flexible Spending Accounts" sections of the SPD for more information about possible tax savings and limits. If you have any further questions, you should consult your tax advisor.

## After-Tax Contributions

Unlike pretax contributions, after-tax contributions have been reduced by federal, Social Security, state and local taxes before you use them to purchase health & welfare benefits or contribute toward your retirement savings. Here's more information on after-tax contributions as they apply to:

• **Health & welfare benefits —** The LTD, Supplemental Life Insurance, Supplemental AD&D and Dependent Life Insurance Plans require after-tax contributions. After-tax contributions are not subject to the same restrictions imposed on pretax contributions. For example, you can change your LTD Plan, Supplemental and Dependent Life, and Supplemental AD&D elections more freely than you can change most types of annual pretax elections (e.g., medical elections). Another advantage of paying on an after-tax basis impacts the LTD Plan. LTD Plan payments, for those who qualify for these benefits, would generally not be considered as taxable income since your LTD Plan premiums were paid with after-tax dollars

• **Retirement Plan —** Even though after-tax contributions are taxed before they go into the plan, your investments will grow in a tax-deferred environment until distribution. The Retirement Plan permits two types of after-tax contributions: regular after-tax contributions and Roth 401(k) after-tax contributions. There are differences in the tax treatment and advantages of regular after-tax contributions and Roth 401(k) after-tax contributions. Before electing one or the other, make sure you fully understand the differences. For example, the amount of pay you can contribute to the plan on a Roth 401(k) basis is subject to IRS limits and Roth 401(k) contributions have greater distribution restrictions than regular after-tax contributions. (Before electing, see the separate "Retirement Plan" section of the SPD.)

## Taxation of Domestic Partner Benefits

If you enroll your domestic partner (and/or his/her children) in the Medical Plan, Dental Plan or Vision Care Plan, the amount of your premiums for such coverage that is attributable to the cost of coverage for your domestic partner (and/or his/her children) may be taxable income to you. In addition, you will see imputed income in your paycheck for Harris' contribution toward the health coverage of your domestic partner (and/or his/her children). These amounts will also be subject to Social Security taxes. Certain states may exempt these amounts from taxation for state income tax purposes if you and your domestic partner meet the state requirements for an exemption. In addition, these amounts will be exempt from federal and state taxation if your domestic partner (and/or his/her children) qualifies as your tax dependent.

◄ Index   Full Screen   Print ►

# Leaves of Absence

Here is how your eligibility for Harris benefits is affected by taking a leave of absence. All benefits end after 90 days on a leave of absence except during certain military leaves or while receiving payments under the Harris or a legacy Exelis LTD Plan. In addition, should your employment terminate while on educational or general leave, you are not eligible for severance pay.

## Paid Leave of Absence

While you are on a paid leave of absence, all of the Harris benefits in which you are enrolled on your last day of active work generally will continue. Your benefit contributions will be withheld from your pay as they were while you were actively at work; however, you cannot collect benefits under BTA Insurance.

## Unpaid Leave of Absence

Generally, your health & welfare benefits can continue during an unpaid leave of absence, but no longer than 90 days, even if your leave is extended. You can, however, opt to suspend benefit coverage while you are on an unpaid leave. For coverage to continue, you are required to make contributions on a timely basis for benefits that are not entirely paid for by Harris.

If you go on an unpaid leave of absence, you will receive instructions for payment of your benefits. Since these contributions will not be deducted from your pay, they are considered after-tax contributions and will not reduce your pay for income tax purposes. If you don't make the required contributions, your benefits may be discontinued.

While on an unpaid leave, you cannot participate in the Retirement Plan, STD Plan or BTA Insurance.

# When Participation Can Change or End

There are occasions when your participation in a plan can change or end. For plan-specific information, refer to the individual plan SPDs. (For information on life change events that permit mid-year changes in your plan elections, see "IRS-Eligible Life Change Events" earlier in this section of the SPD.)

## Conversion and Portability Privileges

There are policy conversion and portability privileges available for Harris survivor and accident benefits. For details on these privileges, refer to the separate "Survivor and Accident Plans" section of the SPD.

## HARRIS BENEFITS SERVICE CENTER

| | |
|---|---|
| **TO REACH BY TELEPHONE** | 1.800.225.4343 (Option 1) |
| Hours | 8:30 a.m. to 5:30 p.m. (ET), business days |
| **TO REACH BY FAX** | 1.844.678.6679 |
| **TO REACH MY BENEFITS PORTAL** | Within the Harris network, click here or go through the Harris homepage

Outside the Harris network:
http://benefits.harris.com |

# My Benefits. My Choices.



## BENEFIT ADMINISTRATION
### SUMMARY PLAN DESCRIPTION ▸ SECTION II

**IMPORTANT DETAILS ABOUT BENEFIT PLAN ADMINISTRATION, PROCESS AND PARTICIPANT RIGHTS.**

**INFORMATION ABOUT:**
- Plan administration
- Benefit preauthorization
- Claims and appeals
- HIPAA, ERISA and COBRA rights.

July 2016







**Benefit Administration**

## The Role of a Plan Document

This Summary Plan Description (SPD) also constitutes the "plan document" for most Harris Corporation benefit plans described in this SPD. A separate plan document is available for the Flexible Benefits Plan that permits pretax contributions to certain health plans and a Health Savings Account, and governs the Health Care and Dependent Care Flexible Spending Accounts. Additionally, a separate plan document governs the Harris Retirement Plan. Further, for the alternate health plans (e.g., an HMO) offered under the Harris Medical Plan, additional alternate health plan documents are available that provide further details about coverage and these documents constitute part of the official plan document. Finally, the insured plans include an insurance contract and the self-funded plans generally have administrative services agreements that form part of the official plan documents for those plans. You can request copies of these documents, contracts, policies and agreements by contacting the Harris Benefits Service Center.

No supervisor, manager, employee or other representative of Harris, its subsidiaries or any third party is authorized to enter into any agreement contrary to the terms of this SPD or any applicable plan document, alternate health plan document, insurance contract or insurance policy or administrative services agreement. If there is a conflict between what is communicated by a representative or third party and the plan documents, the plan documents will prevail. If there is a conflict between the plan documents for the Flexible Benefits Plan and Retirement Plan or any insurance contracts and this SPD, the plan documents or insurance contracts will prevail.

# Things for you to KNOW...

| | |
|---|---|
| **Each benefit plan has an administrator** ▶ | Administrators maintain the day-to-day operation of the plans and often assume other duties such as providing information to plan participants |
| **Administrative procedures are established for each plan** ▶ | Each benefit plan operates under its own plan document |
| **You have administrative responsibilities** ▶ | Examples include: providing accurate information, filing claims on time and obtaining authorization for certain health services |
| **You can appeal a benefit claim determination** ▶ | There are specific appeal processes for each plan should you wish to dispute a decision by a plan administrator or its delegate |
| **Federal law gives you important rights in regard to your retirement and health & welfare benefits** | Among your legally protected rights are: the privacy of your healthcare information (HIPAA), the disclosure of benefit plan information and the establishment of fiduciary responsibilities for certain plan administrators (ERISA), and the ability to continue health coverage under certain circumstances (COBRA) |

NOTE! You can access all Harris SPDs through My Benefits Portal that can be reached:
• Within the Harris network, click here or go to the Harris homepage
• Outside the Harris network at http://benefits.harris.com.

# Where you can FIND...

**Quick LOOK — Plan Terminology** 4
**Benefit Plan Administrative Facts** 6
• Plan Sponsor/Administrator Rights 8
**Plan-by-Plan Administrative Overview** 8
• Health & Welfare Plans 9
• Retirement Plan 12
**Authorization of Health Services** 12
• Process Overview 13
**Filing Claims for Benefits** 15
**Plan-by-Plan Appeal Process** 15
• Eligibility Appeals 17
• Health Plans Appeals 17
• Employee Assistance Program (EAP) Appeals 22
• Short-Term Disability (STD) Plan Appeals 23
• Long-Term Disability (LTD) Plan Appeals 24
• Survivor and Accident Plans Appeals 25
• Healthcare FSA Appeals 26
• Dependent Care FSA Appeals 27
• Commuter FSA Appeals 28
• Retirement Plan Appeals 29
• Severance Pay Plan Appeals 30
**COBRA Continuing Coverage Notice** 32
• COBRA Continuing Coverage — Details 33
• Alternatives to COBRA Continuing Coverage 36
**Qualified Medical Child Support Order** 37
**Use and Disclosure of Your Protected Health Information** 37
**Rights to Full Recovery and Subrogation** 38
**ERISA Statement of Rights** 42
**Final Reminders** 44
**Harris Benefits Service Center** 44



Together, this description of the administration of the Harris benefit plans, along with the separate "Benefit Basics" section and the sections containing individual plan descriptions (as well as the documents incorporated by reference herein), comprise a complete Summary Plan Description (SPD) for each Harris benefit plan described in this SPD and covered by the Employee Retirement Income Security Act of 1974 (ERISA). You are encouraged to take the time to read this section of the SPD so that you understand your rights, Harris Corporation's rights and the procedures you need to follow should certain situations occur. Although the STD Plan, Dependent Care FSA and Commuter FSA are not ERISA plans, information about these plans has been included when appropriate in the following administrative information.



# Quick LOOK — Plan Terminology

**Affordable Care Act —** A federal statute signed into law in 2010 as a part of healthcare reform. The law includes multiple provisions that will take effect over a number of years, including the establishment of health insurance marketplaces/exchanges and patient protections such as prohibiting health insurers from denying coverage due to preexisting conditions.

**Appeal —** The process of asking the plan administrator or its delegate to reconsider a benefit determination. There are specific appeal procedures for each benefit plan.

**Authorization —** The process of requesting approval for a health service or supply to determine if benefits are payable, ordinarily in advance of incurring the expense. Requesting authorization beforehand is referred to as precertification. Cigna maintains a list of inpatient and outpatient care requiring authorization. Express Scripts requires authorization for certain prescribed medications.

**COBRA —** The Consolidated Omnibus Budget Reconciliation Act of 1986. This law provides, in certain circumstances, the option for plan participants or their dependents to elect continuing group healthcare coverage beyond the date when their coverage would ordinarily terminate.

**Employer Identification Number (EIN) —** A unique identification number that is assigned to a business entity by the Internal Revenue Service. The EIN for Harris Corporation is 34-0276860. (See "Benefit Plan Administrative Facts" later in this section of the SPD for a complete list of participating companies.)

**ERISA —** The Employee Retirement Income Security Act of 1974. This law ensures that plan sponsors or their delegates provide participants with certain plan information and accept fiduciary responsibilities for the operation of the plan. The law also establishes an appeals process and gives participants the right to sue for benefits and breaches of fiduciary duty.

**Flexible Benefits Plan —** A benefit plan, established under tax law, that permits participants to use pretax dollars to purchase coverage under certain health plans and set aside pretax contributions in Flexible Spending Accounts (FSAs) and the Health Savings Account (HSA).

**Grandfathered medical plan —** Medical plan that is exempted from certain changes required under the Affordable Care Act. Harris medical plans that are considered at this time to be grandfathered plans are portions of the Cigna Global Plan and the Cigna Comprehensive Plan.

**Health insurance marketplace or exchange —** A resource where individuals, families and small businesses can learn about health coverage options, compare health insurance plans based on costs, benefits, and other important features, choose a plan and enroll in coverage. The marketplace/exchange also provides information on programs that help people with low to moderate income and limited resources pay for coverage. The marketplace/exchange is accessible through websites, call centers, and in-person assistance. In some states, the marketplace/exchange is run by the state and, in others, it is run by the federal government. Health insurance marketplaces/exchanges were created by the Affordable Care Act.

**HIPAA —** The Health Insurance Portability and Accountability Act of 1996. Among other things, regulations implementing this law set standards for the security and privacy of certain personal health data.

**IRO —** Independent review organization. An accredited, independent third-party entity that may be asked to review a denied medical claim once all other levels of appeal are exhausted.

**Medical judgment —** Includes, but is not limited to, determinations based on requirements for medical necessity, appropriateness of care, healthcare setting, level of care, effectiveness of a covered benefit or determinations as to whether a treatment is experimental or investigational.

**Non-grandfathered medical plan —** Medical plan that is required to comply with all applicable provisions of the Affordable Care Act, such as providing preventive care services without charge and offering specific appeal processes when a claim is denied. The Harris Medical Plan, other than coverage provided by the Cigna Comprehensive Plan, is considered non-grandfathered. In addition, portions of the Cigna Global Plan are considered non-grandfathered.

