# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### Case No. 6:19-cv-01231-CEM-EJK

SURGERY CENTER OF VIERA, LLC,

    *Plaintiff*,

v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY, HARRIS MEDICAL PLAN, AND HARRIS CORPORATION,

    *Defendants*.

_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have reached an amicable settlement. The parties respectfully request that the Court reserve jurisdiction for thirty (30) days or until the filing of a joint dismissal stipulation, while the parties finalize settlement paperwork. Any pending motions can be denied as moot.

Dated: September 30, 2020

| | |
|---|---|
| /s/ *Jeffrey L. Greyber* | /s/ *Shari Gerson* |
| **Jeffrey L. Greyber, Esq.** | **Shari Gerson, Esq.** |
| Florida Bar No. 41103 | Florida Bar No. 17035 |
| Callagy Law PC | GrayRobinson |
| 1900 N.W. Corporate Blvd., Suite 310W | 401 E. Las Olas Blvd., Suite 1000 |
| Boca Raton, FL 33431 | Telephone: (954) 761-8111 |
| (561) 405-7966 (o); (201) 549-8753 (f) | Facsimile: (954) 761-8112 |
| jgreyber@callagylaw.com | shari.gerson@gray-robinson.com |
| hcasebolt@callagylaw.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2020, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jeffrey L. Greyber  
**Jeffrey L. Greyber, Esq.**