**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:19-cv-01231-CEM-EJK

SURGERY CENTER OF VIERA, LLC,

    *Plaintiff*,

v.

CIGNA HEALTH AND LIFE INSURANCE
COMPANY, HARRIS MEDICAL PLAN,
AND HARRIS CORPORATION,

    *Defendants*.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate as to the dismissal of the above-styled action with prejudice pursuant to an amicable resolution achieved between the parties. The parties to this stipulation are to bear their own fees and costs.

Respectfully Submitted,

Dated: December 23, 2020

| | |
|---|---|
| /s/ *Jeffrey L. Greyber* | /s/ *Shari Gerson* |
| **Jeffrey L. Greyber, Esq.** | **Shari Gerson, Esq.** |
| Florida Bar No. 41103 | Florida Bar No. 17035 |
| Callagy Law PC | GrayRobinson |
| 1900 N.W. Corporate Blvd., Suite 310W | 401 E. Las Olas Blvd., Suite 1000 |
| Boca Raton, FL 33431 | Telephone: (954) 761-8111 |
| (561) 405-7966 (o); (201) 549-8753 (f) | Facsimile: (954) 761-8112 |
| jgreyber@callagylaw.com | shari.gerson@gray-robinson.com |
| hcasebolt@callagylaw.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2020, I electronically filed the foregoing documents with the Clerk of the Court by using CM / ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jeffrey L. Greyber
**Jeffrey L. Greyber, Esq.**
