UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SURGERY CENTER OF VIERA, LLC,**

      **Plaintiff,**

v.                                                                   **Case No:  6:19-cv-1231-Orl-41EJK**

**CIGNA HEALTH AND LIFE
INSURANCE COMPANY, HARRIS
MEDICAL PLAN and HARRIS
CORPORATION,**

      **Defendants.**
      /

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. 44). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record