**Plan year —** Calendar, policy or fiscal year on which a benefit plan's records are kept. (See the "Plan-by-Plan Administrative Overview" in this section of the SPD to see the plan year for each benefit plan.)

**Post-service claim —** A claim that is neither an urgent care nor a preservice claim.

**Precertification —** Prior authorization of certain inpatient and outpatient care by Cigna and certain prescribed medications by Express Scripts. (See "Authorization" earlier in this section.)

**Preservice claim —** A claim that, in whole or in part, requires approval of that benefit in advance of receiving medical treatment.

**QMCSO —** A qualified medical child support order or court settlement that recognizes a child's rights to receive benefits under certain Harris health plans.

**Rescission of coverage —** Any retroactive termination of coverage under the Medical Plan, except where an individual (or a person seeking coverage on behalf of the individual) either performs an act, practice or omission that constitutes fraud, makes an intentional misrepresentation of material fact, or fails to pay on a timely basis required premiums or contributions toward the cost of coverage.

**Urgent care claim —** A claim that, unless a decision is reached within 72 hours, could seriously jeopardize the patient's health or ability to regain maximum function or, in the opinion of a physician with knowledge of the patient's medical condition, would subject the patient to severe pain that cannot be adequately managed without the care or treatment requested in the claim. An individual acting on behalf of the plan, applying the judgment of a prudent layperson, can determine whether the claim is an urgent care claim. However, if a physician with knowledge of the patient's medical condition determines that the claim involves urgent care, it must be considered an urgent care claim. Deference will be given to the patient's attending provider with respect to the decision as to whether a claim for coverage under the non-grandfathered Medical Plan constitutes an urgent care claim.

◄ Index    Full Screen    Print ►

**BENEFIT ADMINISTRATION**

# BENEFIT PLAN ADMINISTRATIVE FACTS

| ROLES AND RESPONSIBILITIES | CONTACT/OTHER INFORMATION |
|---|---|
| **Plan sponsor**<br>Harris Corporation is the plan sponsor for all of the benefit plans described in this SPD (including for purposes of any applicable Patient Centered Outcomes Research Institute fees).<br><br>Please note: For purposes of this SPD, the reference to "Harris" generally includes Harris Corporation and its subsidiaries that have elected to participate in the Harris benefit plans described in this SPD. (See "Plan-by-Plan Administrative Details" later in this section of the SPD.) However, only Harris Corporation may amend, modify, revoke or terminate these benefit plans. | **Harris Corporation**<br>**1025 West NASA Blvd.**<br>**Melbourne, FL 32919**<br>**Phone: 1.800.225.4343** |
| **Plan administrator**<br>The Harris Corporation Employee Benefits Committee is the official plan administrator of all of the benefit plans described in this SPD. The Committee has delegated certain plan administrative responsibilities to third parties, insurance companies and/or directors or other employees of the company. (See "Plan-by-Plan Administrative Overview" in this section of the SPD for more information.) | **Harris Corporation**<br>**Employee Benefits Committee**<br>**Mail Stop A-11L**<br>**1025 West NASA Blvd.**<br>**Melbourne, FL 32919**<br>**Phone: 1.800.225.4343** |
| **Participating companies and EINs**<br>The companies participating in the benefits in this SPD as of July 1, 2016 are found to the right. The employer identification number (EIN) for each company, assigned by the Internal Revenue Service, is also displayed.<br><br>Please note: a company from time to time may limit participation in a benefit to a specific group of its employees, or maintain different levels of benefits for different groups of its employees. In this event, such limitation or maintenance will be described in the section of this SPD providing detailed information about such benefit. | **Harris Corporation**<br>**1025 West NASA Blvd.**<br>**Melbourne, Florida 32919**<br>**EIN 34-0276860**<br><br>**EDO Corporation**<br>**1025 West NASA Blvd.**<br>**Melbourne, FL 32919**<br>**11-0707740**<br><br>**Harris IT Services Corporation**<br>**2235 Monroe Street**<br>**Herndon, Virginia 20171**<br>**EIN 52-1597904**<br><br>**Maritime Communication Services, Inc.**<br>**1025 W. NASA Blvd.**<br>**Melbourne, Florida 32919**<br>**EIN 59-2221603**<br><br>**Harris CapRock Communications, Inc.**<br>**4400 S. Sam Houston Pkwy East**<br>**Houston, TX 77048**<br>**EIN 76-0043882**<br><br>**Caprock Government Solutions, Inc.**<br>**2235 Monroe Street**<br>**Herndon, Virginia  20171**<br>**EIN 54-1862357**<br><br>**EDO Western Corporation**<br>**1025 W. NASA Blvd.**<br>**Melbourne, FL  32919**<br>**EIN  87-0213895**<br><br>**Exelis Visual Information Solutions, Inc.**<br>**1025 W. NASA Blvd.**<br>**Melbourne, FL  32919**<br>**EIN: 84-1561325**<br><br>**Impact Science and Technology, Inc.**<br>**1025 W. NASA Blvd.**<br>**Melbourne, FL  32919**<br>**EIN:  02-0479454**<br><br>**Nexgen Communications, LLC.**<br>**1025 W. NASA Blvd.**<br>**Melbourne, FL  32919**<br>**EIN: 54-2013068** |

| ROLES AND RESPONSIBILITIES | CONTACT/OTHER INFORMATION |
|---|---|
| **Plan legal matters**<br>If you have a legal question about your Harris employee benefits, you should contact the Corporate Legal Department. Harris Corporation's agent for service of legal process on the plans is Corporation Service Company. Contact information is to the right.<br><br>When welfare benefits are provided through a group insurance contract, legal process may also be served on the applicable insurance company for disputes concerning the benefits provided under the terms of the group insurance contract. (See the "Plan-by-Plan Administrative Overview" that follows for a listing of these insurance companies.)<br><br>Legal process may also be served on the plan administrator with respect to any of the plans or the plan trustee with respect to the Retirement Plan. | **Corporate Legal Department**<br>**Harris Corporation**<br>**1025 West NASA Blvd.**<br>**Melbourne, FL 32919**<br>**Phone: 1.321.727.9100**<br><br>**Corporation Service Company**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808 (New Castle County)**<br>**Phone: 1.800.342.8086** |
| **Plan correspondence and questions**<br>If you want to ask any questions about your Harris benefits, please contact the Harris Benefits Service Center. | **Harris Benefits Service Center**<br>**Phone:  1.800.225.4343, Option 1**<br>**Fax: 1.844.678.6679**<br>**Web Chat: My Benefits Portal**<br>       **www.benefits.harris.com** |

## Plan Sponsor/Administrator Rights

**Future plan changes —** Harris reserves the right to amend, modify, revoke or terminate any of its benefit plans, in whole or in part, at any time, for any reason, without prior notice, and without approval of any employee, former employee or other person. This right will be exercised in accordance with procedures adopted by Harris.

In the event that the Harris Corporation Retirement Plan is terminated, the account balances of affected participants will be immediately and fully vested, and participants will be entitled to these vested balances. However, if any other plan or program is discontinued, participants will no longer be entitled to any benefit under that plan or program (other than payment of covered expenses incurred before the plan or program was discontinued).

**Decisions related to plans —** The Harris Corporation Employee Benefits Committee (the "Committee") has discretionary authority to administer and interpret the terms of the plans, to determine eligibility and entitlement to plan benefits in accordance with those terms and to make factual determinations relevant to claims. The Committee makes decisions and resolves conflicts regarding claims for benefits, the operation of the plans and the interpretation of plan terms. The Committee may delegate some or all of these responsibilities and authorities to another committee, one or more employees or one or more third parties, including claim administrators. When this happens, the delegate assumes the full extent of the Committee's delegated discretionary authority as plan administrator, including but not limited to all matters of plan interpretation, eligibility and entitlement to plan benefits that may be relevant to the exercise of that delegate's final decision-making authority.

Any interpretation or determination made under the discretionary authority of the Committee or its delegate, including any third-party administrator or insurance company making claim determinations, is final and binding on all parties and is to be given full force and effect unless it can be shown to be arbitrary and capricious. The Committee or its delegate, as the case may be, has discretionary authority to grant or deny benefits under a plan. Benefits under a plan will be paid only if the Committee or its delegate decides in its discretion that the applicant is entitled to them.

## Plan-by-Plan Administrative Overview

Administrative information about the Harris health & welfare and retirement plans follows. The listed administrators oversee the day-to-day operation of the plans; however, the Harris Corporation Employee Benefits Committee serves as claim administrator with respect to any eligibility questions under the Harris plans (and not the administrators listed on the following pages). The Committee may be contacted at:

Harris Corporation Employee Benefits Committee
Mail Stop A-11L
1025 West NASA Blvd.
Melbourne, FL  32919
Phone: 1.800.225.4343

## Health & Welfare Plans

You can find the following information for each Harris health & welfare benefit plan below: how the plan is funded, with whom and where to file claims or request information, the plan number and the plan year. Where Harris is not the contact for claims or information, the Harris Corporation Employee Benefits Committee, as plan administrator, has delegated administrative responsibilities to the listed third-party administrator or insurance company.

| Health & Welfare Plan Administrative Overview | | | | |
|---|---|---|---|---|
| **PLAN NAME** | **PLAN FUNDING** | **CONTACT FOR CLAIMS OR INFORMATION (CLAIM ADMINISTRATOR)** | **PLAN NUMBER** | **PLAN YEAR** |
| **Harris Healthcare Plans** | | | | |
| **Harris Medical Plan**[1,3,4] | Self-funded and paid by Harris from its general assets and employee pretax contributions | Cigna<br>P.O. Box 182223<br>Chattanooga, TN 37422-7223<br>Phone: 1.855.774.4547<br><br>Express Scripts, Inc.<br>P.O. Box 2872<br>Clinton, IA 52733-2872<br>Phone: 1.866.519.7254 | 521[2] | 1/1 - 12/31 |
| **Harris Medical Plan (alternate health plans)**[1,4] | Fully insured; insurance premiums paid by Harris and employee pretax contributions | HMSA<br>818 Keeaumoku St.<br>Honolulu, HI 96814<br>Phone: 1.808.948.6111<br><br>Cigna Global Health Benefits<br>300 Bellevue Parkway<br>Wilmington, DE 19809<br>Phone: 1.800.441.2668<br><br>Triple-S<br>1441 F.D. Roosevelt Avenue<br>San Juan, PR 00920<br>1.787.774.6060 | 521[2] | 1/1 - 12/31 |
| **Harris Dental Plan**[4] | Fully insured; insurance premiums paid by Harris and employee pretax contributions | MetLife<br>PO Box 981282<br>El Paso, TX 79998-1282<br>Phone: 1.855.488.0519 | 521[2] | 1/1 - 12/31 |
| **Harris Vision Care Plan**[4] | Fully insured and funded by employee pretax contributions | MetLife<br>MetLife Vision Claims<br>P.O. Box 385018<br>Birmingham, AL 35238-5018<br>1.855.488.0519 | 599 | 1/1-12/31 |

| PLAN NAME | PLAN FUNDING | CONTACT FOR CLAIMS OR INFORMATION (CLAIM ADMINISTRATOR) | PLAN NUMBER | PLAN YEAR |
|---|---|---|---|---|
| **HARRIS SURVIVOR AND ACCIDENT PLANS** | | | | |
| Harris Basic Life Insurance Plan[4] | Fully insured; insurance premiums fully paid by Harris | MetLife Group Life Claims PO Box 6100 Scranton, PA  18505-6100 Phone: 1.855.488.0519 Fax: 1.570.558.8645 | 521[2] | 1/1-12/31 |
| Harris Supplemental Life Insurance Plan[4] | Fully insured; insurance premiums paid with after-tax employee contributions | MetLife PO Box 6100 Scranton, PA  18505-6100 Phone: 1.855.488.0519 | 585 | 1/1-12/31 |
| Harris Basic Accidental Death & Dismemberment (AD&D) Insurance Plan[4] | Fully insured; insurance premiums paid by Harris | MetLife PO Box 6100 Scranton, PA  18505-6100 Phone: 1.855.488.0519 | 521[2] | 1/1 - 12/31 |
| Harris Supplemental Accidental Death & Dismemberment (AD&D) Plan[4] | Fully insured; insurance premiums paid with after-tax employee contributions | MetLife PO Box 6100 Scranton, PA  18505-6100 Phone: 1.855.488.0519 | 585 | 1/1-12/31 |
| Harris Dependent Life Insurance Plan[4] | Fully insured; insurance premiums paid with after-tax employee contributions | MetLife PO Box 6100 Scranton, PA  18505-6100 Phone: 1.855.488.0519 | 580 | 1/1-12/31 |
| Harris Business Travel Accident (BTA) Insurance Plan[4] | Fully insured; insurance premiums paid by Harris | Zurich American Insurance Company Zurich Document Distribution Center (DDC) PO Box 968041 Schaumburg, IL 60196-8041 Phone: 1.866.841.4771 | 521[2] | 1/1-12/31 |
| **HARRIS DISABILITY PLANS** | | | | |
| Harris Short-Term Disability (STD) Plan[4] | Self-funded and paid by Harris from its general assets | Metropolitan Life Insurance Company PO Box 14590 Lexington, KY  40511-4590 Phone: 1.855.488.0519 | Not an ERISA plan | N/A |
| Harris Insured Long-Term Disability (LTD) Plan[4] | Fully insured; insurance premiums paid with after-tax employee contributions | Metropolitan Life Insurance Company PO Box 14590 Lexington, KY  40511-4590 Phone: 1.855.488.0519 | 522 | 1/1-12/31 |

◂ Index   Full Screen   Print ▸

| PLAN NAME | PLAN FUNDING | CONTACT FOR CLAIMS OR INFORMATION (CLAIM ADMINISTRATOR) | PLAN NUMBER | PLAN YEAR |
|---|---|---|---|---|
| **Harris Flexible Spending Accounts (FSAs)** | | | | |
| Harris Healthcare Flexible Spending Account (FSA)[4,5] | Funded by pretax employee contributions | Your Spending Account (YSA) P.O. Box 785040 Orlando, FL 32878-5040 Phone: 1.800.225.4343 | 598 | 1/1–12/31 |
| Harris Dependent Care FSA[4,5] | Funded by pretax employee contributions | Your Spending Account (YSA) P.O. Box 785040 Orlando, FL 32878-5040 Phone: 1.800.225.4343 | Not an ERISA plan | 1/1–12/31 |
| Harris Commuter FSAs | Funded by pretax employee contributions | Your Spending Account (YSA) P.O. Box 785040 Orlando, FL 32878-5040 Phone: 1.800.225.4343 | Not an ERISA plan | N/A |
| **Other Harris Plans** | | | | |
| Harris Employee Assistance Program (EAP) | Self-funded; paid by Harris from its general assets | Cigna P.O. Box 182223 Chattanooga, TN 37422-7223 Phone: 1.855.774.4547 | 550 | 1/1-12/31 |
| Harris Severance Pay Plan | Paid by Harris from its general assets | Harris Corporation Employee Benefits Committee Mail Stop A-11L 1025 West NASA Blvd Melbourne, FL 32919 Phone: 1.800.225.4343 | 508 | 1/1-12/31 |

1. If you are enrolled in an alternate health plan, see My Benefits Portal for more information about these plans.
2. Plan number 521 includes multiple benefits but it is a single plan (Harris Corporation Group Insurance Plan) for reporting and other purposes.
3. Employees electing the CDHP may be eligible for a Health Savings Account through HSA Bank, PO Box 939, Sheboygan, WI 53082-0939.
4. In the case of claims related to eligibility and enrollment (including with respect to plan elections) under the Medical Plan, Dental Plan, Vision Care Plan, Healthcare Flexible Spending Account and Dependent Care Flexible Spending Account, the Claim Administrator is Claims and Appeals Management, rather than the entity otherwise listed. Claims and Appeals Management may be contacted at P.O. Box 1407, Lincolnshire, IL 60069-1407, 1.800.225.4343.
5. These accounts are maintained pursuant to the Harris Corporation Flexible Benefits Plan. Employees may be eligible for a company contribution to the Healthcare FSA.

◀ Index   Full Screen   Print ▶

## Retirement Plan

The official name of this plan is the Harris Corporation Retirement Plan. Under federal law, this plan is considered a defined contribution profit-sharing plan with 401(k) and employee stock ownership plan components. Federal law imposes maximum benefit limitations. If these apply to you under the Retirement Plan, you will be notified. Since the Retirement Plan is a defined contribution plan, the plan does not have insurance coverage from the Pension Benefit Guaranty Corporation, a not-for-profit corporation established under ERISA to provide pension plan termination insurance.

| Retirement Plan Administrative Overview | | | | | |
|---|---|---|---|---|---|
| **PLAN FUNDING** | **CONTACT INFORMATION** | | | **PLAN NO.** | **PLAN YEAR** |
| | **PLAN ADMINISTRATOR** | **RECORDKEEPER** | **TRUSTEE** | | |
| Funded by Harris and plan participant contributions. Administrative costs are shared by Harris and plan participants. These costs are adjusted periodically | Harris Corporation Employee Benefits Committee Mail Stop A-11L 1025 West NASA Blvd. Melbourne, FL 32919 Phone: 1.800.225.4343 | Fidelity Investments P.O. Box 770003 Cincinnati, OH 45277-0065 Phone: 1.877.320.4015 | Northern Trust 50 South LaSalle Street Chicago, IL 60675 | 015 | 1/1-12/31 |

**More about the plan trustee and Retirement Plan Trust —** As trustee for the Retirement Plan, Northern Trust receives and invests Retirement Plan deposits. Trustee fees, investment manager fees and certain other administrative fees are paid out of the Harris Retirement Plan Trust. Harris does not have access to trust fund money. These funds are used only for the benefit of Retirement Plan participants and beneficiaries and to pay administrative expenses. Correspondence to the Trustee should be directed to the Vice President, Corporate and Institutional Services for the Harris Retirement Plan at the address for Northern Trust shown in the chart above.

# Authorization of Health Services

There are certain inpatient and outpatient services that must be authorized by Cigna and certain prescribed medications that need authorization by Express Scripts. You can find more about when authorization is required and the process for requesting it in the separate "Medical Plan" section of the SPD.

When your care or prescription is authorized in advance of receipt, it is called precertification. This process allows you to know if an expense will be covered before it is incurred. In emergencies or in certain other circumstances, you can have your claim authorized after the fact following a process outlined in the separate "Medical Plan" section of the SPD. If you fail to have a required service or prescription precertified, you may be subject to a financial penalty or denied claim.

Once you initiate the process to gain authorization, there are specific time frames in which the claim administrator must respond to your request for authorization. As part of the process, you may be asked to provide documentation in a timely fashion so that the claim administrator can reach a decision. If authorization is denied, you can appeal the decision. (See "Plan-by-Plan Appeal Process" later in this section of the SPD.)

## Process Overview

The following process applies to the Medical, Dental and Vision Care Plan, unless it is expressly limited to a specific plan or component of a plan.

### Time frames for Authorization of Health Services

Once you have asked for authorization, the claim administrator will ordinarily notify you of its benefit determination — that is, whether the service will be authorized or not — within the following time frames:

- Urgent care claim — You will receive a benefit determination as soon as possible, taking into account the medical exigencies, but no later than 72 hours after receipt of your request for authorization. A decision may be provided to you orally, as long as written or electronic notification is provided to you within 3 days after the oral notification
- Preservice claim — You will receive a benefit determination within a reasonable period but no later than 15 days after receipt of your request for authorization
- Post-service claim — The claim administrator will notify you of any denial of your request for authorization within a reasonable period but no later than 30 days after receipt of your request.

| Health Plan Authorization — About the Process | |
|---|---|
| **KNOW THESE FACTS** | **FURTHER DETAILS** |
| Extensions for making the authorization determination may occur in certain circumstances | For preservice and post-service claim authorizations, a 15-day extension of the time period for deciding the request for authorization may be allowed, provided that the claim administrator determines that the extension is necessary due to matters beyond its control. <br><br>• If an extension is necessary, the claim administrator must notify you before the end of the original 15-day or 30-day review period of the reason(s) requiring the extension and the date it expects to provide a decision <br>• If the extension is necessary due to your failure to submit the necessary information, the notice of extension must also specifically describe the required information. You then have 45 days to provide the information needed to make the determination <br><br>**Please be aware of the following:** <br><br>• If you do not provide the required information within the 45-day period, the request for authorization may be denied <br>• If an extension is necessary for preservice and post-service claims due to your failure to submit necessary information, the plan's time frame for making a benefit determination is stopped from the date the claim administrator sends you an extension notification until the date you respond to the request for additional information |

◄ Index    Full Screen    Print ►

**BENEFIT ADMINISTRATION**

## HEALTH PLAN AUTHORIZATION — ABOUT THE PROCESS

| KNOW THESE FACTS | FURTHER DETAILS |
|---|---|
| If authorization is denied, you will receive detailed information on which the denial was based | You will receive a notice of the denial that includes:<br><br>• The specific reason(s) for the denial. If the denial was based on a determination that the service is not medically necessary or the service is experimental or investigational in nature, you will receive the scientific or clinical reasons why the determination was made (applying plan terms to your medical circumstances) or the option to obtain this information free of charge upon request<br>• References to the pertinent health plan provisions on which the decision was based<br>• A description of any additional material or information needed from you and why such additional material or information is necessary<br>• A description of the health plan's review procedure, the time limits applicable to such procedure and how to initiate an appeal (including your legal rights if the authorization is denied)<br>• References to any internal rule, guideline or protocol relied upon in making the decision and a statement that a copy of the internal rule, guideline or protocol will be provided to you free of charge upon your request<br>• A description of the expedited review process applicable to denied urgent care authorizations<br><br>**Additionally, the notice of a denial under the non-grandfathered Medical Plan will also include:**<br><br>• Information sufficient to identify the claim involved (including the date of service, the healthcare provider, the claim amount (if applicable), and a statement describing the availability, upon request, of the diagnosis code and its corresponding meaning, and the treatment code and its corresponding meaning)<br>• The denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim<br>• Information regarding the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman to assist you or your authorized representative with the internal appeals and external review process<br><br>The notice of a denial under the non-grandfathered Medical Plan must be provided in a culturally and linguistically appropriate manner |
| You are required to provide the information needed to make a claim determination | For urgent care and preservice claims, if you fail to provide the claim administrator with sufficient information to determine whether, or to what extent, benefits are covered or payable under the plan, or if you fail to follow the health plan's procedures for filing such required information, the claim administrator must notify you within 24 hours of receiving your notification about urgent care or within 5 days of receiving your notification about a preservice claim of the specific information needed to complete the claim. Notification may be oral, unless you request written notification. In the case of urgent care, you then have 48 hours to provide the information needed to process the authorization. You will be notified of an urgent care determination no later than 48 hours after the earlier of:<br><br>• The claim administrator's receipt of the requested information or<br>• The end of the 48-hour period within which you were to provide the additional information |

# Filing Claims for Benefits

In order to collect benefits from the Harris plans, there are claim procedures. If there is a claim process for a benefit plan, you will be able to find it in the individual plan description for that plan later in this SPD.

# Plan-by-Plan Appeal Process

For purposes of this SPD, you will find appeals information presented in this order:

- Eligibility appeals — Includes appeals when you contend that you've been denied participation in, or an election under, a Harris benefit plan
- Health plan appeals — Includes Medical Plan (including mental health and substance abuse and pharmacy benefits), Dental Plan and Vision Care Plan appeals. If covered by an alternate health plan, refer to that plan's SPD for appeal information
- Employee Assistance Program (EAP) appeals
- Disability appeals — Includes separate processes for Short-Term Disability (STD) Plan and Long-Term Disability (LTD) Plan appeals
- Survivor and Accident plan appeals — Includes Basic, Supplemental and Dependent Life, Basic and Supplemental Accidental Death and Dismemberment (AD&D) and Business Travel Accident (BTA) plan appeals
- Flexible Spending Account (FSA) appeals — Includes Healthcare FSA, Dependent Care FSA and Commuter FSA appeals
- Retirement Plan appeals
- Severance Pay Plan appeals.

**You have a right to appeal —** You have the right to appeal a claim determination when you feel that a claim has been improperly denied or improperly processed. For some plans, the Harris Corporation Employee Benefits Committee has delegated authority to designated claim administrators, third parties, insurance companies and/or directors or other employees of the company to fulfill certain responsibilities and to exercise certain authorities of the plan administrator as to these claims.

**You must follow claims/appeals procedures —** Failure to adhere to the required procedures or time limits can be grounds for denial of a claim or appeal. The appeal process varies from plan to plan.

You will permanently forfeit your right to file a lawsuit if you fail to file by the deadline described in this section.

◄ Index   Full Screen   Print ►

## For All Claims — About Filing a Lawsuit

Before filing a lawsuit concerning a benefit claim, you must exhaust all administrative remedies, that is, you must first appropriately file a claim and proceed and follow specified appeals procedures. Lawsuits should be directed to the appropriate party. The deadline for filing a lawsuit following your final appeal is:

- **Harris Retirement Plan —** 1 year of the denial of your final appeal by the Harris Corporation Employee Benefits Committee
- **Dental Plan —** 5 years from the time of claim
- **Vision Care Plan —** 60 days from the time of claim
- **Basic Life, Basic Accidental Death and Dismemberment (AD&D), Supplemental Life, Supplemental AD&D, Dependent Life —** 5 years from the time proof of loss is required
- **Long-Term Disability —** 5 years from the time proof of loss is required
- **Business Travel Accident —** 3 years from the time proof of loss is required
- **Other Harris benefit plans —** 180 days of the denial of your final appeal by the Harris Corporation Employee Benefits Committee or the appropriate claim administrator or IRO.

Any lawsuit with respect to the plans, not related to a claim for benefits, must be filed within 2 years after the date you knew, or had reason to know, of the circumstances giving rise to the action.

Venue for any action arising under a benefit plan exclusively shall be in Brevard County, Florida, unless an applicable insurance contract expressly provides otherwise. Unless an applicable insurance contract expressly provides otherwise, the benefit plans shall be governed by and construed in accordance with the laws of the State of Florida, without regard to conflicts of laws, to the extent that applicable federal law has not preempted the laws of the State of Florida.

Any award of legal fees in connection with an action involving a Harris benefit plan will be calculated pursuant to the method that results in the lowest reasonable amount of fees being paid. In no event will legal fees be awarded for work related to administrative proceedings under a plan, unsuccessful claims brought by a participant or any other person or actions that are not brought under ERISA. In calculating any award of legal fees, there will be no enhancement for the risk of contingency, nonpayment or any other risk, nor will a contingency multiplier or any other multiplier be applied. In any action brought by a participant or any other person against a plan, Harris, the Harris Corporation Employee Benefits Committee, any plan fiduciary or their affiliates or their or their affiliates' officers, directors, trustees, employees, or agents, legal fees of these parties in connection with such action shall be paid by the participant or other person bringing the action, unless the court specifically finds that there was a reasonable basis for the action.

## ELIGIBILITY APPEALS

If you are told that you are not eligible for coverage under a plan listed in this SPD, or that you are not eligible to make a desired benefit election under one of these plans, but you believe that you should be eligible, then you can file an appeal with the Harris Corporation Employee Benefits Committee. Your eligibility appeal will be processed by the Committee in accordance with the appeal procedures set forth below for the plan for which you believe you are eligible (i.e., an appeal for eligibility under a health plan will be processed in accordance with the appeal procedures described under "Health Plan Appeals"). For some plans, the Harris Corporation Employee Benefits Committee has delegated authority to designated third parties, claim administrators, insurance companies and directors or other employees of the company. The decision on your appeal is final and binding on all parties.

## HEALTH PLAN APPEALS

If you believe that you are entitled to benefits under the Medical, Dental or Vision Care Plans and have been denied these benefits and you would like to pursue your claim further, then you or your authorized representative have the right to file an appeal with the claim administrator. Likewise if you've been denied authorization (either as part of the precertification process or after the expense has been incurred) and you want to pursue this further, you can appeal. The process for appealing a denied authorization or a submitted claim is the same and, for purposes of this description, the term "claim" will be used to refer to both circumstances. The appeals process applies to both the grandfathered and non-grandfathered Medical Plans, except where noted (e.g., a claim denial for a non-grandfathered Medical Plan includes a rescission of coverage).

**You have 180 days to file an appeal —** A written (or oral, if your claim was an urgent care claim) appeal must be filed with the claim administrator within 180 days after receiving the claim denial. (For information on the claim administrator for each health plan, refer to the "Plan-by-Plan Administrative Overview" earlier in this section of the SPD.)

◄ Index    Full Screen    Print ►

**You have specific rights regarding healthcare plan appeals —** As part of your appeal, you or your authorized representative have the right to:

• Submit for consideration written comments, documents, records and other information relating to your claim for benefits
• Request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim for benefits
• Receive a review of all comments, documents, records and other information submitted by you related to the claim, regardless of whether the information was submitted or considered in the initial benefit determination
• Receive a review that does not defer to the initial claim determination and that is conducted by someone with appropriate training and experience other than the individual who made the adverse determination, and who is not such person's subordinate
• Be given the identity of any medical experts whose advice was obtained in connection with the benefit determination, regardless of whether the advice was relied upon in making the decision
• Receive (in instances when the adverse determination was based in whole or in part on medical judgment) a review in which the claim administrator consults with a health care professional with appropriate training and experience (and which the professional did not consult on the adverse determination, and who is not such person's subordinate)
• Receive an expedited review process if your claim is for urgent care. You may request (orally or in writing) an expedited appeal of a denied urgent care claim and can expect to receive all necessary information concerning the plan's benefit determination transmitted to you by telephone, facsimile or other available prompt method.

### Dental and Vision Care — Additional Appeals Information

**In connection with your appeal under the Dental or Vision Care Plans,** your appeal must include the following:

• Name of employee
• Name of plan
• Reference to the initial decision
• Whether the appeal is the first or second
• Explanation of why you are appealing.

If you disagree with a response to the initial appeal, you have the right to a second level appeal. This appeal must be submitted to the claim administrator within 180 days after receipt of the denial. You will be notified of the final determination within 30 days of receipt of the request.

**In addition, in connection with your appeal under the non-grandfathered Medical Plan,** you or your authorized representative have the right to:

• Review the claim file and present evidence and testimony
• Receive, free of charge:

  » Any new or additional evidence considered, relied upon or generated by the claim administrator in connection with the claim and
  » Any new or additional rationale for the claim determination.

Such new or additional evidence or rationale, as applicable, will be provided as soon as possible and sufficiently before notice of the internal claim determination is due.

**You will receive an appeal determination in a specified period of time based on the type of claim —** Ordinarily, a decision on an appeal will be reached within these time frames:

• **Urgent care claim —** As soon as possible, taking into account the medical exigencies, but no later than 72 hours after receipt of your appeal of an urgent care claim
• **Preservice claim —** Within a reasonable period but no later than 30 days after receipt of your appeal
• **Post-service claim —** Within a reasonable period but no later than 60 days after receipt of your appeal.

**You will receive a detailed notice if your health plan appeal is denied —** This notice of denial can be written or electronic and it will contain:

• The information in a denial notice described previously under "Authorization of Health Services," including a discussion of the decision
• A statement that you are entitled to receive, upon request and at no cost to you, reasonable access to, and copies of, all documents, records and other information relevant to your claim
• Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA (after exhausting these appeal procedures)
• A statement that you may have other voluntary alternative dispute resolution options, such as mediation, and you may obtain additional information by contacting your local U.S. Department of Labor Office or your state insurance regulatory agency.

**Deemed exhaustion of internal claims and appeals process under the non-grandfathered Medical Plan —** In the event that the claim administrator does not comply with the internal claims and appeals procedures in connection with a claim under the non-grandfathered Medical Plan, as outlined previously, you will be deemed to have exhausted the internal claims and appeals process and may immediately initiate an external review of such claim (as described in the following paragraphs), to the extent that your claim is eligible for external review. You will also be entitled to pursue any available remedies under section 502(a) of ERISA. Notwithstanding the foregoing, the internal claims and appeals process will not be deemed to be exhausted based on de minimis violations that do not cause, and are not likely to cause, prejudice or harm to you so long as the claim administrator demonstrates that the violation was for good cause or due to matters beyond its control and that the violation occurred in the context of an ongoing, good faith exchange of information between you and the claim administrator. You or your authorized representative may request a written explanation of the violation from the claim administrator and such explanation will be provided to you within 10 days and will include a specific description of its basis, if any, for asserting that the violation should not cause the internal claims and appeals procedures to be deemed exhausted. If an external reviewer or a court rejects your request for immediate review, you have the right to resubmit and pursue the internal appeal of the claim. In such a case, within a reasonable time after the external reviewer or court rejects the claim for immediate review (not to exceed 10 days), you will be provided with notice of the opportunity to resubmit and pursue the internal appeal of the claim. The time period for refiling the claim will begin to run upon your receipt of such notice.

## Non-Grandfathered Medical Plan External Review Process

The following external review standards apply solely to appeals of denied claims (other than appeals regarding eligibility) under the non-grandfathered Medical Plan that involve either medical judgment, as determined by an external reviewer or a rescission of coverage.

### Standard External Review Process

**How to file a request for a standard external review —**You or your authorized representative may file a request for an external review with the claim administrator provided that such request is filed within 4 months after the date you receive a denial notice. If there is not a corresponding date 4 months after the date of receipt of the denial notice, then you or your authorized representative must file such request by the first day of the fifth month following the receipt of the denial notice.

**There will be a preliminary review of your request and you will receive a notice of the outcome —**Within 5 business days following the receipt of the external review request, the claim administrator will complete a preliminary review of the request to determine whether:

- You or your beneficiary are (or were) covered under the non-grandfathered Medical Plan at the time that the health care item or service was requested or provided, as applicable
- The claim denial relates to your or your beneficiary's failure to meet the requirements for eligibility under the terms of the non-grandfathered Medical Plan (in which case external review is not available)
- You have exhausted the plan's internal appeal process (unless you are not required to do so due to the failure by the claim administrator to comply with the internal claims and appeals procedures) and
- You have provided all the information and forms required to process an external review.

Within 1 business day after completion of the preliminary review, you or your authorized representative will be issued a written notification. If your request is complete but not eligible for external review, such notification will include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration. If your request is not complete, such notification will describe the information or materials needed to make the request complete and you will be allowed to perfect your request for external review within the 4-month filing period or within the 48-hour period following the receipt of the notification, whichever is later.

**External reviews are conducted by an independent review organization (IRO) —** Upon a determination that your request is eligible for external review, the claim administrator will assign your claim to an IRO. The IRO will timely notify you and your authorized representative in writing of your request's eligibility and acceptance for external review. This notice will include a statement that you or your authorized representative may submit in writing to the IRO, within 10 business days following the date of receipt of the notice, additional information that the IRO will consider when conducting the external review.

The IRO will review all information and documents timely received. In reaching a decision, the IRO will review the claim de novo and will not be bound by any decisions or conclusions reached during the internal claims and appeals process.

**The IRO will issue a notice of its standard appeal decision —** The IRO will provide you, your authorized representative and the Medical Plan with written notice of the final external review decision within 45 days after the IRO receives the request for external review. The notice will contain:

- A general description of the reason for the request for external review, including information sufficient to identify the claim (including the date(s) of service, the health care provider, the claim amount (if applicable), the diagnosis code and its corresponding meaning, the treatment code and its corresponding meaning and the reason for the previous denial)
- The date the IRO received the assignment to conduct the external review and the date of the IRO decision

◀ Index     Full Screen     Print ▶

- References to the evidence or documentation, including the specific coverage provisions and evidence-based standards, considered in reaching its decision
- A discussion of the principal reason or reasons for its decision, including the rationale for its decision and any evidence-based standards that were relied on in making its decision
- A statement that the determination is binding except to the extent that other remedies may be available under state or federal law to either you or the Medical Plan
- A statement that judicial review may be available to you
- Current contact information, including phone number, for any applicable office of health insurance consumer assistance or ombudsman.

**What happens if a denial is reversed —** Upon notice of the IRO's decision to reverse the claim administrator's claim denial, you will immediately receive coverage or payment for that claim.

### Expedited External Review Process

**How to file a request for an expedited external review —** You or your authorized representative may request an expedited external review of a claim denial at the time you receive:

- A claim denial involving a medical condition for which the time frame for completing an expedited internal appeal would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and you have filed an expedited internal appeal request or
- A final claim denial involving:

  » A medical condition where the timeframe for completing a standard external review would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function or
  » An admission, availability of care, continued stay or health care item or service for which you received emergency services, but have not been discharged from a facility.

Immediately upon receipt of a request for expedited external review, the claim administrator will determine whether the request meets the reviewability requirements as set forth above for standard external review. You will receive a notice regarding the claim administrator's reviewability assessment, containing the same information that would be provided under a standard external review notice.

**Your claim is reviewed by an IRO —** Upon a determination that your request is eligible for external review, the claim administrator will assign your claim to an IRO. The IRO will consider all appropriate information and documents, to the extent the information and documents are available. In reaching its decision, the IRO will review the claim de novo and is not bound by any decisions or conclusions reached during the internal claims and appeals process.

**The IRO will issue a notice of its expedited appeal decision —** The IRO will provide you, your authorized representative and the Medical Plan with notice of the final external review decision as expeditiously as your medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request for an expedited external review. If the notice is not in writing, within 48 hours after the date of providing that notice, the IRO will provide you, your authorized representative and the Medical Plan with written confirmation of the decision. The notice will contain the same information that must be included in a written notice of a final decision in the context of a standard external review.

## Employee Assistance Program (EAP) Appeals

If you believe that you've been improperly denied EAP benefits and you want to pursue your claim further, you or your authorized representative must appeal.

**You have 180 days to file an EAP appeal with the claim administrator —** If you are denied EAP benefits and wish to appeal that decision, you must complete filing for your appeal within 180 days of when the claim was denied. Cigna, the claim administrator, has full discretionary responsibility and authority to review appeals and its decisions are final and binding on all parties.

**You have specific steps to take to file an EAP appeal —** Your appeal must be in writing and must include the reasons why you are challenging the denial. The appeal should include copies of any documentation or evidence (including any relevant written comments, documents, records or other information) supporting the claim for EAP services. This additional information will be considered in the appeal without regard to whether submitted or considered in the initial claim decision.

**You have rights in regard to your EAP appeal —** As part of the appeal, you or your authorized representative have the right to request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits. You will receive a review that does not defer to the initial claim determination and that is conducted by someone with appropriate training and expertise other than the individual who made the adverse determination, and who is not such person's subordinate.

**You will receive an EAP appeal determination within 60 days —** You will be provided written or electronic notification of the final decision within 60 days of the date the appeal was received.

**You will receive a detailed notice if your EAP appeal is denied —** This notice of denial can be written or electronic and it will contain:

- The specific reason(s) for the denial
- References to the pertinent plan provisions upon which the decision is based
- Reference to any internal rule, guideline or protocol that was used in making the decision
- A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim
- Information concerning your right to bring a civil action under section 502(a) of ERISA (after exhausting these appeal procedures)
- A statement that you may have other voluntary alternative dispute resolution options, such as mediation, and you may obtain additional information by contacting your local U.S. Department of Labor Office or your state insurance regulatory agency.

## Short-Term Disability (STD) Plan Appeals

Even though the STD Plan is not a plan covered by ERISA, you still can file an appeal should you disagree with the claim administrator's decision regarding your benefits. There are 2 circumstances when denial could occur:

• When you initially request STD Plan benefits at the onset of illness or injury or
• When you've been receiving STD Plan benefits and the claim administrator feels that you no longer qualify for continuing payments from the plan.

In either event, you or your authorized representative can appeal the denial of benefits by following the steps for an STD Plan appeal. Failure to adhere to the proper procedures or to file a timely appeal will be grounds for denial of your appeal.

**You have 2 levels of possible STD appeals —** These are:

• **Initial and second level STD appeal to claim administrator —** You or your authorized representative must appeal the denial of your disability claim by filing a written appeal with the claim administrator within 180 days after receiving the claim denial. (For contact information, see "Plan-by-Plan Administrative Overview," earlier in this section of the SPD.) A second level of appeal is provided only if new, additional information is submitted. If the claim administrator denies your appeal, you can proceed to the final appeal level
• **Final STD appeal to Harris Corporation Employee Benefits Committee —** You or your authorized representative must request a final appeal of a denied disability plan claim within 60 days of the claim administrator's final denial of your claim. This appeal must be in writing and must be sent to the Harris Corporation Employee Benefits Committee. The Committee has full discretionary responsibility and authority to review your appeal. The Committee has the final authority and its decisions are final and binding on all parties.

Your appeal must include the reasons why the denial is being challenged and attach copies of any documentation or evidence (including any relevant written comments, documents, records or other information) supporting the appeal.

**You have rights in regard to your STD Plan appeal —** As part of your appeal, you have the right to:

• Submit for consideration written comments, documents, records and other information relating to your claim for benefits
• Request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim for benefits
• Receive a review of all comments, documents, records and other information submitted by you related to the claim, regardless of whether the information was submitted or considered in the initial benefit determination
• Receive a review that does not defer to the initial claim determination and that is conducted by someone with the appropriate training and experience other than the individual who made the adverse determination, and who is not such person's subordinate
• Be given, upon your request, the identity of any medical or vocational experts whose advice was obtained in connection with the benefit determination, regardless of whether the advice was relied upon in making the decision.

**You will ordinarily receive an STD Plan determination within 45 days —** If your appeal cannot be processed within 45 days of the date your appeal was received, you or your representative will receive a written notice within the initial 45-day period explaining the delay and indicating the reasons for the delay and the date by which the decision can be expected (not to exceed an additional 45 days). If the reason for the extension is your failure to provide necessary information, the time frame for making a benefit determination stops on the date you are sent an extension notification and does not resume until the date on which the claim administrator or the Harris Corporation Employee Benefits Committee receives your response to the request for additional information.

**You will receive a detailed notice if your STD Plan appeal is denied —** This notice of denial will be written and it will contain:

• The specific reason(s) for the denial
• References to the pertinent disability plan provisions upon which the decision was based
• Reference to any internal rule, guideline or protocol that was used in making the decision
• A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim.

## Long-Term Disability (LTD) Plan Appeals

You or your authorized representative can appeal a claim determination if you've made an application for benefits under the LTD Plan and that application has been denied (or if you were initially approved for benefits but later determined to no longer be eligible for benefits). Failure to follow proper procedures or file a timely appeal will be grounds for denial of your appeal.

**You have 180 days to file an LTD appeal —**The LTD plan is an insured benefit. Therefore, the insurance company, also serving as claim administrator, determines if benefits will be paid under this plan. Any appeal must be filed in writing with the claim administrator within 180 days after receiving the claim denial. As sole reviewer of appeals under the LTD plan, the claim administrator has full discretionary responsibility and authority to review appeals and its decisions are final and binding on all parties. (For contact information, see "Plan-by-Plan Administrative Overview," earlier in this section of this SPD.)

Your appeal must include the reasons why the denial is being challenged and attach copies of any documentation or evidence (including any relevant written comments, documents, records or other information) supporting the appeal.

**You have rights in regard to your LTD Plan appeal —** As part of your appeal, you can:

• Submit for consideration written comments, documents, records and other information relating to your claim for benefits
• Request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim for benefits
• Receive a review of all comments, documents, records and other information submitted by you related to the claim, regardless of whether the information was submitted or considered in the initial benefit determination
• Receive a review that does not defer to the initial claim determination and that is conducted by someone with the appropriate training and experience other than the individual who made the adverse determination, and who is not such person's subordinate

• Be given the identity of any medical or vocational experts whose advice was obtained in connection with the benefit determination, regardless of whether the advice was relied upon in making the decision.

**You will ordinarily receive an LTD Plan determination within 45 days —** If your appeal cannot be processed within 45 days of the date your appeal was received, you or your representative will receive a written notice within the initial 45-day period explaining the delay and indicating the reasons for the delay and the date by which the decision can be expected (not to exceed an additional 45 days). If the reason for the extension is your failure to provide necessary information, the disability plan claim administrator's time frame for making a benefit determination stops on the date the claim administrator sends you an extension notification and does not resume until the date on which the claim administrator receives your response to the request for additional information.

**You will receive a detailed notice if your LTD Plan appeal is denied —** This notice of denial will be written and it will contain:

• The specific reason(s) for the denial
• References to the pertinent disability plan provisions upon which the decision was based
• Reference to any internal rule, guideline or protocol that was used in making the decision
• A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim
• Information concerning your right to bring a civil action under section 502(a) of ERISA (after exhausting these appeal procedures).

## Survivor and Accident Plan Appeals

You, your beneficiary or authorized representative has the right to appeal a denied survivor or accident plan claim. The appeal process is the same for Basic Life Insurance, Supplemental Life Insurance, Basic AD&D Insurance, Supplemental AD&D Insurance, Dependent Life Insurance and BTA Insurance.

**A survivor and accident plan appeal must be filed within 60 days —** The survivor and accident plans are insured benefits. Therefore, the insurance company, also serving as claim administrator, determines if benefits will be paid under these plans. Any appeal must be filed with the claim administrator within 60 days after receiving the claim denial. As sole reviewer of appeals under the survivor and accident plans, the claim administrator has full discretionary responsibility and authority to review appeals and its decisions are final and binding on all parties. (For contact information, see "Plan-by-Plan Administrative Overview," earlier in this section of the SPD.)

**There are specific steps to take to file an appeal —** The appeal must be in writing and must include the reasons why the denial is being challenged. Attached to the appeal should be copies of any documentation or evidence (including any relevant written comments, documents, records or other information) supporting the claim. This additional information will be considered in the appeal (regardless of whether submitted or considered in the initial claim decision). As part of the appeal, you, your beneficiary or your authorized representative have the right to request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits.

◄ Index     Full Screen     Print ►

**You will ordinarily receive a survivor and accident plan appeal determination within 60 days —** If the appeal cannot be processed within 60 days of the date the appeal was received, you, your beneficiary or your authorized representative will receive a written notice within the initial 60-day period explaining the delay and indicating the reasons for the delay and the date by which the decision can be expected (not to exceed an additional 60 days). If the reason for the extension is the failure of you, your beneficiary or your authorized representative to provide necessary information, the claim administrator's time frame for making a benefit determination stops on the date the extension notification is sent to you, your beneficiary or your authorized representative and does not resume until the date on which the claim administrator receives a response to the request for additional information.

**You will receive a detailed notice if a survivor and accident plan appeal is denied —** This notice of denial will be written and it will contain:

• The specific reason(s) for the denial
• References to the pertinent plan provisions upon which the decision is based
• A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim
• Information concerning your right to bring a civil action under section 502(a) of ERISA (after exhausting these appeal procedures).

## Healthcare FSA Appeals

If you feel that you have been improperly denied benefits under the Healthcare FSA and you wish to pursue your claim further, then you or your authorized representative can appeal the claim administrator's decision.

**You have 180 days to file your initial Healthcare FSA appeal —** The appeal must be filed in writing with the Harris Corporation Employee Benefits Committee (or, if your appeal relates to eligibility or election changes, the claim administrator) and must be received no later than 180 days following the claim denial. A second appeal is available if your claim relates to eligibility or election changes.

**A final Healthcare FSA appeal must be filed within 60 days of the initial appeal denial —** If the claim administrator denies your appeal related to your eligibility and election changes, you or your authorized representative can file a final appeal in writing with the Harris Corporation Employee Benefits Committee within 60 days after receiving the claim denial. If the Committee in its discretion denies your appeal, such denial is final and binding on all parties.

**You have rights in regard to your Healthcare FSA appeal —** As part of your appeal, you have the right to:

• Submit for consideration written comments, documents, records and other information relating to your claim for benefits
• Request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim for benefits
• Receive a review of all comments, documents, records and other information submitted by you related to the claim, regardless of whether the information was submitted or considered in the prior benefit determination
• Receive a review that does not defer to the prior claim determination and that is conducted by someone with appropriate training and experience other than the individual who made the adverse determination, and who is not such person's subordinate.

**You will receive a Healthcare FSA appeal determination within 30 days —** You will receive a determination within 30 days after receipt of your initial appeal. If there is a second appeal, you will receive a determination within 30 days from receipt by the Harris Corporation Employee Benefits Committee of the appeal of the claim.

**You will receive a detailed notice if a Healthcare FSA appeal is denied —** This notice of denial can be written or electronic and it will contain:

• The specific reason(s) for the denial
• References to the pertinent plan provisions upon which the decision is based
• References to any internal rule, guideline or protocol that was used in making the decision and, upon request, the option to receive without charge, a copy of the internal rule, guideline or protocol
• A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim
• Information concerning your right to bring a civil action under section 502(a) of ERISA (after exhausting these appeal procedures).

## Dependent Care FSA Appeals

If you feel that you are due benefits from the Dependent Care FSA, and have been denied these benefits and wish to further pursue a claim, then you or your authorized representative can appeal the claim administrator's decision.

**You have 60 days to file your initial Dependent Care FSA appeal —** The appeal must be filed with the Harris Corporation Employee Benefits Committee (or, if your appeal relates to eligibility or election changes, the claim administrator) and must be received no later than 60 days following the claim denial. A second appeal is available if your claim relates to eligibility or election changes.

**A final Dependent Care FSA appeal must be filed within 60 days of the initial appeal denial —** If the claim administrator denies your appeal related to eligibility or election changes, you or your authorized representative can file a final appeal in writing with the Harris Corporation Employee Benefits Committee within 60 days after receiving the claim denial. If the Committee in its discretion denies your appeal, such denial is final and binding on all parties.

**There are specific steps to take to file a Dependent Care FSA appeal —** Your appeal must be in writing and must include the reasons why the denial is being challenged. Attached to the appeal should be copies of any documentation or evidence (including any relevant written comments, documents, records or other information) supporting the claim. This additional information will be considered in the appeal (regardless of whether submitted or considered in the prior claim decision). As part of the appeal, you or your authorized representative can request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits.

**You will ordinarily receive a Dependent Care FSA appeal determination within 60 days —** If the appeal cannot be processed within 60 days of the date the appeal was received, you or your representative will receive a written or electronic notice within the initial 60-day period explaining the delay and indicating the reason for the delay and the date by which the decision can be expected (not to exceed an additional 60 days). If the reason for the extension is the failure of you or your representative to provide necessary information, the time frame of the claim administrator for making a benefit determination stops on the date the extension notification is sent to you and does not resume until the date on which the claim administrator receives a response to the request for additional information.

◀ Index     Full Screen     Print ▶

**You will receive a detailed notice if a Dependent Care FSA appeal is denied —** This notice of denial can be written or electronic and it will contain:

• The specific reason(s) for the denial
• References to the pertinent plan provisions upon which the decision is based
• A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim.

## Commuter FSA Appeals

If you feel that you have been improperly denied benefits from either Commuter FSA (the Transit Account or Parking Account) and you wish to further pursue a claim, then you or your authorized representative can appeal the claim administrator's decision.

**You have 60 days to file a Commuter FSA appeal —** The appeal must be filed with the claim administrator and must be received no later than 60 days following the claim denial. The decision of the claim administrator is final and binding on all parties.

**There are specific steps to take to file a Commuter FSA appeal —** Your appeal must be in writing and must include the reasons why the denial is being challenged. Attached to the appeal should be copies of any documentation or evidence (including any relevant written comments, documents, records or other information) supporting the claim. This additional information will be considered in the appeal (regardless of whether submitted or considered in the prior claim decision). As part of the appeal, you or your authorized representative can request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits.

**You will ordinarily receive a Commuter FSA appeal determination within 60 days —** If the appeal cannot be processed within 60 days of the date the appeal was received, you or your representative will receive a written or electronic notice within the initial 60-day period explaining the delay and indicating the reasons for the delay and the date by which the decision can be expected (not to exceed an additional 60 days). If the reason for the extension is the failure of you or your representative to provide necessary information, the time frame of the claim administrator for making a benefit determination stops on the date the extension notification is sent to you and does not resume until the date on which the claim administrator receives a response to the request for additional information.

**You will receive a detailed notice if a Commuter FSA appeal is denied —** This notice of denial can be written or electronic and it will contain:

• The specific reason(s) for the denial
• References to the pertinent plan provisions upon which the decision is based
• A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim.

## RETIREMENT PLAN APPEALS

If you or your beneficiary feel that benefits have been improperly denied under the Retirement Plan, there is an appeal process.

**You must first file an initial appeal for Retirement Plan benefits —** If you wish to pursue a claim for benefits under the Retirement Plan, then you or your authorized representative must file a written appeal with the Harris Corporation Employee Benefits Committee.

**You will ordinarily receive a response to an initial Retirement Plan appeal within 90 days —** If the Harris Corporation Employee Benefits Committee cannot process your appeal within 90 days of the date the appeal was received, you or your representative will receive a written or electronic notice within the initial 90-day period explaining the delay and indicating the reasons for the delay and the date by which the decision can be expected (not to exceed an additional 90 days).

**You will receive a detailed notice if an initial Retirement Plan appeal is denied —** This notice of denial can be written or electronic and it will contain:

• The specific reason(s) for the denial
• References to pertinent plan provisions upon which the denial is based
• A description of any additional material or information necessary to perfect the claim and an explanation as to why such material or information is necessary and
• A description of the plan's claim review procedures and the time limits that apply to such procedures, including a description of your right to bring a civil action under section 502(a) of ERISA (after exhausting these appeal procedures).

**You have 60 days to request a second and final Retirement Plan appeal —** The appeal must be in writing and must be sent to the Harris Corporation Employee Benefits Committee no later than 60 days following the initial appeal denial. Your appeal must include the reasons why the denial is being challenged. Attached to the appeal should be copies of any documentation or evidence (including any relevant written comments, documents, records or other information) supporting the claim. This additional information will be considered in the appeal (regardless of whether submitted or considered in the initial appeal). As part of the appeal, you or your representative have the right to request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits. The Committee has full discretionary responsibility and authority to review your appeal and its decision will be final and binding on all parties.

**You will ordinarily receive a response to a second and final Retirement Plan appeal within 60 days —** If the second appeal cannot be processed within 60 days of the receipt of the appeal, you or your representative will receive a written or electronic notice within the initial 60-day period explaining the delay and indicating the reasons for the delay and the date by which the decision can be expected (not to exceed an additional 60 days). If the reason for the extension is your failure to provide necessary information, the Committee's time frame for making a benefit determination stops on the date the extension notification is sent to you and does not resume until the date on which the Committee receives a response to the request for additional information.

**You will receive a detailed notice if your second Retirement Plan appeal is denied —** This notice of denial can be written or electronic and it will contain:

- The specific reason(s) for the denial
- References to the pertinent plan provisions upon which the decision is based.
- A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim.
- Information concerning your right to bring a civil action under section 502(a) of ERISA (after exhausting these appeal procedures).

## Severance Pay Plan Appeals

If you are separated from employment and believe that you are entitled to receive severance benefits that have not been offered to you, there are steps for you to take.

**You must first make a request for Severance Pay Plan benefits —** You or your authorized representative must make a written request for benefits to your local Human Resources department.

**You will ordinarily receive a response to an initial Severance Pay Plan request within 90 days —** If the request cannot be processed within 90 days of the date it was received, you or your representative will receive a written or electronic notice within the initial 90-day period explaining the delay and indicating the reasons for the delay and the date by which the decision can be expected (not to exceed an additional 90 days).

**If an initial Severance Pay Plan request is denied, you will receive a detailed notice —** This notice of denial can be written or electronic and it will contain:

- The specific reason(s) for the denial
- References to pertinent plan provisions upon which the denial is based
- A description of any additional material or information necessary to perfect the claim and an explanation as to why such material or information is necessary and
- A description of the plan's claim review procedures and the time limits that apply to such procedures, including a description of your right to bring a civil action under section 502(a) of ERISA (after exhausting these appeal procedures).

If your severance benefit request is denied and you want to pursue your claim further, you must appeal.

**You have 60 days to request a Severance Pay Plan appeal —** Your appeal must be filed with the Harris Corporation Employee Benefits Committee within 60 days after receiving the denial. The appeal must be in writing and must include the reasons why the denial is being challenged. Attached to the appeal should be copies of any documentation or evidence (including any relevant written comments, documents, records or other information) supporting the claim. This additional information will be considered in the appeal (regardless of whether submitted or considered in the original benefit determination). As part of the appeal, you or your representative have the right to request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits. The Harris Corporation Employee Benefits Committee has full discretionary responsibility and authority to review appeals and its decisions are final and binding on all parties.

**You will ordinarily receive a response to a Severance Pay Plan appeal within 60 days —** If the appeal cannot be processed within 60 days of when the appeal was received, you or your representative will receive a written or electronic notice within the initial 60-day period explaining the delay and indicating the reasons for the delay and the date by which the decision can be expected (not to exceed an additional 60 days). If the reason for the extension is your failure to provide necessary information, the Harris Corporation Employee Benefits Committee's time frame for making a benefit determination stops on the date the extension notification is sent to you and does not resume until the date on which the Committee receives a response to the request for additional information.

**You will receive a detailed notice if your Severance Pay Plan appeal is denied —** This notice of denial can be written or electronic and it will contain:

• The specific reason(s) for the denial
• References to the pertinent plan provisions upon which the decision is based
• A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim.
• Information concerning your right to bring a civil action under section 502(a) of ERISA (after exhausting these appeal procedures).

# COBRA Continuing Coverage Notice

This notice contains important information about your right to COBRA continuation coverage, which is a temporary extension of coverage under the Medical Plan, Dental Plan or Vision Care Plan and temporary extension of participation in the Healthcare FSA or the Employee Assistance Program (EAP). These plans are referred to throughout this section as "health plans."

The Consolidated Omnibus Budget Reconciliation Act of 1986 (COBRA) created the right to COBRA continuation coverage for you and certain other members of your family, who lose coverage under the health plans in certain circumstances.

If you are a domestic partner or the child of a domestic partner who is not a dependent of the employee, COBRA does not provide you with a right to continue health plan coverage. However, Harris has elected to treat you as a qualified beneficiary who is eligible for COBRA continuation coverage with the same terms and conditions as made available to spouses and dependent children of employees as described below in this notice. For purposes of this notice, a domestic partner will be deemed to be a spouse and the child of a domestic partner will be deemed to be the employee's dependent child. Harris retains the right to amend or terminate this benefit at any time.

**This notice generally explains COBRA continuation coverage, when it may become available to you, your spouse and your dependent children, and what you need to do to protect the right to receive it. When you become eligible for COBRA, you also may become eligible for other coverage options that may cost less than COBRA continuation coverage.**

COBRA continuation coverage for the health plans is administered by:



**CONEXIS
PO Box 660453
Dallas, TX 75266-0453
1.866.206.5751**

## COBRA Continuation Coverage — Details

COBRA continuation coverage is a continuation of health plan coverage when coverage would otherwise end because of a "qualifying event." Specific qualifying events are listed below. After a qualifying event, COBRA continuation coverage must be offered to each person who is a qualified beneficiary. Qualified beneficiaries are certain persons who will lose coverage under the health plan because of a qualifying event. Depending on the type of qualifying event, employees, spouses of employees and dependent children of employees may be qualified beneficiaries under the health plans. Qualified beneficiaries who elect COBRA continuation coverage generally must pay for such coverage.

**If you are an employee —** You will become a qualified beneficiary if you lose your coverage under a health plan because either one of the following qualifying events happens:

• Your hours of employment are reduced
• Your employment ends for any reason other than your gross misconduct.

**If you are the spouse of an employee —** You will become a qualified beneficiary if you lose your coverage under a health plan because any of the following qualifying events happen:
• Your spouse (the employee) dies
• Your spouse's (the employee's) hours of employment are reduced
• Your spouse's (the employee's) employment ends for any reason other than his/her gross misconduct
• Your spouse (the employee) becomes entitled to Medicare (Part A, Part B or both)
• You become divorced or legally separated from your spouse.

**If there are dependent children —** They will become qualified beneficiaries if they lose coverage under a health plan because any of the following qualifying events happen:
• You (the parent employee) die
• Your (the parent employee's) hours of employment are reduced
• Your (the parent employee's) employment ends for any reason other than gross misconduct
• You (the parent employee) become entitled to Medicare (Part A, Part B or both)
• You (the parent employee) become divorced or legally separated
• The child stops being eligible for coverage under the health plan as a "dependent child."

**Bankruptcy as a qualifying event —** Sometimes, filing a proceeding in bankruptcy under title 11 of the United States Code can also be a qualifying event. If a proceeding in bankruptcy is filed with respect to Harris, and that bankruptcy results in the loss of coverage of any retired employee covered under a health plan, the retired employee will become a qualified beneficiary with respect to the bankruptcy. The retired employee's spouse, surviving spouse and dependent children will also become qualified beneficiaries if the bankruptcy results in the loss of their coverage under the health plan.

**How the process for COBRA continuation coverage begins —** The health plan will offer COBRA continuation coverage to qualified beneficiaries only after the plan administrator has been notified that a qualifying event has occurred. Who is responsible for notifying the plan administrator varies with the qualifying event:

• When the qualifying event is the end of employment, reduction of hours of employment, your death, commencement of a proceeding in bankruptcy with respect to Harris, or the employee becoming entitled to Medicare benefits (Part A, Part B or both), the employer must notify the plan administrator of the qualifying event within 30 days of the event.
• For the other qualifying events (your divorce or legal separation or a child's loss of eligibility for coverage as a dependent child), you must notify the plan administrator. The health plan requires you to notify the plan administrator (CONEXIS) within 60 days after the qualifying event occurs. The notice you provide must contain the name of the health plan (Harris Corporation group health plan); the name, CONEXIS account number or social security number, and address of the employee/former employee who is or was covered under the health plan; the name(s) and address(es) of all qualified beneficiary(ies) who lost coverage as a result of the qualifying event; and the certification, signature, name, address, and telephone number of the person providing the notice. If the required notice is not provided within this time limit, then COBRA continuation coverage will not be available.

**Election of COBRA continuation coverage —** Once the plan administrator receives notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. Each qualified beneficiary will have an independent right to elect COBRA continuation coverage. Covered employees may elect COBRA continuation coverage on behalf of their spouses, and parents may elect COBRA continuation coverage on behalf of their children. Any qualified beneficiary who wants continuation coverage generally must sign up for it within 60 days after being notified of the right to elect COBRA continuation coverage. For each qualified beneficiary who timely elects COBRA continuation coverage, COBRA continuation coverage will begin retroactively to the date of the qualifying event. Qualified beneficiaries will be automatically entitled to participate in the EAP during the COBRA continuation period, and are not required to make an election to receive such continued coverage.

**COBRA continuation coverage is a temporary continuation of coverage —** Its length varies with the circumstances triggering the right to continuation of coverage. When the qualifying event is your death, your entitlement to Medicare (Part A, Part B or both), your divorce or legal separation or a child's loss of eligibility as a dependent child, COBRA continuation coverage lasts for up to 36 months.

When the qualifying event is the end of employment or reduction of your (the employee's) hours of employment and you (the employee) became entitled to Medicare less than 18 months before the qualifying event, COBRA continuation coverage for qualified beneficiaries other than you lasts for up to 36 months after the date of Medicare entitlement. Otherwise, when the qualifying event is the end of employment or reduction of your (the employee's) hours of employment, COBRA continuation coverage generally lasts for up to 18 months. There are two ways in which this 18-month period of COBRA continuation coverage can be extended, as described below.

**Disability extension of 18-month period of continuation coverage —** If you or anyone in your family covered under the health plan is determined by the Social Security Administration to be disabled and you notify the plan administrator in a timely fashion, you and your entire family can receive up to an additional 11 months of COBRA continuation coverage, for a maximum of 29 months. The disability must have started on or before the 60th day of COBRA continuation coverage and must last until the end of the 18 month period of COBRA continuation coverage. You must also make sure that the plan administrator is notified in writing of the Social Security Administration's determination within 60 days of the date of the determination and before the end of the 18-month period of COBRA continuation coverage. This notice should be sent to:

**CONEXIS**
**PO Box 660453**
**Dallas, TX 75266-0453**
**1.866.206.5751**

COBRA coverage for a disabled qualified beneficiary and his or her family members stops on the first day of the month following 30 days after the Social Security Administration determines that the qualified beneficiary is no longer disabled (if the initial 18-month period has ended). A qualified beneficiary must notify Harris in writing within 30 days after the date that the Social Security Administration makes a final determination that he/she is no longer disabled.

**Second qualifying event extension of 18-month period of continuation coverage —** If your family experiences another qualifying event while receiving COBRA continuation coverage, the spouse and dependent children in your family can get up to 18 additional months of COBRA continuation coverage, up to a maximum of 36 months, if the health plan is properly notified about the second event. This extension is available to your spouse and dependent children if you (the former employee) die, become entitled to Medicare (Part A, Part B or both) or get divorced or legally separated. The extension may also be available to a dependent child when that child stops being eligible under the health plan as a dependent child. This extension is only available if the second qualifying event would have caused the spouse or dependent child to lose coverage had the first qualifying event not occurred.

In all of these cases, you must make sure that the plan administrator is notified of the second qualifying event within 60 days of that event. This notice must be sent to:

**CONEXIS**
**PO Box 660453**
**Dallas, TX 75266-0453**
**1.866.206.5751**

**Special rules governing Healthcare FSAs —** Regardless of the qualifying event, COBRA continuation coverage may offer you the option to continue contributing after-tax money to your Healthcare FSA until the end of the calendar year in which the event occurs. If you do, you can use the money in your Healthcare FSA for eligible expenses incurred after your termination date. If you do not elect to continue Healthcare FSA participation under COBRA, your participation in the FSA will end when your employment ends, and you will forfeit any money remaining in your account after you have been reimbursed for expenses incurred on or prior to your termination date. In either case, you cannot continue Healthcare FSA participation beyond the end of the calendar year.

**Paying for COBRA coverage —** With one exception, each person electing continuation coverage under a health plan must pay the full monthly cost for that coverage plus a 2% administrative fee. (The exception is the EAP for which there is no cost for continuation coverage.) Please note that the "full cost" means an amount that is not subsidized by Harris. As such, your continued coverage under COBRA will be more expensive than the cost of your coverage prior to the COBRA qualifying event. You can be charged up to 150% of the plan's total cost of your coverage for the disability extension period.

**When COBRA coverage ends —** Coverage under COBRA generally ends at the end of the maximum 18-month, 29-month or 36-month period. However, COBRA coverage stops sooner if:

• The required premium payments are not made on time
• The qualified beneficiary becomes covered under another health plan after electing continuation coverage
• The plan is terminated and Harris provides no other health coverage
• The qualified beneficiary becomes entitled to Medicare after electing continuation coverage
• Disability ceases after 18 months of continuation coverage or
• The qualified beneficiary engages in conduct that would result in termination of coverage under the plan for a similarly situated individual who is not receiving continuation coverage.

**Address changes —** To ensure that Harris or CONEXIS can contact you with respect to any continuation rights to which you may be entitled under the health plans, it is important that you and your dependents keep Harris (and CONEXIS, in the event that continuation coverage is elected) informed at all times of your current address(es).

**If you have questions —** If you have questions about your COBRA continuation coverage, the Affordable Care Act and other laws affecting group health plans, you should contact the Harris Benefits Service Center or you may contact the nearest regional or district office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA). Addresses and phone numbers of regional and district EBSA offices are available through EBSA's website at http://www.dol.gov/ebsa. For more information about the "health insurance marketplace," established by the Affordable Care Act, as a means to purchase healthcare insurance visit www.healthcare.gov.

## Alternatives to COBRA Continuing Coverage

In addition to COBRA, you may have other options available to you when you lose group health coverage. Some of these options may cost less than COBRA continuation coverage. For example, you may be eligible to buy an individual health plan through the health insurance marketplace, established by the Affordable Care Act. By enrolling in coverage through the health insurance marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs. You may qualify for a 30-day "special enrollment period" for another group health plan for which you are eligible (such as a spouse's plan), even if that plan doesn't generally accept late enrollees. You also may qualify for Medicaid or CHIP. You can learn more about these alternatives at http://www.healthcare.gov.

You may also consider contacting Willis Towers Watson's OneExchange — one of the largest healthcare marketplaces in the country. OneExchange specializes in getting individuals the right selection of healthcare plans based on individual needs and budgets at no cost to you. OneExchange may assist you with finding more affordable marketplace coverage than the Harris COBRA coverage. You can reach a OneExchange representative at 1.800.591.2611.

**Continuation of coverage while on a Family or Medical Leave —** Under Harris Corporation policy and the Federal Family and Medical Leave Act (FMLA), eligible employees are generally allowed to take up to 12 weeks of unpaid leave for certain qualifying family and medical situations. If you are receiving pay while on an FMLA leave, you are considered on a paid leave of absence and your benefit eligibility reflects that status. Otherwise, your FMLA leave is unpaid and your benefit eligibility will be the same as is described for an unpaid leave in the "Benefit Basics" section of this SPD. Note that your benefit coverage during an FMLA leave is not considered COBRA continuation coverage.

**Continuation of coverage for employees in the uniformed services —** The Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA) guarantees certain rights to eligible employees who enter military service. Upon reinstatement, you generally are entitled to the seniority, rights and benefits associated with the position held at the time employment was interrupted, plus certain additional seniority, rights and benefits that would have been attained if employment had not been interrupted.

When you go on military leave, your work hours are reduced. As a result, you, your spouse and your covered dependents may become eligible for a temporary extension of coverage under the Medical Plan, Dental Plan or Vision Care Plan and temporary extension of participation in the Healthcare FSA and EAP under COBRA (as described above) and USERRA. Any COBRA continuation period for which you are eligible will run concurrently with any USERRA continuation period for which you are eligible. The USERRA continuation period runs for up to 24 months while you are on military leave.

◄ Index   Full Screen   Print ►

If you choose not to continue your coverage while on military leave, or if your leave is longer than the USERRA continuation period (i.e., 24 months), you are entitled to reinstated health coverage with no waiting periods or exclusions when you return from leave. In general, to be eligible for the rights guaranteed by USERRA, you must:

- Return to work on the first full, regularly scheduled workday following your leave, safe transport home and an 8-hour rest period if you are on a military leave of less than 31 days
- Return to or reapply for employment within 14 days of completion of your period of duty, if your military service is from 31 to 180 days
- Return to or reapply for employment within 90 days of completion of your period of duty, if your military service lasts more than 180 days.

For more information about your rights under USERRA, visit My Benefits Portal.

# Qualified Medical Child Support Order

A qualified medical child support order (QMCSO) is a court order (or court-approved settlement agreement) — creating or recognizing the right of a child to receive benefits under a Harris group health plan — which the plan administrator determines meets the requirements for QMCSO status. A QMCSO may apply to the Harris Medical, Dental, Vision Care, EAP and/or Healthcare FSA plans.

The plan administrator's determination of QMCSO status is made in accordance with written procedures established by the plan administrator. On receipt of a medical child support order or a National Medical Support Notice, the plan administrator will notify the participant and affected child of receipt of the order or notice and provide copies of the procedures that will be followed in determining the qualified status of the order or notice. These procedures also describe how benefits provided under a QMCSO will be administered and can be obtained at anytime upon request through the Harris Benefits Service Center free of charge.

# Use and Disclosure of Your Protected Health Information

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) creates certain obligations regarding the privacy and security of your health information. The following paragraphs will explain how your health information — obtained by the Medical Plan (including information about pharmacy benefits), the Dental Plan, the Vision Care Plan, the EAP and the Healthcare FSA — will be used and disclosed by Harris and by the health plans. The before-mentioned benefit plans, collectively, will be referred to as the "health plans" in this section of the SPD.

**Types of health plan information —** Health information that is obtained by the health plans is different from the information found in your employment records. This section applies only to health information obtained by the health plans, and not to your employment records (including health-related employment records) or what Harris as your employer can do with your employment records.

This section discusses two types of health information: summary health information and protected health information. The permitted uses and disclosures of your summary health information are different from the permitted uses and disclosures of your protected health information.

- **Summary health information** summarizes claim history, claim expenses or types of claims, and it does not include certain identifiers, such as your name and social security number
- **Protected health information** means information (whether transmitted or maintained electronically or otherwise), including demographic information, about your past, present and future health conditions or your health care coverage, services and payment for such services.

**Disclosure of summary health information —** The health plans may disclose, or permit a health insurance issuer or health maintenance organization (HMO) to disclose, summary health information for individuals covered under the health plans to Harris if Harris requests summary health information for the purpose of:

- Obtaining premium bids from health insurance companies for the health plans or
- Modifying, amending or terminating the health plans.

**Disclosure of participation, enrollment or disenrollment information —** The health plans may disclose, or permit a health insurance issuer or an HMO to disclose, to Harris whether an individual is participating in a health plan or is enrolled or has disenrolled from an HMO offered by the health plans.

---

**More about the Use and Disclosure of Your Health Information by the Health Plans**

The health plans will use and disclose protected health information in a manner that is consistent with the health plans' Notice of Privacy Practices (the terms of which are incorporated by reference). You will find a copy of the Notice of Privacy Practices at My Benefits Portal.

The health plans may disclose protected health information to Harris only upon receipt of Harris' certification that the plan documents have been amended as required by HIPAA and its implementing regulations ("HIPAA Privacy Rules") and that Harris agrees:

- Not to use or disclose protected health information other than as permitted or required by this SPD or the applicable plan documents or as required by law
- To ensure that any agents, including a subcontractor, to whom Harris provides protected health information received from a health plan agree to the same restrictions and conditions that apply to Harris with respect to such information
- Not to use or disclose protected health information for employment-related actions and decisions, or in connection with any other benefit or employee benefit plan of Harris, unless authorized to do so by the individual whose health information is to be disclosed
- To report to the health plans within a reasonable time after becoming aware of any use or disclosure of the protected health information that is inconsistent with the uses or disclosures permitted by this SPD
- To make an individual's protected health information available to him/her in accordance with the requirements outlined in the HIPAA Privacy Rules
- To make protected health information available for amendment and to incorporate any amendments to protected health information in accordance with the HIPAA Privacy Rules
- To make protected health information available to provide an accounting of disclosures in accordance with the HIPAA Privacy Rules
- To make its internal practices, books and records relating to the use and disclosure of protected health information received from the health plans available to the Secretary of the Department of Health and Human Services or the Secretary's designee for purposes of determining compliance by the health plans with the HIPAA Privacy Rules

- To return or destroy all protected health information received from the health plans that Harris still maintains in any form (and retain no copies) when no longer needed for the purpose for which disclosure was made, except that, if such return or destruction is not feasible, Harris will limit further uses and disclosures to those purposes that make the return or destruction of the information infeasible
- To ensure that adequate protections described under "Separation Between Harris and the Health Plans" below are established
- To implement administrative, physical and technical safeguards that reasonably and appropriately protect the confidentiality, integrity and availability of electronic or non-electronic protected health information that Harris creates, receives, maintains or transmits on behalf of the health plans
- To ensure that the adequate separation of functions required under "Separation Between Harris and the Health Plans" below is supported by reasonable and appropriate security measures
- To ensure that any agent, including a subcontractor, to whom Harris provides electronic or non-electronic protected health information agrees to implement reasonable and appropriate security measures to protect such electronic or non-electronic protected health information
- To report to the health plans any security incident or breach of unsecured electronic protected health information of which Harris becomes aware.

### Separation Between Harris and the Health Plans

Harris will take reasonable actions to maintain adequate separation from the health plans. Harris will give only the following persons access to protected health information:

- The Director of Employee Benefits
- The health plans' Privacy Official and Security Official
- The Benefits Service Center staff members
- The Harris Corporation Employee Benefits Committee and
- Harris employees and contractors who use protected health information for payment, healthcare operations or other matters pertaining to the health plans in the ordinary course of business, including the General Counsel, other legal counsel for the health plans, financial, accounting or actuarial personnel, the payroll department, and the Information Management Services Department.

Harris will restrict the access to, and use of, protected health information by the employees and contractors referenced above to the "plan administration functions" that Harris performs for, or on behalf of, the health plans. The term "plan administration functions" does not include functions Harris performs in connection with any other benefit or benefit plans. Genetic information will not be used or disclosed for underwriting purposes.

Harris will take reasonable steps to prevent use or disclosure of the protected health information other than as provided for by this subsection. Harris will take appropriate action to resolve any issues of noncompliance, which may include:

- Investigation of the incident to determine whether the noncompliance occurred inadvertently, through negligence or deliberately; whether there is a pattern of breaches; and the degree of harm caused by the incident
- In accordance with this SPD, reporting to the health plans' Privacy Official within a reasonable time any unauthorized use or disclosure
- Appropriate sanctions against the persons causing the noncompliance which, depending upon the nature of the incident, may include oral or written reprimand, additional training, or termination of employment,
- Mitigation of any harm caused by the incident, to the extent practicable and
- Documentation of the incident and all actions taken to resolve the issue and mitigate any damages.

You have the right to submit a written complaint about the health plans' privacy practices if you think that your privacy has been violated. Any complaints about the uses or disclosures of protected health information may be directed to the Privacy Official as outlined in the Notice of Privacy Practices.

# Rights to Full Recovery and Subrogation

| Offset and Recovery | **Offset —** If you receive a payment from a plan that is an error, the plan may reduce future benefits payable to you or on your behalf by the amount of the erroneous payment. This right to offset does not limit any plan's right to recover an erroneous payment in any other manner<br><br>**Recovery —** If you receive a payment that exceeds the amount you are entitled to receive under the applicable plan, the claims administrator, insurance company or Harris may recover the excess directly from you or from the person to whom the payment was made. This right of recovery does not limit the plan's right to recover erroneous payments in any other manner |
|---|---|
| Subrogation | **When Harris has the right to recoup benefits —** As a condition to Harris providing any benefits in those situations where an injury, sickness, disease, disability or death is caused in whole or in part by, or results from, the acts or omissions of a third party, or from the acts or omissions of a covered person where any other insurance or benefits are available (including, but not limited to: auto, homeowners, professional or other liability coverage, Social Security or workers' compensation benefits), Harris and its agents will have the right to recoup all benefits paid or payable, either:<br><br>• By subrogation directly from the responsible party (whether an unrelated third party or a covered person) or its insurer, without regard to whether the covered person is pursuing a claim against that responsible party or<br>• By reimbursement and/or equitable restitution from the covered person when the covered person, or his or her representative, has received compensation for such injury, sickness, disease, disability or death from any source regardless of whether such compensation is received by judgment, settlement or otherwise<br><br>**What Harris can recoup —** Harris will be entitled to recover 100% of the benefits paid or payable, without deduction for attorneys' fees and costs or other deductions, without regard to whether the covered person is fully compensated by his/her net recovery from all sources and without regard to allocation or designation of the recovery. Harris explicitly has the right of first recovery, even where a participant or beneficiary is not made whole. If the covered person's recovery is less than the benefits paid or payable, then the plan is entitled to be paid all of the recovery achieved. All funds received by or for any covered person, up to and including the amount of claims paid or payable, are subject to Harris' equitable lien thereon and are deemed to be held in constructive trust for the benefit of Harris until such funds are delivered to Harris or its attorneys |

| Subrogation | Harris' rights of subrogation, reimbursement and restitution, both in contract and equity, will have priority against — and will constitute a first lien against — any and all payments, settlements, judgments or awards made by or received from: |
|---|---|
| | • The third party, its insurer or any other source on behalf of that party |
| | • Any insurance company under an uninsured, underinsured or medical payment provision on behalf of the covered person and |
| | • Any other source (such as Social Security benefits and workers' compensation) whose payment is designed or intended to compensate or reimburse the covered person for the injury, sickness, disease, disability or death or other damages sustained |
| | **Your acknowledgements and responsibilities —** By making a claim for benefits or receiving benefits the covered person agrees: |
| | • To be bound by Harris' rights of subrogation, reimbursement and restitution as described in this section, and upon request, sign any applicable subrogation, reimbursement, restitution or similar agreement |
| | • That the plan under which such benefits are provided has established a lien on any recovery received by the covered person |
| | • To cooperate with Harris or its agents in defining, verifying and protecting its rights of subrogation, reimbursement and restitution |
| | • To provide Harris with pertinent information regarding the circumstances surrounding the injury, sickness, disease, disability or death, including accident reports, settlement reports, information regarding any potential third party liability and any other requested information or documentation |
| | • Not to take or fail to take any action that would prejudice Harris' rights of subrogation, reimbursement and restitution |
| | • To obtain prior consent from Harris or its attorneys before settling any claim that the covered person may have against any legally responsible party or insurance carrier |
| | • To hold in constructive trust for, and promptly reimburse and/or provide restitution to, Harris when a recovery through settlement, judgment, award or other payment is received and |
| | • That any payment received as recovery by a covered person is an asset of the plan and the covered person is therefore a fiduciary of the plan with respect to such amount |
| | Failure to comply with any of these requirements may result in the withholding of payment by Harris of further benefits and/or will render the covered person responsible for the attorneys' fees and costs incurred by Harris in protecting its rights. Harris also reserves the right to reduce future benefits payable to you or on your behalf by the amount owed to Harris pursuant to these provisions, or based upon future payments you are entitled to receive from any of the parties described above |
| | **Extent of Harris' rights —** This provision will not limit any other remedies of Harris provided by law. These rights of subrogation, reimbursement and restitution will apply without regard to: |
| | • The location of the event that led to or caused the applicable sickness, injury, disease, disability or death |
| | • Whether any separate written acknowledgment of these rights is required by Harris or its administrator and signed by the covered person |
| | **Right to receive or release necessary information —** Harris may give or obtain information needed for subrogation from an insurer or any other organization or person. This information may be given or obtained without the consent of or notice to the covered person or any other person. A covered person must give Harris the information it requests about other plans and their payment of allowable charges |

# ERISA Statement of Rights

According to regulations published by the Department of Labor, the following statement must be included in all SPDs for plans that are subject to the Employee Retirement Income Security Act of 1974 (ERISA).

## Your ERISA Rights

*As a participant in the Harris health and welfare and retirement benefit plans that are subject to ERISA, you are entitled to certain ERISA rights and protections. ERISA provides that all plan participants shall be entitled to the following. The following does not apply to the Short-Term Disability Plan, Dependent Care Spending Account and Commuter Spending Accounts described in this SPD, because those arrangements are not subject to ERISA.*

**Disclosure of plan information —** You have a right to:

- Receive information about your plans and benefits
- Examine, without charge, at the plan administrator's office and at certain specified locations, all documents governing the plans, including insurance contracts and copies of the latest annual reports (Form 5500 series) filed by the plans with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (EBSA)
- Obtain copies of documents governing the plans, including insurance contracts, copies of the latest Form 5500 annual reports and an updated SPD upon written request to the plan administrator. The plan administrator may make a reasonable charge for the copies
- Receive a summary of the Retirement Plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report
- Obtain, free of charge, a statement of your vested status in the Retirement Plan.

**Continuation of group health plan coverage —** You have a right to:

- Continue health care coverage for yourself, your spouse or your dependents if there is a loss of coverage under a group health plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the health plans on the rules governing your COBRA continuation coverage rights
- Receive group health plan coverage without regard to any preexisting condition.

**Prudent actions by plan fiduciaries —** In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plans. The people who operate your plans, called the "fiduciaries" of the plans, have a duty to do so prudently and in the interests of you and other plan participants and beneficiaries. No one, including your employer, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

**Enforcement of your rights —** If your claim for benefits is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial, all within certain time schedules.

## Your ERISA Rights

Under ERISA, there are steps you can take to enforce your rights. For instance:

- If you request a copy of the plan document or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the plan administrator
- If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a federal court, but only after you have exhausted the plan's claims and appeals procedure, as described in this section of the SPD under the heading "Plan-by-Plan Appeal Process"
- If you disagree with the plan's decision or lack of response to your request concerning the qualified status of a medical child support order or domestic relations order, after you have exhausted the plan's claims and appeals procedure, you may file suit in federal court. More information is found in this section of the SPD under the heading "Qualified Medical Child Support Order" and in the Retirement Plan section of the SPD under the heading "Qualified Domestic Relations Order"
- If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court
- If you file suit against the plan, the court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with your questions —** If you have any questions about your benefit plans, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or by writing to:

**Division of Technical Assistance and Inquiries**
**Employee Benefits Security Administration**
**U.S. Department of Labor**
**200 Constitution Avenue, N.W.**
**Washington, DC 20210**

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration at 1.866.444.3272.

# Final Reminders

| | |
|---|---|
| **You must keep your address up to date in order to receive benefit payments and notices** | Participants, former participants, spouses, beneficiaries and other individuals who may receive benefits under any of the benefit plans provided by Harris Corporation, must keep the plan administrator (or its designee) advised of their current address so that benefits can be paid and notices provided properly. Any benefit payments and notices regarding the plans will be sent via first-class mail to the most current address the plan administrator has on file, or by such other means (including electronic means) permitted under federal law |
| **Your participation in Harris benefits is not a guarantee of continued employment** | Neither receipt of this SPD nor participation in a Harris Corporation employee benefit plan is a contract or guarantee of continued or future employment or any specific terms of employment. Employment with Harris is on an at-will basis (except and only to the extent as may be provided otherwise in an individual employment agreement) |
| **Harris or its representatives cannot advise you on personal decisions regarding your benefits** | The company or its representatives cannot advise you regarding tax, investment or legal considerations relating to any benefit plan. If you have any questions regarding benefit planning, you should seek advice from a personal advisor |

| Harris Benefits Service Center | |
|---|---|
| **TO REACH BY TELEPHONE** | 1.800.225.4343 (Option 1) |
| Hours | 8:30 a.m. to 5:30 p.m. (ET), business days |
| **TO REACH BY FAX** | 1.844.678.6679 |
| **TO REACH MY BENEFITS PORTAL** | Within the Harris network, click here or go through the Harris homepage<br><br>Outside the Harris network:<br>http://benefits.harris.com |